**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 19-CR-10080-NMG |
| v. | |
| DAVID SIDOO, *et al.*, | ORAL ARGUMENT REQUESTED |
| Defendants. | |

**DEFENDANT WILLIAM MCGLASHAN'S MOTION TO DISMISS**
**COUNT SEVEN OF THE FOURTH SUPERSEDING INDICTMENT**

Defendant William E. McGlashan, Jr. ("McGlashan") hereby moves to dismiss Count Seven of the Fourth Superseding Indictment ("FSI"). As grounds for this motion, McGlashan states that Count Seven, which alleges property and honest services fraud in violation of 18 U.S.C. §§ 1343, 1346 and 2, fails as a matter of law for several reasons set forth in related motions to dismiss filed simultaneously herewith and incorporated herein.

First, Count Seven fails to allege a violation of the mail and wire fraud and honest services statutes insofar as it alleges that McGlashan defrauded the ACT of property and honest services. As set forth in more detail in the Defendants' Motion to Dismiss Count One Insofar As It Alleges Conspiracy to Defraud College Admissions Testing Companies Of Property And Honest Services and its accompanying memorandum in support of that motion, which are incorporated by reference fully herein, the FSI fails to allege any deprivation of either a property interest or a breach of a fiduciary duty, which are required elements under the applicable statutes.

Second, Count Seven fails to allege a violation of the mail and wire fraud and honest services statutes insofar as it alleges that McGlashan conspired to deprive a university of property or honest services. There is, of course, no factual allegation that McGlashan actually deprived any university of either property or honest services of any kind as he chose not to pursue the alleged

side door scheme.  Moreover, as set forth in Defendants' Motion to Dismiss Count One Insofar As It Alleges Conspiracy to Defraud Universities of Property and its accompanying memorandum in support, which are incorporated by reference fully herein, the FSI fails to allege any cognizable property interest in an offer of admission from a university.  In addition, as set forth in Defendants' Motion to Dismiss Count One Insofar As It Alleges Conspiracy to Commit Honest Services Fraud Against the University of Southern California and Count Two Alleging Conspiracy To Commit Federal Programs Bribery and the accompanying memorandum in support, which are incorporated by reference fully herein, the FSI fails to allege the required improper quid pro quo arrangement within the scope of the honest services statute.

Third, Count Seven should also be dismissed for the reasons set forth in the Defendants' Motion to Dismiss Pursuant to Federal Rules of Criminal Procedure 8 and 12(b)(3)(B)(i) and (v) and the accompanying memorandum and Defendants' Motion to Sever Pursuant to Federal Rules of Criminal Procedure 12(b)(3)(D) and 14 and the accompanying memorandum, both of which are incorporated fully by reference herein.  As set forth more fully in that motion and memorandum, Count Seven should be dismissed because the FSI's conspiracy allegations are fatally defective and the FSI otherwise improperly joins the defendants, including McGlashan, into a single indictment.

WHEREFORE, McGlashan respectfully request that this Court dismiss Count Seven of the FSI.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), McGlashan hereby respectfully request that the Court hear oral argument on this motion, as he believes it will assist the Court in its consideration of this motion.

Respectfully submitted,


/s/ Jack W. Pirozzolo
<table>
<tr><td>

John C. Hueston (*pro hac vice*)<br>
jhueston@hueston.com<br>
Marshall Camp (*pro hac vice*)<br>
mcamp@hueston.com<br>
HUESTON HENNIGAN LLP<br>
523 W. 6th Street, Suite 400<br>
Los Angeles, CA 90014<br>
(213) 788-4340

</td><td>

Jack W. Pirozzolo (BBO # 564879)<br>
jpirozzolo@sidley.com<br>
SIDLEY AUSTIN LLP<br>
60 State Street, 36th Floor<br>
Boston, MA 02109<br>
(617) 223-0304<br>
<br>
Joan M. Loughnane (*pro hac vice*)<br>
jloughnane@sidley.com<br>
SIDLEY AUSTIN LLP<br>
787 7th Avenue<br>
New York, NY 10019<br>
(212) 839-5567<br>
<br>
<br>
*Attorneys for Defendant*<br>
*William McGlashan, Jr.*

</td></tr>
</table>

Dated:  April 1, 2020

- 3 -

## <u>RULE 7.1 AND 116.3(f) CERTIFICATION</u>

I hereby certify that I conferred with Eric Rosen, counsel for the Government, on March 30, 2020 regarding this motion, and Rosen, on behalf of the government, stated that he opposes the motion.

/s/ *Jack W. Pirozzolo*
Jack W. Pirozzolo

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 1, 2020, I filed this document through the CM/ECF system and a copy will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ *Jack W. Pirozzolo*
Jack W. Pirozzolo