# MARTIN G. WEINBERG, P.C.
## ATTORNEY AT LAW

*20 PARK PLAZA, SUITE 1000*
*BOSTON, MASSACHUSETTS 02116*

*(617) 227-3700*

*FAX (617) 338-9538*

*NIGHT EMERGENCY:*
*(617) 901-3472*

*EMAIL ADDRESSES:*

*owlmcb@att.net*
*owlmgw@att.net*

June 1, 2020

**Via ECF**
The Honorable Nathaniel M. Gorton
United States District Court
One Courthouse Way, Suite 2300
Boston, MA 02210

RE: **USA v. Sidoo et al, 19-CR-10080**, Pending Motions

Dear Judge Gorton:

For ease of reference, and in light of the relatively large number of pending motions in this matter, the Defendants respectfully submit the below chart providing the docket numbers for each motion, accompanying memorandum, response, and reply.

| **Motion** | **Motion Dkt. #** | **Memo Dkt. #** | **Response Dkt. #** | **Reply Dkt. #** |
|---|---|---|---|---|
| Amy and Gregory Colburn's Joint Motion to Dismiss Second Superseding Indictment | 341 | N/A | 1170 | 1232 |
| Defendant John Wilson's Motion to Sever | 992 | 995 | 1135 | 1202 |
| Defendant John Wilson's Motion to Dismiss | 993 | 995 | 1135 | 1202 |
| Defendant John Wilson's Motion to Strike | 994 | 995 | 1135 | 1202 |
| Defendants' Motion to Suppress Title III Interceptions or Alternatively for a *Franks* Hearing | 1015 | N/A | 1138 | 1183 |
| Defendants' Motion to Dismiss for Lack of Venue | 1019 | 1020 | 1170 | 1234 |
| Defendants' Motion to Dismiss Count One Insofar as it Alleges Conspiracy to Defraud Testing Companies of Property and Honest Services | 1021 | 1022 | 1170 | 1232 |
| Defendant William McGlashan's Motion to Dismiss Count Seven of the Fourth Superseding Indictment | 1023 | N/A | 1170 | N/A |
| Defendants' Motion to Suppress Evidence Derived from the Government's Four Wiretaps | 1024 | 1025 | 1138 | 1199 |
| Defendant I-Hsin "Joey" Chen's Motion to Dismiss Count Five of the Fourth Superseding Indictment | 1026 | N/A | 1170 | N/A |
| Defendants' Motion to Dismiss Pursuant to Federal Rules of Criminal Procedure 8 and 12(b)(3)(B)(i), (iv), and (v) | 1031 | 1032 | 1170 | 1233 |
| Defendants' Motion to Sever Pursuant to Federal Rules of Criminal Procedure 12(B)(3)(D) and 14 | 1033 | 1034 | 1136 | 1215 |

| | | | | |
|---|---|---|---|---|
| Elisabeth Kimmel's Motion to Dismiss Pursuant to Federal Rules of Criminal Procedure 12(b)(1) and 12(b)(3)(B) | 1035 | 1036 | 1170 | 1235 |
| Defendants' Motion to Dismiss (1) Count One Insofar as it Alleges Conspiracy to Commit Honest Services Fraud against the University of Southern California and Georgetown University and (2) Count Two Alleging Conspiracy to Commit Federal Programs Bribery | 1037 | 1038 | 1170 | 1237 |
| Defendants' Motion to Dismiss the Money Laundering Conspiracy (Count III) | 1039 | 1040 | 1170 | 1238 1239 |
| Defendants' Motion to Dismiss Count One Insofar as it Alleges Conspiracy to Defraud Universities of Property | 1041 | 1042 | 1170 | 1228 |
| Defendant Robert Zangrillo's Motion to Dismiss Counts One and Four Insofar as they Allege Cheating in Online Courses | 1043 | 1056 | 1137 | 1200 |
| Defendant Robert Zangrillo's Motion to Strike the Class-Taking Allegations or, in the Alternative, to Sever Counts One and Four, and to Sever his Trial | 1045 | 1046 | 1137 | 1201 |
| Motion for Reconsideration Regarding the Applicability of the Court's May 8, 2020 Order to Defendant John Wilson | 1184 | N/A | 1236 | N/A |
| Motion to Strike the Second Sentence of Paragraph 119 and All of Paragraph 121 from the Fourth Superseding Indictment | 1244 | 1245 | N/A | N/A |

Respectfully,

Martin G. Weinberg, Esq.

cc: AUSA Eric Rosen