# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>)<br>) |
| v. | ) Case No. 19-CR-10080-NMG<br>) |
| GREGORY COLBURN, et al., | )<br>) |
| Defendants. | ) |

## UNOPPOSED MOTION FOR ADMISSION *PRO HAC VICE* OF VICKI CHOU

Pursuant to Local Rule 83.5.3, the undersigned, counsel for William McGlashan, Jr., and a member of the bar of this Court, hereby requests that Vicki Chou be permitted to appear in this Court *pro hac vice* as counsel for Mr. McGlashan.

In support of this Motion, Defendant submits the attached Certification of Ms. Chou, setting forth the information required pursuant to Local Rule 83.5.3. Counsel for Mr. McGlashan has conferred with counsel for the United States, who does not oppose this motion.

Dated: February 8, 2021

Respectfully submitted,

William McGlashan, Jr.

By his attorney,

/s/ *Jack W. Pirozzolo*
Jack W. Pirozzolo (BBO # 564879)
Sidley Austin LLP
60 State Street
36th Floor
Boston, MA 02109
(617) 223-0304
jpirozzolo@sidley.com

## LOCAL RULES 112.1 AND 7.1(A)(2) CERTIFICATION

I, Jack W. Pirozzolo, counsel for Mr. McGlashan, hereby certify that, in accordance with Local Rules 112.1 and 7.1(A)(2), I have conferred with counsel for the government, who does not oppose this Motion.

*/s/ Jack W. Pirozzolo*
Jack W. Pirozzolo

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2021, this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Jack W. Pirozzolo*
Jack W. Pirozzolo