UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>DAVID SIDOO, et al.,<br><br>Defendants. | Criminal No. 19-CR-10080-NMG |

**WILLIAM MCGLASHAN, JR.'S SENTENCING MEMORANDUM**
**[Leave to File Granted May 6, 2021]**

Jack W. Pirozzolo (BBO # 564879)
jpirozzolo@sidley.com
SIDLEY AUSTIN LLP
60 State Street, 36th Floor
Boston, MA 02109
(617) 223-0304

John C. Hueston (*pro hac vice*)
jhueston@hueston.com
Vicki Chou (*pro hac vice*)
vchou@hueston.com
HUESTON HENNIGAN LLP
523 W. 6th Street, Suite 400
Los Angeles, CA 90014
(213) 788-4340

*Attorneys for Defendant*
*William McGlashan, Jr.*

Defendant William McGlashan, Jr., by and through his counsel of record, respectfully submits his Sentencing Memorandum in preparation for his sentencing on May 12, 2021.

## INTRODUCTION

Bill McGlashan is a devoted husband to his spouse of almost 25 years, Marie McGlashan, and a proud and loving father of three wonderful children. He submits this memorandum to provide the Court with more context about the life he has led, including his lifelong commitment to creating and supporting entities that create a positive social and environmental impact. Bill's conduct that led to his guilty plea is an aberration in a life otherwise led with integrity and a commitment to improving the social good. He takes full responsibility for his actions, and he is prepared to accept the consequences of those actions.

On February 5, 2021, pursuant to a binding plea agreement under the Federal Rules of Criminal Procedure Rule 11(c)(1)(C), Bill pleaded guilty to Count Seven of the Fourth Superseding Indictment ("FSI"), which charges him with wire fraud and honest services wire fraud, aiding and abetting. PA at 1-2. Bill has pled guilty with respect to his participation in the "testing" scheme. The parties agree that the appropriate sentence in this case is a term of 3 months imprisonment, 24 months of supervised release, 250 hours of community service, and a fine of $250,000. PA at 3. The agreed-upon sentence is proportional to other sentences imposed in this and related cases, and it falls within the advisory sentencing guidelines range of 0 to 6 months as calculated by the United States Probation Office. For the reasons that follow, Bill respectfully requests that the Court impose the agreed-upon sentence which is "sufficient, but not greater than necessary" to achieve the goals of sentencing as required by 18 U.S.C. § 3553(a).

## PERSONAL AND FAMILY BACKGROUND

**A.     Bill's childhood upbringing instilled in him a commitment to improving the world.**

Bill grew up in northern California, in a close-knit family with his parents and sister. Bill and his family remain close: Bill and his wife and children live next door to his parents and sister. His parents were and are very active and committed to community service and other social initiatives, which shaped Bill's worldview. During these formative years, the McGlashan family had two international experiences that would ultimately have a profound impact on Bill's life. Exhibit A ("Ex. A") at 9-10.[1] When Bill was a teenager, his family moved to Israel for his freshman year of high school and lived on a kibbutz. *Id.* A kibbutz is a collective community, with members living closely with each other and working on jobs to sustain the community. *Id.* Afterwards, Bill and his family traveled through India. *Id.* These experiences exposed Bill to the different ways of life for people around the world, as well as the great poverty and inequality that exists in many places. *Id.* Through these experiences, Bill realized that he wanted to devote his life to creating organizations that improve communities around the world. *Id.*

**B.     Bill has, throughout his life, devoted substantial time and money to charitable and philanthropic endeavors.**

Bill began creating organizations and programs aimed at improving the world community before he left college. During his time at Yale, he launched the Yale-USSR project, which opened an avenue of communication for students based in the United States and the USSR, in hopes that increased communication would reduce the threat of war. Ex. A at 9. Bill continued to pursue a professional path dedicated to improving the social good. After college, he founded

---

[1] Over 60 letters have been submitted to the Court on Bill's behalf. These letters have been collected and submitted as Exhibit A with internal page numbering for the Court's reference.

World Service Corp, a non-profit that brought together teams from the developing and developed world to tackle issues in the developing world. *Id.*

Throughout his life, Bill has given generously of both his time and money to numerous charitable and philanthropic causes. He has been a member of many philanthropic and nonprofit organizations, including Endeavor Global, San Francisco Conservation Corps, CommonSense Media, and Bay Area Discovery Museum, in many cases serving as a trustee or member of the board.[2] He has also taken an active role in the educational institutions he and his children have attended, serving as a Member of the Advisory Board for the Yale School of Management, a Member of the Advisory Council for the Stanford Graduate School of Business, a Trustee of the Woodside Priory School (where he attended as a youth), and a Trustee for the Marin County Day School and Marin Academy (both of which his children attended).

Bill's contributions have been significant and tangible. In the words of William S. Price, Bill's business partner and brother-in-law, "But Bill is not one of those philanthropic donors who salves his conscience simply by writing large checks. More significant to me is the specific leadership roles I have seen Bill play in the non-profit world, using his formidable energy and passion to accomplish big goals." Ex. A at 66.

Price goes on to elaborate about Bill's impact on CommonSense Media, specifically in pushing CommonSense Media to address the digital divide between rich and poor, and helping underserved communities:

> For 8 years, I have served as the Chairman of CommonSense Media, a non-profit focused on kids, education and technology. CommonSense Media (which can be found at www.commonsensemedia.org) is an organization devoted to the principle that kids need to be educated about, protected from, and benefitted by

---

[2] Bill resigned from his board and trustee positions following his arrest to avoid distracting from the important work of each of the organizations.

> the amazing advances in communications technology. Bill joined the team at CommonSense Media to help rally Silicon Valley to bring broadband internet technology to public schools. Over the 5 years he served on the board, Bill was a true thought leader – he pushed us to broaden our reach to poor and underserved communities. CSM has provided remote learning and digital curriculum to 98,000 K-12 schools, with 1.2 million teachers trained on the curriculum and teaching with it. Bill was crucial in getting the resources and people to make this happen. He also pushed CSM to do the critical research which highlighted the digital divide between wealthy school districts and poorer ones and was a strong voice for Connect All, a campaign that has connected thousands of schools across America. None of this would have happened without Bill's leadership and support.
> Ex. A at 66.

Bill's particular concern with addressing inequality and helping children in underserved communities was not unique to his work with CommonSense Media. For example, in his role on the Board at the Bay Area Discovery Museum, Bill was instrumental in spearheading a program that made the STEM-focused museum more accessible for children in underserved communities. As a fellow board member for the Bay Area Discovery Museum describes, "Bill had the vision to increase the number of underserved children who could access the museum; Bill worked tirelessly and spearheaded an impactful program that helped make the museum more accessible for children in underserved communities." Ex. A at 86.

Bill's attention to underserved communities has extended to the business world as well. Wences Casares, friend and entrepreneur originally from Patagonia, writes of Bill's participation in Endeavor, which helps entrepreneurs in Emerging Markets:

> When I was getting started there were no venture capital investors in the region, no lawyers, or consultants that understood or cared about startups and as a result there were almost no entrepreneurs. With the help of people like Bill, that has changed dramatically over the last 20 years, with thousands of new successful companies being created by a new breed of entrepreneurs supported by Endeavor that have created hundreds of thousands of jobs in a region that needs them desperately. Bill was an early mover in this way.
> Ex. A at 45.

Even after his arrest in this case, Bill has continued to look for new ways to help others. Bill has been working to support Thrive Scholars, a scholarship program focused on high-achieving, low-income students of color who are the first in their family to go to college. The CEO of the organization told Bill's longtime friend that "Bill was the first business leader he's met who engaged with such a degree of authenticity and effectiveness, more than he'd ever seen before." Ex. A at 27. Bill has also been working on developing a business that would recycle and reuse clothing headed for landfills and has been working to create a non-profit to remove firearms off the street.

In addition, Bill has donated millions of dollars to non-profits, foundations, and other charitable organizations. Recipients include organizations such as the Maasai Wilderness Conservation Trust, The Environmental Working Group, CommonSense Media, San Francisco Conservation Corps, Global Giving Foundation, Dominican Sisters Vision of Hope, World Bicycle Relief, Pachamama Alliance, Peace in Schools, Thrive Scholars, Summer Search, and Conservation International, among many others. In the last three years alone, Bill has donated $2 million to these and other organizations.

    **C.**    **Bill's lifelong commitment culminates in the creation of The Rise Fund, an investment vehicle that will create billions in positive social and environmental impact.**

Bill has long felt a calling to better the lives of others. Longtime friend John Donahoe recalls that even when Bill was CEO of a major vitamin company and "experiencing great success as a CEO, [] it was clear that his real passion was to help people in the development world." Ex. A at 22. It is thus no surprise that Bill sought, in his vocation, to improve the lives of those halfway across the world. In 2007, Bill founded TPG Growth as a global investment firm within TPG Capital. Kien Pham, President of the Vietnam Foundation, writes:

    I believe and know that Bill McGlashan is a good person. He constantly looks for

>ways to make the world a better place, not only for people whom he knows but more than that, for people whose lives are thousands of miles away. When others chose the easy career path to benefit from the riches of the U.S., Bill took his mind and talents to places where his talents and investment money could make the largest impact.
>
>Bill took his investment firm to Vietnam to find and support good local companies so more jobs could be created. Over a decade, thousands of poor farmers and students, and factory workers gained a better life because of Bill's bold desire to help lift them out of poverty.
>Ex. A at 18.

Beyond individual investments within his investment firm, Bill's passion led him to co-found and create The Rise Fund, an investment vehicle dedicated to social and environmental impact around the world.

Bill launched The Rise Fund in 2016 with Jeffrey Skoll, Bono, and his partners at TPG with a vision "to harness commercial capital at scale and invest in and grow successful businesses that drive meaningful, measurable, and sustainable positive change." Ex. C at 3. At the time, impact investing was a relatively nascent industry and many of the larger investors and investment shops were not seriously considering investing with a focus on achieving positive social impact. Ex. A at 11-14. Specifically, The Rise Fund invests in and provides business and skill-building resources to companies that seek to drive positive social and environmental impact. Bill realized that government and non-profit action would not be enough to address the major social and environmental issues worldwide—instead, Bill sought to take capitalism and for-profit investment and direct it into areas that will drive a positive impact for the world, as well as a return for the profit-motivated investor.

Skoll, founder of the Skoll Foundation, Participant Media, and other social impact organizations, writes, "Over the course of my career in social impact, I have met many people who talk about making change in the world when really they have some personal agenda for

financial gain or wish to leverage my reputation for their benefit as some sort of greenwashing. But Bill really meant it." Ex. A at 12.

Under Bill's leadership, and as a testament to his dedication and passion, The Rise Fund grew to a multi-billion-dollar investment vehicle. As Skoll describes, it was "the first impact investment organization of substantial size." Ex. A at 13. The Rise Fund has invested $2 billion in organizations that address a variety of social and environmental issues, such as access to education and healthcare. Recognizing that attracting the interest of many investors would require measurable and demonstrative impact, Bill also helped to found Y-Analytics, an organization that developed a method for measuring the social and environmental impact of investments by The Rise Fund as well as other entities. Ex. A at 11-14.

Of the voluminous letters of support submitted by Bill's family, friends, and colleagues, many attest to how Bill's talent, drive, and connections were crucial to the growth and success of the Rise Fund.

Skoll, co-Founder of the Rise Fund, writes:

> As much as I'd like to think Bono and I contributed to this new organization, Bill was the engine of Rise from the very start. He tapped his global network of sovereign wealth funds and pension funds and high net worth individuals who until then had very little appetite for (or experience) investing in social good opportunities.
> [… ]

> When Bill McGlashan came in and put all his weight behind Rise, he convinced serious investors that they should invest their pensioners' funds in a dairy in India or a health drone company in Zambia, things they were unaccustomed to. But they agreed and committed billions of dollars of capital to Rise. The team Bill [assembled] within Rise were a who's who of the impact investing world.
> Ex. A at 13.

The Rise Fund has undoubtedly been a large force for good in this world. Skoll highlighted the impact from just 2019 alone in a few key areas: "Access to Education (18M students, impact value of $530M), Health (7.8M people, impact value $470M), Carbon

Reduction (14.5M tonnes averted, impact value $300M), Financial Services (4.1M people enrolled, impact value $160M)." *Id.* The Rise Fund is on track to deliver 13X (or $26 billion) of underwritten impact over the 10-year life of the fund. Other metrics are summarized in the Rise Fund's annual report, which has been submitted to the Court (Exhibit C). The numbers are so staggering as to render The Rise Fund's impact to be almost abstract. The letters of support provide some concrete examples of how impactful Bill's work has been for individuals and communities.

Bill Price, co-founder of TPG, writes "There are many examples of how this work is changing the world, but one notable example is Dodla Dairy in India, a story that relatively few people know." The Rise team "realized with a large infusion of capital, [Dodla] could help hundreds of thousands of small farmers and families get their milk safely to market and earn a sustainable living, enabling them to stay on their traditional lands providing needed stability to their region. Dodla not only expanded into new areas in India and abroad, Dodla farmers' income rose by an extraordinary 50% in only a few years after this investment. This company would not be able to serve the 240,000 people that are flourishing today without the effort Bill put in to overcome the many obstacles to its creation, and there are tens of thousands of people whose lives are dramatically better because of Bill's work." Ex. A at 67.

Jeff Skoll, co-founder of The Rise Fund, details just a few examples of the concrete impact of The Rise Fund:

> The primary beneficiaries of the impact of the work of the Rise portfolio have been low income or disadvantaged communities in the US or around the world. In Rwanda, 30% of national blood supplies are delivered by the Rise company Zipline. Greater than 5% of otherwise unbanked households in the US are now using the financial services of Rise companies. In South Asia and Africa, where 80% of deaths are from non-communicable diseases, there were 2.7M patient visits to healthcare facilities run by Rise organization Evercare. Cellulant, a Rise company that provides financial services for rural farmers in Africa, has helped client farmers increase their income by 32%.

Ex. A at 13-14.

Bill's commitment to being a force for good in this world is a defining theme in his life, as evidenced by the many thoughtful letters submitted on his behalf. These letters highlight not only Bill's commitment to social change, but also his integrity and honesty in the conduct of his business. Kristin Martindale, who spent 17 years reporting to Bill and working with him directly every day, explains that her "career-long dedication to Bill was primarily driven by the comprehensive and consistent integrity he demonstrated in his professional and personal life." Ex. A at 15. She states: "We could have taken shorter, easier paths to win faster or bigger, but Bill never backed away from complexity to do everything in alignment with his values. He held all of us to that standard." *Id.*

Bill is committed to finding a way to making a positive impact in the world after he has served his sentence and repaid his debt to society. As the letters attest, many of his friends and colleagues look forward to his return to impact work. As Jeff Skoll says, he "anxiously await[s] Bill finishing whatever sentence is determined so that [they] can get to work []" Ex. A at 11.

**D. Bill brings his same devotion and commitment to integrity to his family and friends.**

Despite his extensive professional and philanthropic commitments, Bill has been a devoted husband and father, and he is deeply involved in his children's lives. In their letters to the Court, Bill's children write of his involvement in their lives, explaining Bill's passion and excitement for each of their educations, extracurricular activities, and varied interests. Ex. A at 4-8. They also describe the values that he instilled in them. Bill's eldest son explains that his father "had always taught us that hard work and grit are what matter. It is the way he lived his life. He pointed to the hundreds of people he had hired over the years and how it was their character, not their pedigree, that had defined their success." Ex. A at 5. Bill's second son

explains: "he has always taught me and my siblings to work hard, and to persevere no matter what challenges we face." Ex. A at 6-7. And his daughter describes him as the "most loving, caring, and compassionate father" and explains that her "whole life [she has] seen and heard [her] family helping others." Ex. A at 8.

 Bill's wife, Marie, also details his devotion to his family: "His top priority in life is our family and he has been an amazing partner to me, and father to our three children. Not only has he provided us with a wonderful life but he has also been deeply committed to our emotional and social well-being." Ex. A at 2. She explains that although Bill was incredibly busy with his work at TPG Growth and The Rise Fund, "he made every effort to be consistently present with the family" and that he ensured their family "had quality time – helping with homework, coaching, weekend adventures, and family recreation." *Id.* Even today, as Bill faces his prison sentence, Marie explains, "he does not care about the hardship that he will experience; his sole concern has been his family and whether or not he will be out in time to help the kids start school in the fall." Ex. A at 3.

 Bill is also a committed friend. The over sixty letters submitted on his behalf are consistent in speaking of his character, high integrity, and compassion – outside of the instant offense, which shocked everyone who knew Bill. As recounted by the Reverend Martin Mager, Bill's high school counselor and teacher, the opening line for the poem Bill chose for his high school yearbook was, "It's doing the job the best you can, and being just to your fellow man." Ex. A at 24. Bill has instilled in his family and in his close family friends the importance of giving of one's time, skills, and resources to have a positive impact in the world. *Id.* In 2013, Bill relocated his family to India for a year so that his children could have a similar experience to the one he had as a teenager—an opportunity to understand firsthand both the diversity in the

world, as well as the vast inequality and critical challenges that exist around the globe.  Ex. A at 2-3.

Numerous letters attest to Bill's great personal kindness – often during times of difficulty and tragedy.  One friend writes of how Bill guided him through an incredibly difficult time in his life— "the most valuable act of kindness anyone has ever done for me."  Ex. A at 28.  Another friend writes that when an employee at his company committed suicide and they established a fund for the employee's family, Bill contributed what ended up being almost 50% of the total capital contributed.  Ex. A at 63.  Another friend recounts Bill's spontaneous, extremely generous gift of IVF that helped them become parents to their daughter.  Ex. A at 32.  The Gerbers write of how they chose Bill and Marie, rather than family members, to be the guardians for their children, if something were to happen to them.  Ex. A at 33.  Bryan Meehan also writes of how he and his wife have chosen Bill and Marie as the guardians for their children.  Ex. A at 52.

### E.   Bill has great remorse for his actions and fully accepts responsibility.

Bill hired Rick Singer initially for his legitimate tutoring and college counseling services.  But when Singer offered that he could guarantee Bill's son a high score on the ACT in exchange for a $50,000 donation to his registered non-profit, Key Worldwide Foundation ("KWF"), Bill accepted that offer.  He will always deeply regret that decision.  Bill has pled guilty to his participation in the testing scheme.  However, it is uncontroverted that Bill's son had no knowledge of the testing scheme.  And while Bill regrets the lapse of judgment that led him to also discuss the side door with Singer, he did not complete the side door.

Bill is profoundly remorseful for his conduct.  Committing any crime would be a huge betrayal of Bill's values and character; committing this crime, which aggravated inequalities Bill

has worked so hard to remedy in so many other areas of life, was an unthinkable departure from his moral compass.

Bill's wife, Marie, describes how Bill's crime was a giant aberration not only in terms of his character, but how they have raised their children:

> When I learned after the arrest that Bill had used Rick Singer's service to ensure our son received a good testing score, I was utterly shocked. First of all, our son did not need the help. He was doing very well in school and preparing for his ACT and getting high practice test scores (which Bill was unaware of). When he re-took the test, he got a 33 - a 98th percentile score. Second, this was not our Bill. He has never cut corners, cheated or lied. In fact, he has lived his life in the exact opposite way. Bill and I have both modeled to our children hard work, perseverance, accountability and honesty.
> Ex. A at 2-3.

For the past two years, Bill has engaged in deep self-reflection to understand how he strayed so far from his moral compass. Countless letters describe Bill's remorse and deep desire to make amends for his conduct. He has accepted responsibility for his actions and has already faced many consequences. After the case was indicted, Bill resigned from TPG and was then terminated, severing him from both TPG Growth and The Rise Fund, his life's work and passion.[3] He lost many millions of dollars—all of the performance compensation based on the returns generated for investors that he had earned over 15 years associated with TPG Growth and The Rise Fund—which he understands and accepts.

Bill also stands ready to accept the prison sentence, fine, and community service requirements agreed to in his plea agreement. However, for him, this all pales to the hurt he has

---

[3] [redacted]

caused his family. Bill's children have been particularly affected, and they have struggled with the attention and publicity they and their family have received due to this case. Bill's eldest son was not allowed to attend his high school graduation due to the publicity, despite the fact that the high school determined based on an independent investigation that he had no knowledge of his father's actions. He also withdrew his application from USC, his first-choice school at the time, and took a gap year. Above all, Bill is deeply ashamed that he engaged in wrongful conduct instead of placing his trust where it belonged, in his son's abilities to perform well and to be resilient in the face of potential disappointment.

Bill's remorse and acceptance of responsibility is sincere. This is evidenced by the many letters from family and friends, a sample of excerpts of which is below.

Kristin Martindale, Bill's former employee writes:

I went to see Bill and his wife Marie within a few weeks of him being arrested in 2019. They graciously invited me into their home at an incredibly difficult time. I was grateful as I needed to see him – to ground myself in the reality of what had happened, understand whether I had it all wrong all these years, and to offer any support I might be able to provide to my friend and his lovely family. What I found that Saturday morning was exactly what I always knew to be true – Bill's integrity intact, confirmed by his candor with me about what happened, and his complete and deep remorse for his actions. Clearly wide awake to the difficult reality he was in and what was to come. Given that, it was so easy to offer grace to my friend. I knew that the journey ahead would be his toughest, but that he would turn it into an opportunity for deep personal growth. He has never been resistant to the hardest work for the most important and best outcomes.

Since March of 2019, Bill has been humble, truthful, and remorseful for his conduct, stating clearly and consistently that what he did was wrong. I understand Bill is being sentenced for committing a felony. He has spent the last two years doing the deep personal work necessary to understand how he got here. I have no doubt the criminal justice system will never see him again and complete confidence he will work with deep awareness and even more passion to better our world in the many years ahead.
Ex. A at 17.

William S. Price, Bill's business partner and brother-in-law, describes Bill's deep self-reflection and remorse:

- 13 -

>But I can tell you that I know that Bill has spent hundreds, if not thousands, of hours over the past two years trying to figure out how he made such a terrible decision. The two of us have discussed this countless times. And while I cannot say I fully understand all of the demons that led Bill to work with Rick Singer in this criminal way, I do know that Bill is extremely remorseful and accepts full responsibility for the terrible decisions he made. He blames no one but himself. He understands the outrage over his conduct and owns what he did. He has reached out to apologize not only to his son and to his family, but also to his colleagues and community. He knows that he failed to live up to his own values.
>
>I know from my conversations with Bill that this chapter in his life will inform the rest of his life – it will shape who he is forever. But while this will be an overhang that will follow him for years, I am equally confident that Bill will not let his bad decisions define him. Like the fund he created, he will rise again and will do much good in this world. I have no doubt that Bill has learned from this experience and that there is literally no chance that he will ever make a selfish/criminal decision like this again.
>Ex. A at 67-68.

Bill is a first-time offender.  Prior to his engagement with Singer, he had never been arrested or charged with a crime, much less convicted of one.  His conduct was wrongful, but it is an aberration in a life otherwise led with great integrity, compassion, and commitment to service and improving the lives of those around the world.  As summarized by Mo Ibrahim, founder of the Mo Ibrahim Foundation which is focused on the importance of governance and leadership for Africa, "This man is a decent human being.  He embarrassed me, his friends and family but above all, himself, by that awful slip of judgement, but I also remember all his relentless good work in Africa and his compassion for African people.  I respect and love him and hope to get him back to what he does best, alleviating poverty through clean, decent business."  Ex. A at 21.

Based on the life Bill led prior to Singer, and his deep personal reflection since then, it is clear that Bill will not offend again.

## THE ADVISORY GUIDELINES CALCULATION

The defense agrees with the calculations of the United States Probation Office about the

applicable guidelines calculation and resulting advisory guidelines range.

| | | |
|---|---|---|
| Base Offense Level | 7 | USSG § 2B1.1(a)(1) |
| Acceptance | -2 | USSG § 3E1.1(a) |
| Total offense level: | 5 | |

Bill is in the lowest criminal history category, category I, with zero criminal history points. His resulting advisory guidelines range is 0-6 months.

## THE 3553(a) FACTORS SUPPORT THE AGREED UPON SENTENCE

As set forth above, the parties have agreed that the appropriate sentence in this case is a term of 3 months imprisonment, 24 months of supervised release, 250 hours of community service, and a fine of $250,000. PA at 3. Not only is the agreed-upon sentence consistent with the guidelines, *see* 18 U.S.C. § 3553(a)(4), but it is appropriate when one considers other relevant sentencing factors.

First, the proposed sentence appropriately takes into account the seriousness of the offense, provides just punishment, and avoids unwarranted disparity in the sentencing of similarly situated defendants. *See* 18 U.S.C. § 3553(a)(1), (2) & (6). The three-month sentence of incarceration represents a serious sanction for Bill's conduct and it is well in line with the sentences imposed in this and related cases. As the offense conduct makes clear, Bill participated in the testing scheme with one child on one test. He also engaged in the conduct without the knowledge of his child or any other family members. And while he also discussed the side door scheme, he ultimately did not pursue it. As this Court is aware, many of the other defendants who received greater sentences participated in multiple schemes, or involved their children, or even participated in multiple schemes with multiple children. The proposed sentence compares favorably to the sentence the Court imposed on David Sidoo, who received a three-month sentence and whom the government

has said is most comparable to Bill. *See* Sidoo Sentencing Tr. at 25, *United States v. Sidoo, et al.*, No. 19-cr-10080, Dkt. 1401. It is also a more severe sentence than that imposed on two parents, Gordon Caplan (1 month) and Jane Buckingham (3 weeks), both of whom engaged in the testing scheme with one child and also discussed the side door scheme with Singer, but did not go through with it—albeit at an earlier stage of discussions, which is accounted for by Bill's higher sentence. *See* Buckingham Sentencing Tr. at 8-12, 37, *United States v. Abbott et al.*, No. 19-cr-10117, Dkt. 583. Caplan Sentencing Tr. at 31-33, 47, *United States v. Abbott et al.*, No. 19-cr-10117, Dkt. 515.

Second, as described at length above, Bill has otherwise led an exemplary life. See 18 U.S.C. § 3553(a)(1). The numerous letters of support for Bill attest to the fact that, aside from this episode, Bill has led a life of integrity, one that not only has included dedication to his family, but also to improving the lives of others. As set forth at length above, Bill has also fully accepted responsibility for his conduct. Indeed, even though he preserved certain rights of appeal in his plea agreement, Bill will not be seeking to remain on release pending appeal. He is willing to serve this sentence, which he will have completed even if he is ultimately successful on appeal.

Third, the proposed sentence adequately serves the goals of both specific and general deterrence. *See* 18 U.S.C. § 3553(a)(2). Bill poses no risk of re-offending. He is a person who has never before violated the law, has shown genuine remorse for his conduct, and has taken full responsibility for his actions. The very public nature of this three-month sentence will serve as ample warning to others of the very severe consequences that result from the conduct. A more severe sanction will provide no additional measure of deterrence, either specific or general.

## CONCLUSION

As described in this memorandum, Bill has led a life of integrity and with deep commitment to making a lasting, positive change on the world. Bill's engagement with Singer is an aberration

in his life.  He has engaged in hard work and deep reflection to understand what led him down this errant path, and to ensure that it will not happen again.  He has accepted responsibility and is deeply remorseful.  He looks forward to paying his debt to society so that he can continue pursuing his life's commitment to making a positive social and environmental impact around the world.

For all the foregoing reasons, William McGlashan, Jr. respectfully requests that the Court impose the sentence agreed to by the Government and Defendant.  He requests assignment to FCI Lompoc, so that he can be closer to family while he serves his sentence.  He requests an early report date, no later than 30 days from the date of sentencing, as he hopes to complete his prison sentence before his children begin school in the fall, and also that his passport be returned to him upon completion of his sentence.

Dated:  May 7, 2021

Respectfully submitted,

/s/  Jack W. Pirozzolo
Jack W. Pirozzolo (BBO # 564879)
jpirozzolo@sidley.com
SIDLEY AUSTIN LLP
60 State Street, 36th Floor
Boston, MA 02109
(617) 223-0304

John C. Hueston (*pro hac vice*)
jhueston@hueston.com
Vicki Chou (*pro hac vice*)
vchou@hueston.com
HUESTON HENNIGAN LLP
523 W. 6th Street, Suite 400
Los Angeles, CA 90014
(213) 788-4340

*Attorneys for Defendant
William McGlashan, Jr.*

## CERTIFICATE OF SERVICE

 I hereby certify that on May 7, 2021, I filed a redacted copy of this document through the CM/ECF system and a copy will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF). I further certify that an unredacted copy of this document is being served via hand-delivery and email on counsel for the government and the probation office.

                /s/ *Jack W. Pirozzolo*
                Jack W. Pirozzolo