# EXHIBIT A

Dear Judge Gorton,

I am Marie McGlashan, the wife of Bill McGlashan. Bill and I will have been married 25 years this November. Bill's involvement with Rick Singer was a total anomaly, driven by parental fear and ignorance. He has owned up to his actions and is almost eager to serve his time to get this behind him and return to us. I hope that you recognize the good and wonderful man, husband, and father that Bill is, and accept his sentence.

For all these years, Bill has acted with integrity; never straying from the highest moral standards. His top priority in life is our family and he has been an amazing partner to me, and father to our three children. Not only has he provided us with a wonderful life but he has also been deeply committed to our emotional and social well-being. I won't lie, Bill's career took a good chunk of his time. He was very busy helping companies and non-profits make a meaningful impact in poverty, education, healthcare and climate change. We were and are so proud of him. Even though Bill was so busy with important work, he made every effort to be consistently present with the family. He would regularly take "red eye" flights so that he could stay for dinner before leaving on business trips, and return as early as possible to be with the family. He never took up personal or social activities that would take him away from our family. While Bill could have put in much longer work hours, he made sure our family had quality time - helping with homework, coaching, weekend adventures, and family recreation. He made an extra effort to educate our children about other cultures, socioeconomic conditions, and ecosystems with challenging time spent in places like the Amazon, India, and Africa. He also encouraged them to participate in service trips.

Our move to Mumbai is a perfect example of Bill's commitment to raising our children with strong values. In 2013, Bill and I decided to leave the comforts of Marin County and give our children the opportunity to experience personal growth. We found an all Indian school for our kids to attend and an all Indian apartment in which to reside. With these in place, we lived in one of the most diverse cities on the planet for an academic school year. It was very difficult for our children - the poverty, heat, humidity, pollution, and cultural differences challenged them greatly. The kids also really missed home and all their friends. Bill found Mumbai difficult for the same reasons, with the added challenge of having to manage his funds with a 12 1/2 hour time difference with his calls happening every night from 10:00 p.m. to 4:00 a.m. Bill constantly worried that India was going to break the kids. But with patience and trust, our kids worked hard to do well in a competitive school, learn to make new friends, and enjoy the vibrant culture of India. In the end, we all realized that the challenges of India led to an invaluable perspective as global citizens and a deep appreciation for all the gifts we have. We all know that we are blessed.

When I learned after the arrest that Bill had used Rick Singer's service to ensure our son received a good testing score, I was utterly shocked. First of all, our son did not need the help. He was doing very well in school and preparing for his ACT and getting

high practice test scores (which Bill was unaware of). When he re-took the test, he got a 33 - a 98th percentile score. Second, this was not our Bill. He has never cut corners, cheated or lied. In fact, he has lived his life in the exact opposite way. Bill and I have both modeled to our children hard work, perseverance, accountability and honesty.

Bill is extremely remorseful for his action. He knows what he did was wrong, bad parenting, and inconsistent with his values. Since his arrest, he has devoted his time to looking deeply at his action and the cause of his transgression. He has realized that he had a deep fear for our children's future, that blinded him from seeing the unfairness to all college applicants, and the disrespect to our son, who was perfectly capable of succeeding on his own.

Bill has already paid a huge price. After resigning from TPG, the firm fired him, and he lost the millions that he had earned over 15 years during which time he founded TPG Growth and The Rise Fund. But worse for him, he was forced to leave the firm which he helped build, and even more painfully, to stop doing the impact investing about which he is so passionate. He has responded positively by owning what he did, and doing a deep dive with daily mediation and regular meditation retreats into his fundamental nature.

He is humble, loving, and committed to using the rest of his life to have a positive impact on the world. We love him deeply, and hope that you see the good human being that he is. Even during this whole grueling process, he has been more concerned with the effect on us than on himself. When discussing his prison sentence, he does not care about the hardship that he will experience; his sole concern has been his family and whether or not he will be out in time to help the kids start school in the fall. He even contemplated surrendering early to make sure he would be released in time. He more deeply regrets the impact of his actions on us than any personal consequences. I hope this has helped you understand a little better the person that Bill is. While we understand that he will be held accountable, we hope that you will allow him to return to us, and a life of purpose as soon as possible.

Respectfully,

Marie McGlashan

April 24, 2021

Dear Judge Gorton,

I wrote the essay below as part of my college application in 2020. I think it captures the experience I went through as a result of the "College Scandal" and frames how I feel about my father:

*I have had several months to process the morning of March 12th, when in the early pre-dawn hours, the FBI pounded on the door of our home and led my father away in handcuffs. During the days and weeks that followed, it was not anger or fear that surfaced, but rather love and forgiveness, empathy and compassion. If I have learned something I will carry with me for the rest of my life, it is the importance, maybe even the necessity of bringing those values and emotions into everyday life. I have seen the media tear down my dad and his reputation without any concern for who he really is. I have seen how anger and judgment can test the spirit of a human being. But what I am going to remember most is how love can build someone up, and how forgiveness is perhaps the single greatest act of love.*

*I am also going to remember how my friends showed up. Knowing what my family was going through, they loved and supported me unconditionally. A few weeks later, one of those friends walked at graduation with my initials on his cap so that I could, in spirit, participate in the public ceremony that the head of school thought was best done in a private family celebration a few days later. My friends decorated my cap with a combination of quotes and memories that captured our friendships. To my enormous surprise, they even blindfolded me and put on my gown. I "graduated" with them when they flipped the tassel on my decorated cap. That moment was perhaps the sweetest of my high school career.*

*Though I had no involvement in or knowledge of my father's actions, without hesitation, I forgave him. I have always known how much my father loves me, but I have been surprised by how much love is in me. I left school with my younger brother on March 12th, right after my mother called me to say that he was being released from custody. During the drive home, my brother and I called our parents. All that I can remember from that phone call was the deep remorse and sadness in my father's voice. He seemed to know how much our lives were about to change and that I wouldn't be able to attend college in the fall. He kept apologizing, and I kept telling him it was okay.*

*Despite all of the negative press, the worry and anxiety we felt as a family, and the bad that has come with the college scandal, surprisingly, there has been some significant good for me. First, I realized that I was not quite ready for college. I have been able to reflect on the college process much more deeply and visit schools that reflect my interests and values, both of which have become very clear to me. Perhaps most importantly, the gap program I am doing at American University, where I am studying, interning, and living in a dorm has been a great adventure for me. With this additional time and space, I have never felt more ready for college.*

*Without a doubt, a part of my father died the day of his arrest. For my entire life, I have watched him fulfill an almost singular mission—to succeed in business and create positive impact through commerce. But I think the events that have unfolded over the past several months helped him see that he was missing other important parts of life. Now, he is home with my family, helping in whatever way he can. He checks in on me most days to talk and make sure I am okay. I am closer to my dad than ever before, and we have become closer as a family because of this scandal. My father loves me, and I love him with all my expanding heart.*

My father has always been deeply involved in my life and we are extremely close.  He taught me to ride a bike, coached me in soccer, took me on educational adventures on most weekends, and wonderful journeys around the world whenever possible – including a year spent in India. He encouraged me in my interests in lacrosse, music, photography and design.  When it came to school, he was always involved in the institutions I attended and he made it clear that education was a huge priority to him (as it is for our whole family). School was not easy for me given what turned out to be a form of dyslexia that was not diagnosed until the 8th grade. My learning disability made reading and writing a challenge for me, but I worked hard and did well.

My senior year, it was my Dad, despite what had become a grueling travel schedule who took me to visit colleges, hired the now infamous college counselor Rick Singer on the recommendation of a bunch of people, and tried to help me figure out where I wanted to go to school. As time went on, I watched my father get more and more stressed about college – He would stop by my room almost every night to ask how far I was with my essays and studying for the ACT. It was a compulsive monitoring based on his anxiety because of the ideal that going to the right college is everything in life, which had been ingrained into him from my grandparents. I was not stressed at all, which probably made him even more so.

Other than parental insanity, it makes no sense that my father would use Singers testing service. When I took the test at his testing center, it was my very first time. Prior to taking it, I had been doing well on the practice tests. When I took the ACT a second time, after the scandal, I got a similar score (33) to the one I had received at Singer's testing center (34). What is more, my father had always taught us that hard work and grit are what matter. It is the way he lived his life. He pointed to the hundreds of people he had hired over the years and how it was their character, not their pedigree, that had defined their success. He knew better. After everything blew up, I hugged him, and told him that I would have just taken the test again if I hadn't gotten a good score. We both burst into tears at the stupidity and absurd waste. He was particularly distraught at the idea he had hurt me. I was completely fine, and a year later got into my first-choice college where I am now studying engineering.

As you can tell from my essay, I love and admire my father and nothing about the last two years has changed that. His inexplicable behavior, for which you are tasked with sitting in judgement, is a total exception to the way he has lived his life. I know he feels tremendous remorse for this embarrassing violation of his core values, but I also know it has reconfirmed his deep commitment to using his talents and resources to help the world. I hope you will not be too hard on my wonderful father who I want to be present in my life.

With respect,

*George McGlashan*

George McGlashan

Dear Judge Gorton,

My name is Robbie McGlashan, I am the second son of William McGlashan. My dad has helped me so much throughout my life and I would like to share some of my experiences with you. My dad has been there for me my entire life. He has always supported my dreams and ambitions with love and enthusiasm. He taught me to work hard and strive for my dreams and the best possible life. When I had become interested in subjects, like astronomy and bees, my dad became so engrossed and supportive that he also fell in love with these subjects. We now share the love of beekeeping and all of our bees. He works with me to maintain their health and make sure they are able to flourish. After taking Astrophysic at my high school, I fell in love with astronomy. As with the bees, he fell in love with exploring the objects of space, the vastness of the universe and the unknown. The first time we used a telescope, we both had an experience that moved our souls. He has done many other things like this for as long as I can remember, and I continue to see it today. He decided to coach my soccer team, without any prior experience, and with his great attitude he did an amazing job making it a fun experience for all of us. He taught me to be a team player and a better person. As I said, my dad has been there for me my entire life. I will always be grateful for the things my dad has done for me and the love he has shown me over the years.

When I heard what happened I was shocked because I had never seen my dad come even remotely close to doing something unethical. What is more, he has always taught me and my siblings to work hard, and to persevere no matter what the challenges we

face.  I know he is very sorry for his involvement in the testing scheme, and has learned

from his mistake. I love my dad with every ounce of my soul, and I hope this sheds

some light on the kind of dad and person he is.


Respectfully,


Robbie McGlashan

Dear Judge Gorton,

I know my dad made a big mistake getting involved with Rick Singer, but I would like to tell you more about him. My dad is the most loving, caring, and compassionate father and would do anything for our family. One of many examples is I have been dealing with very bad anxiety and he has done everything he can to make me feel better. He is also making sure I get the help I need. If it's watching and cheering me on at a lacrosse game, holding my hand on a 5 hour plane flight, or helping me find the right high school to attend to where I feel included, he will always be there for me. Not only for me, but whenever anyone in my family ever has a problem he will think of every possible solution to make the situation better. My whole life I have seen and heard my family helping others. Since the indictment I have seen my dad suffer tremendously and I know how sorry he is for what he did. I hope he can serve his time and get back to our family and his life.

Sincerely,

Grace McGlashan

William (Sr) and Christney McGlashan
165 Alta Vista Ave
Mill Valley, Ca. 94941

March 30, 2021

Dear Judge Gorton,

We are writing this letter in support of our son William E McGlashan, Jr.

Beginning at a young age Bill has been unusually creative in being able to come up with impactful programs to help others. Thus it was a shock to us when over two years ago Bill was arrested and charged for something that was the opposite of helping others.

The desire to be helpful to others is not a very common human motivation. Perhaps that desire in Bill began when as a family we were fortunate to travel to Israel and were invited to live on a Kibbutz as a member for a year when Bill was 15. The life style — living closely with others and going to the kibbutz school while also working at a number of kibbutz jobs — gave him a sense of purpose. After the kibbutz we traveled through India for a month, deliberately in a third class manner at times. This gave him a chance to know intimately how others were living in the world so differently from what he had ever experienced. When he later applied to Yale he wrote about that year's experience and how it had impacted him powerfully and become a significant motivator.

This was demonstrated quite soon since he was the founder of two substantial programs in college, one designed to help the world become a safer place and the other to help recent college graduates find jobs.

First, the Yale-USSR Project was launched with the goal of reducing the threat of global nuclear war between the USA and the Soviet Union during the dangerous nuclear arms race of the 1980s. Soon it spread beyond Yale and Moscow State University as the "University Pairing Project," a non-profit to bring mutual understanding to students in 30 universities in each of the two countries through student and academic exchanges. It started as Yale's first student group to visit the Soviet Union during this dangerous time, so it was wonderful to see it spreading.

On the project to help students find jobs, Bill took a semester off from Yale with some friends to create "CareerNet." (He was nonetheless able to graduate on time, having taken enough AP classes.) This program was designed to help college students get jobs in the pre-internet era when that was more difficult for students. However it became impossible to raise the necessary funds for the project to continue. But both of these projects while still in college demonstrated his visionary ability in different areas that had the potential to be highly impactful

After graduating from Yale in 1986, he immediately founded the World Service Corp — a multi-national Peace Corps non-profit that created teams from both the developed and developing world to work together to address challenges in the developing world. He worked with this program for about a year.

We are sharing these adventures because Bill wanted to make a difference on this planet, and he started doing so at a young age and it continued as a major factor in his life right up until the time of his arrest. Even beyond his own ongoing creative projects this was demonstrated throughout his adult life by the

large number of non-profit boards of directors he was asked to join, and the resulting improvement of those organizations.

He has many friends, one very close group of which go back to junior high school; many people respect and love him. He was known as a person of personal integrity — that is until his willingness to do what he has pleaded guilty to in order to guarantee George a high ACT score. This was clearly a dreadful mistake, but an aberration. Perhaps it occurred because during the years before this admitted error, he was exceptionally busy. He swallowed Mr. Singer's "lure" and pursued the "easy way" to ensure that George did well on the ACT.  He has deeply regretted his error ever since!  It has been painful for us as parents to see the level of his lasting regret for his terrible mistake!

However, the other side of the coin is that it has been wonderful to watch him grow in consciousness and wisdom.  Living immediately next door to Bill and his family, we will categorically state that he has used the last two years to become a more self-reflective, knowledgeable and grounded person. He immediately responded to being fired from his job and having substantially more time on his hands by spending hours every day becoming closer to his wife and more involved in an intimate, caring way with his children.

He also used his added available time to plumb his personal depths to understand why he did what he did. He has pursued help from many sources, including attending many webinars and retreats virtually. As a result he has undergone a marked positive change in his thinking and his attitude toward others. This while continuing to work on other philanthropic projects addressing inequality (e.g. launching Thrive Scholars for disadvantaged youth in northern california). These are the substantial positive aspects following his arrest!

In conclusion, as stated above Bill began his college-age adult life as an asset to humanity — creating programs to help others.  This impulse continued and is reflected in his activities ever since. We are convinced that once he can return to an active role in our society, after serving his time in prison, he will return to his deeply-demonstrated role in making this world a better place.

Sincerely yours,

William E. McGlashan

Christney C. McGlashan



**skoll**
FOUNDATION

April 5, 2021

Dear Judge Gorton:

My name is Jeff Skoll and I am writing on behalf of Mr William McGlashan Jr as you consider his appropriate sentence.

I have known Bill since 2014 and we were co-Founders of the Rise Fund (with the singer Bono). Even though Bill was terminated from Rise in March 2019 at the time of his arrest, Bill and I and Bono continue to advance the plans for a new platform similar to Rise that would focus on key segments of interest to the three of us. We of course anxiously await Bill finishing whatever sentence is determined so that we can get to work on this.

As background, I lived in Canada until I was 28. In Canada, I earned an Electrical Engineering degree at the University of Toronto and had started 5 business either prior or post college. My family was lower middle class and so I mostly supported myself from my teenage years onwards.

I completed an MBA at Stanford in 1995 and went on to be the Founding President of eBay in 1996. In 1999, I started the Skoll Foundation (focused on social entrepreneurship in the developing world). In 2000, I launched Capricorn, my investment organization that was one of the first to focus on impact investing. I founded Participant Media in 2004 to tell stories that are intended to create impact around the most critical issues in the world. In 2009, I co-founded the Skoll Global Threats Fund, focused on Climate Change, Middle East Peace, Nuclear weapons, Pandemics and Water. And of course, I cofounded Rise with Bill and Bono in partnership with TPG in 2016.

I know the court has little time to waste, but I would like to provide a little context that may help how you see Bill and his work, especially the work with Rise that I know most intimately.

When I met Bill in 2014, I was running all the social impact organizations that I described above (ie: The Skoll Foundation; Capricorn; Participant Media; The Skoll Global Threats Fund). All of these groups work in concert towards a sustainable, peaceful, prosperous world for all. These organizations include, amongst others, our grantees like Malala and Muhammad Yunus, the efforts towards the Paris Peace Accords, the New Start Nuclear Agreement, founding investments in companies like Tesla and Planet (a satellite imaging company that helps track climate change) and films like An Inconvenient Truth, Green Book and Spotlight, amongst many others.

A few days before I met Bill in 2014, I had written a memo to the leaders of my organizations outlining a major obstacle that I felt was necessary in order to maximize social impact. In essence, I felt that we needed to incorporate some form of qualitative metrics alongside financial metrics in order to effectively invest most effectively towards impact in bettering the world. For example, is a grant to a school doing girl's education in Zambia a more effective tactic than a for-profit investment in a dairy in India or a loan towards an environmentally friendly project in the US? At that point, we did not know how to compare such things.



**skoll**
FOUNDATION

We called this idea **"The Social Impact Dashboard"**. Such a dashboard is essential to making wise decisions, otherwise we are making major decisions on the basis of gut, relationships, earned experiences and happenstance. That is not a good recipe for addressing the future of humanity.

Much of the economic activity and progress we rely on depends often on resources drawn from the so-called *"public commons"*. These are things like lakes, oceans, parks, certain commodities, freshwater, air, the atmosphere and so on.

Mankind has been remarkable at transforming our world, finding entrepreneurial ways to extend our capabilities and improving the standard of living on earth for all, in large part by relying on ever greater use of the *public commons*. With these resources and ingenuity and hard work and thoughtful design and strife to overcome obstacles, we have created a miraculous structure. A global league of ever stronger nations with stable political systems, greater prosperity, peace and opportunity.

It is all wonderful until it breaks.

When the *tragedy of the public commons* is upon us, ie: the overuse of the very resources we rely on to drive activity, then we have poverty, wars, conflict, disease, pandemics, shortages, death and spiraling environmental disasters. We are now seeing what the beginning of that world looks like.

The stakes of getting this right are enormous.

**This is where Bill McGlashan enters my story**.

I didn't know Bill well in 2014. We interacted through some mutual colleagues in the entertainment industry. But one day, Bill suggested we meet 1:1 to discuss an idea he had.

Bill walked into my office a few days later - into the very office where I had written the idea for the dashboard a few days earlier - and told me that he was bothered by a serious issue in the world, an issue that he felt he was part of. And he had an idea how to change it.

Bill then summarized for me his thinking regarding the vast economic growth and volume of industries that Bill had visibility into and authority over at TPG. He was acutely aware that we were heading into serious problems: shortages of resources, pestilence, pollution, hunger and more. To Bill's mind, the momentum to propel all of these worsening problems worse was becoming too late to stop. He called it "the deepest crisis of his career, with the lives of his children and the world as a whole on the line".

Over the course of my career in social impact, I have met many people who talk about making change in the world when really they have some personal agenda for financial gain or wish to leverage my reputation for their benefit as some sort of greenwashing. But Bill really meant it.

The last thing I needed was yet another organization to co-found and run, much less with a new partner I did not know well. But I also knew it was exactly the opportunity to build the field of impact investing and the requisite "Dashboard" that I had been seeking. So I agreed to join as a co-founder and General Partner.



**skoll**
**FOUNDATION**

As much as I'd like to think Bono and I contributed to this new organization, Bill was the engine of Rise from the very start. He tapped his global network of sovereign wealth funds and pension funds and high net worth individuals who until then had very little appetite for (or experience) investing in social good opportunities. Once Rise was announced, socially minded entrepreneurs flocked to the idea of an investment fund that cared about the actual mission of their work alongside their financial numbers. Rise was. and is the leader in this field. For many years prior to Rise, my investment group, Capricorn, continually exceeded financial returns for even the top funds even though we had a social impact focus. Despite being able to show financial numbers year after year that were well above the norm, we were too small or too ineffective to communicate the opportunity of this realm of investing and expand the field.

When Bill McGlashan came in and put all his weight behind Rise, he convinced serious investors that they should invest their pensioners' funds in a dairy in India or a health drone company in Zambia, things they were unaccustomed to. But they agreed and committed billions of dollars of capital to Rise. The team Bill within Rise were a who's who of the impact investing world. When Bill told me early on that Rise was about to bring Elevar Equity on as the operating investment partner of Rise, my jaw dropped. It was like hearing that Warren Buffett had decided to join our new team as lead investor. Elevar at that time was the paragon of this paradigm.

The success of Rise is vitally important because as the first impact investment organization of substantial size, it has an outsized opportunity under watchful eyes to guide a class of capital worth trillions of dollars and help determine what kind of world we will leave to the future. Will it be a sustainable world of peace and prosperity for all or will it be a shadow of what we would wish our future to be?

Bill worked very hard to build Rise and never wavered from his dedication. In his last act at Rise, he built the Y-Analytics organization, the group that is collaboratively pulling in best practices from all over the world to create the world's first impact investing dashboard. These tools, by agreement from the onset, will be available to all organizations who wish to use them, not just to Rise and its affiliates.

In part because of Y-Analytics, we can say conclusively that Rise has already generated billions of dollars of measurable social impact.

From inception in 2017 through the end of 2019 (please see the Rise Fund 2019 Annual Report), Rise had invested $1.4B. The portfolio was worth $1.5B. The IRR (financial return) of the Fund to that point was 20%. At the same time, the Rise companies had generated cumulative social impact of $2.2B. In 2019 alone, this impact was generated across four main areas: Access to Education (18M students, impact value of $530M), Health (7.8M people, impact value $470M), Carbon Reduction (14.5M tonnes averted, impact value $300M), Financial Services (4.1M people enrolled, impact value $160M).

The primary beneficiaries of the impact of the work of the Rise portfolio have been low income or disadvantaged communities in the US or around the world. In Rwanda, 30% of national blood supplies are delivered by the Rise company Zipline. Greater than 5% of otherwise unbanked households in the US are now using the financial services of Rise companies. In South Asia and Africa, where 80% of deaths are from non-communicable diseases, there were 2.7M patient visits to healthcare facilities run



by Rise organization Evercare. Cellulant, a Rise company that provides financial services for rural farmers in Africa, has helped client farmers increase their income by 32%.

There are many examples of this kind in the 2019 Rise Annual Report. It is also important to note that Rise is still a young fund and the companies in the portfolio are anticipated to grow rapidly in the years to come.

When Bill's tenure at Rise was concluded in March 2019, it ended his involvement with the organization, but not his determination to make a difference in the world.

Your Honor, you will no doubt weigh many things in determining an appropriate sentence for Bill for his wrongdoing. I would only add that Bill has already paid a substantial price for the abrupt cutoff of his career. These penalties have been severe and have had both financial and reputational repercussions.

From my experience and what I know of TPG's audit of Bill post-termination, this incident of wrongdoing is unique in Bill's life. The real loser of the last two years has been the world, as Bill's unique talents and station enabled him to make sizable and important changes in the world.

I hope that you will consider all of these factors as you bring to bear a determination of Bill's sentence. I look forward to working with Bill once again in the issues that matter to us all once he has concluded his obligations owing to the Legal repercussions of his actions.

Sincerely,

Jeff Skoll

Founder and Chairman Emeritus, The Skoll Foundation

Kristin Martindale
3188 Kingsley Pl
Lafayette, California 94549

3/31/2021

Dear Judge Gorton/To Whom It May Concern:

My name is Kristin Martindale, and I began working for Bill McGlashan in 2002 at Critical Path, then moved with him to TPG in 2004 and continued working for him there until March of 2019. I spent 17 years reporting to him and working with him directly every day. I am writing you today to convey that my career-long dedication to Bill was primarily driven by the comprehensive and consistent integrity he demonstrated in his professional and personal life.

Bill is driven by something bigger than the job at hand. He had clear desire and ability to serve and leave the world significantly better than I could imagine it. He founded TPG Growth in 2007, as a global growth investment firm within TPG Capital. We invested in South East Asia (Vietnam and Indonesia), China, Latin America, Africa, and the US. The vision of TPG Growth was to invest in and help build great companies all over the world, with their attendant jobs, impact and returns.

He was always ahead of every world-benefitting trend, big and small, a few examples include demanding organic fruit in the kitchen for the health of all employees well before organic foods were main-stream, an early commitment to correcting climate change through his personal lifestyle choices and by serving on the board of Common Sense Media before media was as powerful as it is today. Additionally, Bill required we hire a diverse team in our Firm as early as 2007. He understood the value of diverse thought and abilities at all levels of the organization. He also elevated these voices because he valued what they brought to the table. He made multiple hires from SEO, Sponsors for Educational Opportunity, which is a nonprofit organization dedicated to providing supplemental educational and career support to young people from underserved communities. We could have taken shorter, easier paths to win faster or bigger, but Bill never backed away from complexity to do everything in alignment with his values. He held all of us to that standard. Bill cares about people – the ones close to him and those he will never meet.

Founding The Rise Fund in 2016 was one of many big audacious ideas Bill brought to life. Creating a dedicated social impact fund inside one of the biggest private investment firms in the world was not without resistance and many obstacles. Bill would not be deterred. Not only did he believe in the good that social impact investing could do for the world across many metrics he also imagined it as the future of investing – it was time for ethical and responsible investing always. The fund was the largest social impact fund ever raised, and is focused on creating measurable impact in climate, education, healthcare, and agriculture while also generating market returns. Following the creation of The Rise Fund came the launch of Y Analytics in 2018. Y Analytics is a public benefit corporation that measured the impact of The Rise Fund and sought to help capital allocators better understand, value, and manage social and environmental impact, therefore increasing the effectiveness and reach of their capital.  Together these organizations function to move the needle in big ways for our world. That was the goal, and it was accomplished because of Bill's fierce dedication to these values. Bill has consistently used his life and privilege to be of benefit.

His philanthropic engagement has been consistent, far-reaching, and substantial not just with his money, but also his time.  A few of these I am aware of include:

> Endeavor Global, Board member
> SF Conservation Corp, Board member
> Common Sense Media, Board member
> Bay Area Discovery Museum, Trustee
> American River, Donor
> Bridge the Gap College Prep, Donor
> Pachamama Alliance, Donor
> Water.org, Donor
> Nurturing Minds in Africa, Donor
> Environmental Working Group, Donor

No doubt there were many others.  Bill squeezed more into and out of each day than anyone I know.

Bill has been one of the most important and impactful people in my life. Not only providing me with meaningful and challenging career experience but also showing me how to do hard things with a light heart while never losing sight of how much people matter. He listens carefully and hard. He respects himself with deep awareness and humility, and therefore others with natural ease. I can't emphasize enough how difficult it is to find people like this in life generally, much less our industry. During one tough eighteen-month period, I had a child, divorced and then tragically lost a parent to suicide. He offered incredible generosity of spirit as I navigated these deep challenges – and to be clear, he offered this by simply being himself. No grand gestures other than seeing the difficulty for what it was. He believed in my strength and was generously patient with my work. I came through it better than I started in part because of what he reflected to me. Aside from this dramatic time for me though, it was the small seemingly insignificant moments of working hard together for so many years that I hold dear and value deeply. It was incredibly fun to work with Bill. I don't know how I could have been more fortunate to meet him when I did, and to continue working with him for so long. I am a better global citizen, colleague, friend, and parent because of my relationship with and proximity to Bill.

Bill's commitment to and prioritization of his family is non-negotiable, never apologized for and in fact spoken about every chance he gets. That was as clear to me in 2002 as it is today. I had never seen anything like it in 2002. In 2013, he moved with his family to Mumbai, India for a year to be closer to TPG's investments in Asia and to help his children understand the diversity of the world. Unlike most, Bill's life was integrated more than it was compartmentalized. Many of his Partners were surprised by his decision, but to me this was completely consistent with Bill's approach to life. He needed to be there to better understand the investment landscape and saw it as a wonderful opportunity for his children and family. The drive, creative innovation, and immersion he brought to everything was inspiring. How fortunate I was to work for someone with rock-solid integrity, endless energy, and the desire to use his life in such positive ways.  Our work was always very serious, but his acceptance of the humanity he encountered in himself and those around him was an incredible gift. It made all things possible and even fun. I have never worked harder in my life, nor gotten more joy out of "running through walls" to help bring it all into functional reality. I saw his integrity demonstrated in big and small ways, day by day, year over year for close to two decades.  His behavior in the ACT cheating was, without any doubt at all, an aberration. He was always "by the book" and never overlooked how important that stance was in

everything he and we, as an organization and team, did. I could not have found a better person to link my career with for so many years. My mind about that has not been changed because of the test cheating. I have far, far too much evidence confirming who Bill was, is and am confident will be in the years to come.

I went to see Bill and his wife Marie within a few weeks of him being arrested in 2019. They graciously invited me into their home at an incredibly difficult time. I was grateful as I needed to see him – to ground myself in the reality of what had happened, understand whether I had it all wrong all these years, and to offer any support I might be able to provide to my friend and his lovely family. What I found that Saturday morning was exactly what I always knew to be true – Bill's integrity intact, confirmed by his candor with me about what happened, and his complete and deep remorse for his actions. Clearly wide awake to the difficult reality he was in and what was to come. Given that, it was so easy to offer grace to my friend. I knew that the journey ahead would be his toughest, but that he would turn it into an opportunity for deep personal growth. He has never been resistant to the hardest work for the most important and best outcomes.

Since March of 2019, Bill has been humble, truthful, and remorseful for his conduct, stating clearly and consistently that what he did was wrong. I understand Bill is being sentenced for committing a felony. He has spent the last two years doing the deep personal work necessary to understand how he got here. I have no doubt the criminal justice system will never see him again and complete confidence he will work with deep awareness and even more passion to better our world in the many years ahead.

Very truly yours,

*Kristin Martindale*

Kristin Martindale



THE VIETNAM FOUNDATION

March 12th, 2021

Dear Judge Gorton:

I am writing this letter in support of Mr. William McGlashan Jr. as you consider sentencing Bill for his wrongdoing.

I have known Bill since 1986 when he and I volunteered our time on a centrist political campaign. Over the last 35 years, I have watched Bill and worked with him during the last 10 years to create jobs and support companies in Vietnam. I consider him a trusted friend and colleague, and I was deeply saddened by his violation of the law.

As background, I am a former boat refugee from Vietnam who became a U.S. citizen, went to college and graduate schools on grants and loans, became a White House Fellow, and now leading a productive life as a philanthropist and investor. I personally know and treasure fairness and challenges in life. I put my thoughts about Bill among the many community leaders and national figures that I was fortunate enough to know.

I believe and know that Bill McGlashan is a good person. He constantly looks for ways to make the world a better place, not only for people whom he knows but more than that, for people whose lives are thousands of miles away. When others chose the easy career path to benefit from the riches of the U.S., Bill took his mind and talents to places where his talents and investment money could make the largest impact.

Bill took his investment firm to Vietnam to find and support good local companies so more jobs could be created. Over a decade, thousands of poor farmers and students, and factory workers gained a better life because of Bill's bold desire to help lift them out of poverty. I was there along his side as he made those life-changing decisions, and I was so impressed by his purpose and passion.

Bill knows how to go the extra mile to help others. In 2013, Bill chose Hanoi as the first-ever offshore meeting for his global investors. It was a daring decision since most of his investors had never been to Vietnam before. For the gala dinner, instead of a fancy hotel, Bill chose to host it in the courtyard of the Temple of Literature to attract attention to the culture and history of Vietnam. Instead of spending the budgeted $25,000 on media relations on this unprecedented gathering of wealthy global investors, Bill asked us to find the top 5 local college students and gave them each a special $5,000 scholarship. That philanthropic act made the visiting Americans the talk of the town. Best yet, just two months ago, I got a surprise email from one of those 5 scholarship recipients; she told me that the scholarship gave her the confidence and wings to pursue dreams outside of Vietnam, and over the last 8 years, she has become a leading international activist in racial and gender equity. That is a story that Bill still does not know yet.

Again, I saw such bold vision when Bill decided to invest over $50 million in Myanmar after the U.S. lifted its longtime embargo. Most investors were still staying away from such country risk. Bill thought differently. He believed that digital communication would help solidify freedom in that country, so he supported a local company to build cellphone towers across Myanmar. Today, that company owns and operates the largest network of communication towers in Myanmar and it continues to keep digital communication alive as tens of thousands of Burmese are protesting against the recent military coup. Bill's daring foresight is now the last protector of freedom and democracy in that faraway country.



**THE VIETNAM FOUNDATION**

I am sure others could tell personal stories on how Bill single-handedly took his investment firm into Africa a few years ago when many westerners gave up hope for the continent. Bill saw it differently, he believed that local people can fend for themselves if we give them the tools to do so. Bill encouraged entrepreneurs to use technology to provide quick small loans to local merchants and market sellers. Through it all, Bill believed in the human spirit and capacity, and he did not hesitate to extend his helping hand.

I can go on and on, but my sharing here in this letter is to shine a different and long light on the life and behaviors of Bill McGlashan. The biggest victim of his wrongdoing was Bill himself, and he has suffered a sudden and painful disruption of his career and untold damage to his family. I beg for your mercy so Bill can gather pieces of his broken life and go on to make a difference in the world.

I believe, fundamentally, Bill McGlashan, the good person, is still there, still eager to contribute to society, and I hope and pray that you will give him a chance to make up for his poor judgment. In the future, at the end of his long and impactful life, Bill would be able to look back and be grateful that the person who gave him a second chance in life was Judge Gorton.

I can be reached at KienPham@vnfoundation.org if you have questions.

Sincerely,

Kien Pham

President



**Mo Ibrahim**
F O U N D A T I O N

35 Portman Square    T +44 (0) 20 7535 5060
London W1H 6LR    F +44 (0) 20 7535 5061
www.moibrahimfoundation.org

25 March 2021

For the attention of The Honorable Judge Gorton

Dear Judge Gorton

I am a Nubian from Sudan and came to the UK in 1974 for my post graduate studies in mobile communications. From academia through to British Telecom, where I designed the first mobile network, I ended up a middle-aged entrepreneur and back to Africa, where I introduced the first Pan African networks serving some 14 African countries.

I sold my business in 2006 and decided to give back to Africa what it gave to me, through the Mo Ibrahim Foundation, which is focused on governance and leadership. I have been working for the past 15 years on improving the continent's governance through our Index, which monitors the status of key indicators, health, education, rule of law, transparency and corruption and through our leadership annual prize, which is the largest in the world for African Leaders who came to power democratically, transfers power peacefully, respecting the constitution, having developed their country and exited with clean hands.

I first met Bill in Dublin in 2015. Bono of U2 band and a close friend, invited me for a weekend at this home to introduce me to Bill. I am not a fan of U2 but I admire Bono's work to alleviate poverty in Africa and we collaborated in our work there.

Bill wanted to bring his fund, TPG, to Africa - we all agreed that investment is vital to create jobs and prosperity. TPG, like many US funds, are wary of the state of governance, rule of law and corruption in Africa. His proposal was for TPG to partner with us to help transparency and ensuring clean business on the continent.

We had a good partnership with Bill and his firm, together we invested in education, dairy farms, financial services, music etc. To encourage investment in Africa has always been a key component to our work. Through his work in Africa, Bill was inspired to create an Impact Fund where returns are not just measured by financial performance but also by its impact on people and the environment.

Bill has always attended our Foundation events in Africa which is a long way from his Californian home. Our events are usually staged over weekends which takes him away from his family. Sometimes I do regret dragging him into our political and social work in Africa, on top of his extensive business travel around the world. I believe that long absences from family and children generate that guilt feeling which prompts parents to try and compensate somehow, even crossing red lines, which he did.

Registered Office: Mo Ibrahim Foundation Limited, Whiteley Chambers, Don Street, St Helier, Jersey JE2 4TR. Registered in Jersey No. 92591

     

Contd./

Communicating with Bill afterwards was painful because we fought against corruption in business and to end up with this was a shock.

This man is a decent human being. He embarrassed me, his friends and family but above all, himself, by that awful slip of judgement, but I also remember all his relentless good work in Africa and his compassion for African people.

I respect and love him and hope to get him back to doing what he does best, alleviating poverty through clean, decent business.

Yours sincerely

Mo Ibrahim
Chairman
Mo Ibrahim Foundation

March 22, 2021

To Whom it may concern,

I am writing this on behalf of my good friend Bill McGlashan.  I have known Bill for almost 30 years and consider him one of my closest friends.  We initially met when we were both placed in the same YPO Forum.  Our Forum met for a full day each month sharing our most intimate professional and personal challenges.  As a result, a deep level of understanding, trust and respect grew among the members of our forum.  And that served as the foundation for my friendship with Bill.

Let me say upfront that the past few years have been horrible for Bill and his family.  He made a mistake.  He owned up to it and is deeply remorseful.  And in typical fashion, Bill and his wife Marie have turned this into a deep and life changing learning journey.

If I had to use two words to describe Bill, they would be character and compassion.  Bill's character comes busting through to anyone who interacts with him.  In our forum and in our friendship, Bill has always been the 'truth-teller'.  When I need advice on an important or sensitive matter in my life, Bill is one of the first people I seek out.  He listens, he probes, he supports, he challenges when appropriate and he offers incredibly insightful advice.  And Bill has the courage and character to be direct and honest in his communication.  He is someone I depend on when I need it straight.

Bill has always been someone of great compassion.  He is empathetic and generous.  And he has always tried to apply that at a global scale.  He has been passionate about international community development since I have known him.  He frequently references his experience as a teenager living on a Kibbutz in Israel.  And he founded an exchange organization with USSR when he was in college and founded the World Service Organization soon afterwards.

Since that time Bill has felt a calling toward making the world a better place through global economic development.  I distinctly recall a period during the 1990's when Bill was the CEO of a major vitamin company.  He was experiencing great success as a CEO but it was clear that his real passion was to help people in the developing world.  I watched (and was part of his kitchen cabinet) when Bill made the courageous decision to leave the CEO role behind and join JH Whitney to become a pioneer in what we now call impact investing.  It is not surprising that 15 years later Bill drove the creation of the largest impact investing firm in the world with The Rise Fund.

What is noteworthy and illustrative of Bill's compassion is that during this entire period, he rarely talks about the financial returns of his impact investments.  He is completely focused on and excited by the impact these projects have on people's lives.  As you know, Bill moved his family to India a few years ago so that they could have a shared, first-hand experience of life in the developing world.  I distinctly recall a conversation with Bill upon their return about what a transformational experience it had been for the entire family and how incredibly motivated he was to make a difference in people's lives in India and other developing markets through impact

investing.  There are very few people that I know who are more focused on making the (developing) world a better place than Bill.

In summary I will not dispute that Bill made a mistake.  But I can also attest that Bill has built a life of purpose and impact, and the world is a better place because of it.  The sooner he can get back to doing this, the better off we all will be.

Sincerely,

*John Donahoe*

John Donahoe

Martin J. Mager, O.S.B.
Woodside Priory
302 Portola Road
Portola Valley, CA
94028

March 26, 2021

Dear Judge Gorton:

My name is (Rev.) Martin J. Mager and I have been a Benedictine monk/priest at
Woodside Priory in Portola Valley, California since 1975. I have been involved in
Woodside Priory School as teacher, Director of College Counseling, school Chaplain,
and various other aspects of the Priory School which include serving as one of five
Directors on the Board of Trustees. I am also the Superior of this small Benedictine
community.

I am writing this letter in support of Mr. Bill McGlashan who will appear before you
in court on charges related to the college admissions scandal. Although my
comments primarily reflect on his time as a student at the Priory School, I believe I
might be able to provide some insights into the man.

Bill transferred to the school as a junior in 1980, partially influenced by a number
of Priory students whose families were a part of *The Creative Initiative Foundation*,
an organization dedicated to promoting world peace, environmental sustainability,
and international co-operation. The organization, now disbanded, was prominent
and an active force in having a voice in the issues of peace and non-violence. Bill
was clearly influenced by values defined by this background and the values they
envisioned. It was his values and his exceptional maturity that set him apart.
I looked back on his yearbook comments as a senior in which he quoted a poem
named *"Success."* The opening words of the poem are: " *It's doing the job
the best you can, and being just to your fellow man."* I still believe that these
words reflect Bill's character to this day.

In over twenty years as Director of College Counseling I had observed the
pressures placed on students and parents associated with college applications.
Those pressures are much more anxiety driven today than ever before.
Bill's lack of judgment was reprehensible and out of character, but I strongly
believe that he is remorseful and has learned from his bad decision in the college
admission fiasco.

Respectfully Submitted,

*Rev. Martin J. Mager*

Rev. Martin J. Mager



Frank Williams
Executive Chairman
70 Stonewall Road
Berkeley, CA 94705

March 23, 2021

Dear Judge Gorton,

By way of introduction, my name is Frank Williams and I serve as the Executive Chairman of Evolent Health (NYSE: EVH), a health care services company dedicated to improving clinical care for vulnerable populations throughout the United States. I am writing specifically to discuss my relationship and experience with Bill McGlashan as you consider the appropriate sentence for Bill's guilty plea to a felony in illegally securing a favorable college admissions test for his son. I have known Bill for over 10 years both personally and professionally (Bill's firm TPG invested in my company) and he is someone I consider to be a close friend.

Over the last thirty years I have dedicated myself to building mission-oriented, values driven organizations that are having a positive impact on society. As a result, I have high standards for the people and organizations I associate with and place a premium on strong values and integrity. From the moment that I met Bill, he stood out to me as someone who was good hearted, wanted to have a positive impact on the world and conducted himself with honesty and compassion in both his business and professional dealings. Bill led the investment in my company through TPG Growth and at every turn demonstrated a commitment to our mission, a willingness to place impact over pure profits and supported values-driven business practices in all of our negotiations and work together. He and his firm were truly the best investors that I have worked with largely because of the trust and integrity that they consistently demonstrated. Bill's vision and commitment to the Rise Fund was truly inspirational; he had many places he could have spent his time and he decided to commit himself to having an impact on health equity, education, the environment and other important causes. He could have focused on pure maximizing his own personal wealth through traditional investing as most investors do and instead decided that having a positive impact on the world was the right thing to do. The impact of RISE will be felt across the globe for decades as a result of Bill's resolve and commitment. Bill has been one of those friends that has walked the walk in terms of values and fellowship. He is always available for counsel and advice and comes from a place of strong core values in all our discussions. He is a unique human being who I believe will have an extraordinarily positive impact on the world in the future.

Regarding his actions in relation to the college admissions scandal, Bill clearly feels remorse for his behavior and knows that he made a terrible mistake in pursuing an advantage for his son in the admissions process. We all make mistakes in life and his mistake was a serious one. In my experience, it's how people react and respond that ultimately tells you about their true character. From my discussions with Bill, he truly understands his mistake and deeply regrets that he lived outside of his core values. In my judgment, he is committed to forging a positive path moving forward that puts integrity at the center of his life and I firmly believe he will meet that commitment. He is a good person with a good heart and he

knows that he has an opportunity to demonstrate that in all aspects of his life moving forward.

I realize you have a difficult predicament balancing human compassion with an appropriate sentence that is fair and equitable. I have no professional expertise in knowing the right sentence for Bill based on his guilty plea. If an assessment of character, core values, an individual's true remorse and commitment to a values driven life moving forward factor in, then I can say with confidence that Bill is truly a good person who recognizes deeply how wrong his actions were. While he can't change what happened, I believe he will devote his life to doing the right thing in both his professional and personal life.

Thank you for your consideration.

Warm regards,

Frank Williams

100 Wilshire Blvd; Suite 1200
Santa Monica, CA 90401

April 2, 2021

Dear Judge Gorton,

I have had the honor and sincere pleasure of knowing Bill and having him in my life for more than 10 years. We met through work but very quickly our personal relationship transcended our work relationship. This is a hard letter to write for me, since I love the opportunity to reflect upon the impact Bill has made on the world and my life, but the circumstances are deeply sad for everyone, especially Bill.

My background was in the entertainment industry where I made movies with intriguing people and cultural icons, but no one captivated me the way Bill did. I was immediately drawn to his uniquely positive outlook, his deep intellect and his sincere empathy for everyone he touches in his life. He inspires me more than anyone in my life, and he always makes me feel great about myself and instills deep confidence in me. Up until this single aberration in his judgment, I felt as though Bill had no real flaws. I've always identify the highest character in people who prioritize their relationship with their family, and assiduously nurture and maintain friendships. And this describes Bill. He is an extraordinary father, and his marriage with Marie is the best marriage I know. He has an immense circle of devoted friends who love him, and when I see his friends with him, I always think "this is just how I want my friends to feel about me". It's amazing how he has such unconditional love from so many people.

Bill is always pushing himself to be the best person he can be, and in a way that I have never seen any one else do so effectively. Bill is a massive believer in service, and this pervades his life in the form of serving on many boards of philanthropic organizations. Bill also pushes himself to always be growing and learning and improving himself, and this is manifest in the form of going to meditation retreats to learn how to be more mindful and more in touch with the world around him. And this desire to be the best he can be as a father is evident in the form of creating the best life possible and being extremely present for his three children.

Giving back has always been central to who Bill is. I watched him closely as he created the idea for the Rise Fund which would give back and improve the world at a level of scale that has never been done before. He was always so authentic in his approach to giving back and he never wavered from his north star of helping facilitate true impact.

His commitment to leaving the world better than the way he found it is the overriding theme to just about everything he does. I saw this so clearly when I approached him about Thrive Scholars which is an organization I'm involved with. Thrive Scholars mentors high achieving students of color from low income communities and helps guide them through high school and college and into meaningful careers. I wanted to expand the organization into San Francisco and mentioned this to Bill who immediately dove in with his usual passion as well as a commitment of time he did not have. He assembled a group of leaders from the business and philanthropic worlds and created a successful process with his usual high intellect and personal zeal. His efforts were incredibly valuable and directly had impact many young kids' lives. The CEO said to me that Bill was the first business leader he's met who engaged with a such degree of authenticity and effectiveness, more than he'd ever seen before.

And last, the hardest part to write about is the most valuable act of kindness anyone has ever done for me. Several years ago my wife fell victim to an addiction to alcohol and prescription drugs that ended up tearing apart our family and my life. I was somewhat catatonic and not sure how I could move forward while continuing to be the father I had always been. Bill guided me through that in a way I never dreamed possible. I am shedding tears as I write this, remembering how selfless and generous Bill was with his time, with his advice and with his love. He provided me extremely valuable introspection and philosophy about life that resonated so clearly with me, while also being so strong about how to move forward. I honestly don't know how I could have made it through such a difficult time without Bill's compassionate guidance.

It is truly heartbreaking for me to grasp how someone who could be so giving of themselves and who is incredibly valuable to so many people, could find themselves in the circumstance Bill finds himself today. But to me Bill has owned his transgression and he takes full responsibility for everything. But all I know is, the world needs Bill McGlashan and I am hoping Judge Gorton you see that and will offer the most leniency possible for such a good man. I thank you for taking the time to let me share my feelings and insights and about Bill.

Sincerest regards,

Rick Hess

Sam Jadallah

April 6, 2021

Dear Judge Gorton:

I'm writing to you in support of Bill McGlashan. I've known Bill for about 12 years. Our relationship has been centered around YPO (Young President's Organization) and in a close, personal format.

In that time, I've been with Bill and our group at times of great joy and deep pain. Together, we recognize the journey of life, including how fragile and unpredictable it can be and, most importantly, our personal role to contribute in a positive way, be there for others, and recognize our own shortcomings. Our group has called each other out on painful topics, maybe none more intensive than the situation Bill is addressing now.

I, as a board member emeritus of a national University, felt the pain expressed by so many with this event. In my role, I greatly dislike the role of wealth and money in education. I take it as personal mission to dismantle that association and provide broad access of quality education to all. Bill and I discussed in depth, as we both ventured on our healing process. Bill's healing started with his acceptance of his actions, the recognition of the allure of easy solutions and the understanding that someone so close with him had a deep values perspective. My healing started with sharing my pain of how Bill's actions personally hurt me. But, I also healed as I came to understand Bill's remorse, his recognition of the path to the actions, and his deep recommitment to live the values of which he profoundly cares.

I allowed myself to be skeptical. Provided space that maybe Bill was more impacted by the embarrassment than the actions themselves. I was prepared that Bill and I may no longer be friends. After an intensive process, I am a believer in the goodness of Bill and his ability to make this experience one that transforms himself. I see it in every interaction and am proud to call Bill my dear friend, once again.

I believe I understand Bill deeply. His desire to do well for society, to make a positive impact, is what drives him. He understands his privilege, and with that, great responsibility to contribute in ways that only a few are afforded.

His track record of driving financially-oriented equity firms towards social good was transformative in the industry. He was the single driver helping popularize a movement that has become mainstream.

I ask you to recognize the positive impact Bill has made on me, the industry, society and the progress he has made on himself. I believe he deserves recognition, credit and support in his efforts. I ask you for leniency for this very special and unique person.

Thank you.

Sam Jadallah

Sue O'Callahan
2617 Euclid St., Apt. D
Santa Monica, CA 90405

March 30, 2021

Dear Judge Gorton:

Greetings and thank you for the opportunity to submit this letter on behalf of Bill
McGlashan. My name is Sue O'Callahan, Bill's sister-in-law. I am a trained alternative
health and healing practitioner, working in this space for more than 20 years. I have
known Bill for over 25 years. I would like to share what I have witnessed since his
indictment, as Bill has endeavored to take full responsibility for the incredible pain he
caused his son, family, colleagues and the larger community.

Bill has spent these last two years painstakingly identifying, evaluating and taking
ownership of what led him to engage in a totally unlawful act and go against everything
he held sacred, important and true. Bill has adopted a daily approach to acknowledge,
rather than avoid, the reality of the destruction he caused by breaching his personal,
family and professional code of ethics. I can attest to this process as being grueling and
painful, as someone who has been supporting him. He has approached this with a
"leave no stone left unturned" rigor. Bill's choice to not only make amends, but to also
put himself "in the skin" of those he has harmed, reflects his acknowledgement of the
severity of the situation as well as his own culpability.

To say I was shocked by the indictment is an understatement. Prior to this event, I had
only known Bill to conduct himself with impeccable integrity, curiosity, generosity, and
an almost unparalleled drive to do good. His interest in making a difference by focusing
on national and global challenges, showed the rest of us how to have a profound impact
through hard work, diligence and determination. I cannot state this enough.

Bill has been an incredible professional coach and mentor to me. I am currently working
on a startup media company, committed to streaming content that expands awareness
and engagement on global challenges and issues. Bill has repeatedly reviewed our
financial deck and business strategy with incredible patience and unrelenting support.
His help has been absolutely invaluable, given the challenges of raising money and
operating during the pandemic.

Bill has been a great mentor to my son. He has counseled and advised him on his
personal growth and development, strategies for identifying a career path that brings
deep fulfillment and meaning, and nurturing his curiosity in environmental sciences,
finance and investing and the arts. Bill has been a pillar of goodness.

Bill's commitment to and support of his local and greater community is reflected in his
service on boards for SF Conservation Corps, Endeavor Global, Yale School of
Management, and Common Sense Media. Additionally he served as a trustee for Marin
Academy, Marin Country Day School, Woodside Priory School, and Bay Area Discovery

Museum. Bill accepted these advisory roles in spite of his very busy schedule, recognizing the value of his experience and keen problem solving skills for these entities.

He has consistently demonstrated commitment to environmental and humanitarian issues through his donations to American Rivers, Bridge the Gap College Prep, Forest Futures Fund, Dominican Sisters Vision of Hope, Pachamama Alliance, Marin Agricultural Land Trust, Maasai Wilderness Conservation Trust, Peace in Schools, World Bicycle Relief, Water.org, Thrive Scholars, Summer Search, Conservation International, Nurturing Minds in Africa, Center for Food Safety and Environmental Working Group.

Bill is approaching the formal sentencing for committing the felony with humility, honesty and total remorse, and wholeheartedly accepts the prison sentence you deem appropriate.

I thank you for the work you do and again for the opportunity to submit his letter on Bill's behalf.

Kind regards,

*Sue O'Callahan*

Sue O'Callahan

Steve Rothert
PO Box 806
Nevada City, CA 95959

April 8, 2021

Dear Judge Gorton:

I have known Bill McGlashan Jr. for nearly 50 years, and I consider him one of my closest and most important friends. I am writing to share a small fraction of my experience with Bill to help illustrate his character.

During college we had many discussions about the devastating poverty we had seen around the world, the discord among nations and our interest in committing ourselves to service to address these problems. This global perspective and interest in helping had been cultivated in us through the community our families participated in called the "Creative Initiative Foundation". During one of these conversations, Bill mentioned his vision to bring together young volunteers from multiple countries in service to work as a team on poverty-alleviating projects around the world. Bill's idea inspired the two of us and another longtime friend, Noel Kidd, to create the World Service Corps. The three of us spent nearly two years meeting with government and non-governmental entities to design and launch the project, including leaders of the United Nations Volunteers, U.S. Peace Corps, the President of Costa Rica, and countless others. Despite being in our early 20s and having little life experience, World Service succeeded in bringing a multinational team together to complete a project in one of Costa Rica's national parks. This unlikely success was in large part the result of Bill's passion and tenacity for making the world a better place.

Bill has always been very generous with both his heart and financial capacity. Until recently I worked for a non-profit conservation group called American Rivers as the director of their California office. Bill appreciated the role we played in tackling California's water management challenges and gave American Rivers multiple gifts and inspired his friends to donate as well. Bill's gifts totaled more than $125,000, and for several years he was our largest California donor. He always showed a deep interest in our work, and his support allowed us to expand our river restoration programs and achieve important victories for California's iconic salmon.

The most momentous gift Bill gave to me and my wife Elizabeth came when we were as sad and dispirited as we have ever been. We had gone through years of failed attempts to start a family, including several IVFs, domestic and international surrogacies, and adoption. At the time, Bill and Marie's boys George and Robbie were little and Grace was not yet born. Bill obviously knew the joyous miracles that children can be and wanted to do whatever he could to help us. He was always an empathetic and supportive listener in this time. Not long after hearing of our most recent failed fertility attempt, Bill shocked us by offering to pay for one more try to have a child. Through our tears we protested that the offer was too generous, but he insisted and of course we accepted. When our beautiful daughter Tova Rose was born we asked Bill and Marie to be her god parents. Today, Tova Rose is planning a summer of adventures before her first year in high school and she brings us immense joy every day.

Bill and I have talked at length regarding how badly he feels about the felony he committed and the pain he has caused his family, especially George, Robbie and Grace. It is clear to me that Bill wants to make amends, learn from this mistake, and get back to devoting his talents and generosity to making the world a better place in little and big ways.

Sincerely,

*Steve Rothert*

Steve Rothert

Dear Judge Gorton,

Thank you for the opportunity to share a little bit about my dear friend, Bill McGlashan, who I met in 1998 when I was seated next to him at a dinner party. Bill was kind, smart, engaging, completely down to earth (important to Midwesterners) and incredibly funny. We laughed all night long and I knew I'd found a kindred spirit. Bill and Marie welcomed Frank and I to San Francisco with open arms, introduced us to their families and friends and through their warmth, joy and generosity, made this our home.

We shared the same morals, values, senses of humor and deep commitment to friends and family, so when it came time to choose who would raise our kids if something were to happen to us, the choice was obvious. Although Frank and I have four sisters and two brothers between us, we asked Bill and Marie to be their guardians and without hesitation, they said, "Absolutely." I hope that says something about this family. Twenty-three years later, we've raised our families together, spent Holidays together, vacationed together and our sons may very well end up college roommates together. The McGlashans are our family.

My daughter and I were out of the country when the Varsity Blues news popped up on her phone. As she read the article aloud, I was in disbelief and saddened for the entire McGlashan family. To say the allegations were out of character is *such* an understatement. I have always known Bill to be a man of complete integrity, so I was trying to reconcile this illegal act with the man I knew so well. I was receiving tons of texts and calls from people who knew how close our families were, grappling with my own shock and deep disappointment, and trying to find some clarity to respond in a supportive way.

Meanwhile, our son was scheduled to stay with The McGlashans for ten days while my husband joined me. Needless to say, we quickly made a new arrangement for him. Even though they were in the midst of the most devastating experience of their lives, Marie said, "Bill and I talked about it and we still really want Danny to stay with us. Please, we'd all really love to have him here." Bill wasn't hiding from this or making excuses. They were all feeling an array of messy emotions and dealing with this head on. Our son witnessed fierce grace in action - a father experiencing deep shame, remorse and grief while his wife and kids stood by his side in their pain, and through unconditional love, slowly began healing together.

Since then, Bill with his Spiritual Warrior wife Marie, has done an incredibly deep dive. He's diligently worked to strip away the many layers to figure out what led him to work with Singer in the first place. Every week, he's in a retreat, working with a spiritual advisor or taking a course in personal growth. I have watched Bill suffer through the brutal consequences of his actions with deep humility. Although he's already undergone the deepest punishment possible for him – disappointing his family and betraying their trust -- he wants to serve his time and make amends.

It's easy to simplify things to be black or white, good or bad, but that's not reality. Humans are complex creatures with different backgrounds, fears, hopes, motivations and underlying beliefs. Bill was raised with Ivy League in his blood, so in his mind, attending a selective school was key to success. However, one dishonest act does not wipe out a lifetime of goodness, generosity and positive impact. So, when I'm asked, "What do you think about what Bill did?" I respond, "Bill is a good, loving, intelligent, generous man *and* he committed a dishonest act. Both are true. And yes, we still love him very much."

I am so very grateful for your time. - Elizabeth Gerber

Dear Judge Gorton / To Whom it May Concern:

I am writing this letter in the hope that it will give you a broader perspective on Bill McGlashan who I have known for over 20 years. I met Bill and Marie shortly after my wife and I moved to San Francisco in 1998, before either of us had children.

We became fast friends with Bill after being introduced by a mutual friend. Bill went out of his way to include us in events, introduce us to other people and helped make San Francisco seem like home. We did not have any family on the west coast, but Bill and Marie became family to us. We raised our children together (all of whom are very close to this day), vacationed together and celebrated countless holidays, birthdays and special events together.

I have always known Bill to be a passionate, compassionate, generous and hard-working individual who valued his time with his family above all. I witnessed Bill's career flourish and got to know many of the people who worked for and with him, several of whom we now consider close friends. When Bill launched the Rise Fund at TPG, it was the culmination of years of hard work and united his talents as an investor with his passion to make meaningful change in the world. The foundation of The Rise Fund challenged the thought that generating financial returns and doing good in the world were somehow mutually exclusive. Rise proved that the two intersect and Bill's advocacy on impact helped launch an entire movement in the investing community, as witnessed by the significant increase in ESG and impact funds.

In addition to the focus on impact, Bill was focused on measuring the effect on impact through unbiased, third-part verification. Bill helped launch a public benefit corporation (Y Analytics) that helped investors and companies better understand the impact of their capital allocation decisions leading to a focus on investments that can have the greatest impact.

The passion Bill brought to the investing community also showed in his personal life. Bill has always been very dedicated to his family and also to his friends. His decision to engage with Rick Singer was clearly a poor decision and uncharacteristic of Bill. I have witnessed first-hand Bill's struggles to come to terms with his actions and watched as he has worked hard to dig deeply to understand the reason for his actions and to re assess and realign his path forward. We have no doubt that Bill will continue his important work in making meaningful change in the world. We face many challenges in our world today from racial inequality, climate change, voting rights and social inequity. I strongly believe that we are all better off having people like Bill on the front lines fighting for these issues.

Frank Gerber

Dear Judge Gorton,

They say friends are the family you choose, a cliché phrase that like most other cliché phrases, is true. The McGlashans are our chosen family. They have been for the last twenty-two years and will be for the rest of my life. Our parents were best friends before I was born so I did not necessarily have much choice in the matter. Even so, Bill and Marie are my second parents, and I truly cannot imagine my life without them. Bill has been there for me through every phase of my life, not because he had to, but because he wanted to. He came to all of my middle school plays and performances, my vocal recitals, my graduations, you name it. I don't think he attended any soccer games during my short-lived athletic career, but that's understandable because to this day, I still call half-time intermission.

Humor is very important to me. It is rare to meet someone who is a genuinely kind human being and also really funny. Bill is one of those rare people. Not only is he one of the most generous, humble, and kind people I have ever met, but he is absolutely hilarious. One minute Bill is cracking a hysterical joke and the next he is crying as we go around the Thanksgiving table sharing what we are grateful for. Bill is a total softie. Just the other night after a family dinner, he made us watch a special on Oprah Winfrey – because even middle-aged white men love Oprah Winfrey. Fans of hers were writing open letters sharing how she changed their lives. One of them was a student from her Leadership Academy for Girls in South Africa. I turn around and see Bill swimming in a pool of tears because he's so moved by her story, and the tremendous impact Oprah made on her life.

Making an impact is perhaps one of Bill's greatest values in life. He is a deeply empathetic and caring man. His heartfelt empathy combined with his professional drive allowed him to raise money to create a fund focused on social impact, making a difference, and giving back. Bill cares so deeply and gives not only his money, but his time, skills, and strengths to create lasting change in the world. The Rise Fund is the thoughtful culmination of Bill's impressive career and proves how much he cares. Bill loves many things very deeply, but above all, he loves his family. He will go to the ends of the Earth to protect them and do what is best for them.

When the story broke back in 2019 that Bill was involved in a bribery scheme to get his son into college, it made no sense and complete sense all at once. This decision was not at all consistent with Bill's intelligence, strong moral compass, or impact-driven career. However, it did reinforce one thing anyone close to Bill knows to be true – he'd do anything for his kids. I'm not saying this validates his actions *whatsoever* and this is certainly a difficult scenario to understand, but the root of his decision was love and wanting the best for his son. Since then, Bill has done a lot of difficult, emotional, and introspective work to take accountability for his actions and cope with the deep regret we all know he feels. Bill is human, he loves his kids, and love sometimes clouds judgment. No matter how unrelatable or screwed up this scenario may be, if everyone knew Bill as well as I do, they would understand this was not a malicious decision, but a reflection of just how much Bill wanted the best for his son.

I hope you get the chance to read this letter so you can perhaps understand the true Bill McGlashan I have been lucky enough to know my whole life. If we thought Bill was driven and determined to make an impact on the world before this happened, I can only imagine the phenomenal things he will do once this is behind him.

*Natalie Gerber*

Natalie Gerber

Dear Judge Gorton,

I am excited to share a little bit about my second father, Bill McGlashan, with you. Since the day I was born, I've been a part of the McGlashan family. No matter the time, day or situation, Bill and Marie always make me feel at home. I experienced this firsthand in the Spring of 2019 when the college scandal hit. My family at the time was gone, and I had planned on staying with the McGlashans. While I was living with them, Bill treated each and every one of his kids and me with warmth and kindness during the darkest period of his life. Something that really stood out was that he wouldn't allow phones at the dinner table so we could all appreciate and value each other's presence. To Bill, spending personal time with family and friends is of much importance. When you spend one-on-one time with Bill, you will feel like the most important person in the world to him. Because every atom in his body is focused solely on you, he makes every person he interacts with warmer and happier. This is how I feel when I'm at their house. Even while he was going through a dark period, he made me feel important and wrapped in love.

I don't think of Bill as my Dad's friend, but as my second father. Whenever I am either at their house or on vacation with them, he says goodnight and "I love you" to his kids before he goes to bed. What impacted me most about this was that he does the same to ME! He treats me just as he would his kids. He said goodnight and "I love you" to someone who wasn't biologically his kid. Most men wouldn't be able to say the words "I love you" to me because they aren't as vulnerable and comfortable and confident in their heart as Bill. He wants everyone to feel comfortable, important and included. Bill impacts everyone around him, not only through his intelligence, experience, wit and wisdom, but through his warmth and love.

Whenever I am on vacation with the McGlashans, I always come prepared for any and every type of adventure. Bill is someone who appreciates shared experiences and adventures, so he always has something planned. Whether it's snorkelling, foil boarding, bow & arrow target games, skiing, hiking in the mud, or surfing we always try something new and with him, it's always a blast. What impacts me most is his positive attitude and mindset. No matter what goes wrong on a trip or adventure, everyone in the group will come out with a smile because of Bill. Bill finds the fun and humor in every situation. Bill's attitude and way of life is one that I want to model and replicate because it has impacted and helped me figure out what kind of a person I want to be. Like Bill, I want to be loving, compassionate, intelligent, brave, comedic, adventurous, and last but not least, someone who isn't afraid to say I love you. Bill is a good, honest and loving Dad who made a bad decision because of his love for George.

Thank you for your time.

Daniel Gerber

Danny Gerber

Shai Agassi
43 Derech Haganim,
Kfar Shmaryahu, Israel

March 12, 2021

Dear Judge Gorton / To Whom It May Concern:

I am a serial entrepreneur, founder of multiple companies, who is a close friend of Bill
McGlashan of twenty years. We have been forum members at the same chapter of Young
President Organization (YPO), a forum where CEOs share their deepest thoughts and
concerns, looking for support and advice from their peers. During our monthly meetings, and
many off-YPO family events I had the honor of knowing Bill and his family and I am proud to call
him one of my dearest friends.

Bill is a lifelong positive force in any community that he was part of. His positive contributions to
society did not start late in life – he has donated to great causes throughout his life. Bill was one
of the people who accepted me and my family – who immigrated to the US from Israel and
became an inspiring force in my life. When we met, I was a young executive at a global software
company who worried mostly about my own career. Bill's constant advice and personal example
was one of the great influences in seeking a more meaningful path in life and work. His embrace
into the community made my family feel welcome in a new land.

We both took the risk of departing from out of our software careers. I had started Better Place –
one of the pioneers in electric vehicles, in an attempt to combat climate change. Bill channeled
his leadership efforts into demonstrate that doing good for this world can be financially
rewarding – leading a wave of positive impact investment firms that emulated his success.

Our paths took us to different parts of this globe – Bill to Asia, and I went back to Israel – but we
have kept our friendship strong. I was dismayed to learn of the turn of events that lead us to this
moment. I can tell you that I know these events are not defining who Bill is to me or any of his
close friends. He is much more than one event can define. He has an amazing compass, is
committed to the truth and a champion for global fairness. Bill has dedicated his life to fixing all
that is wrong within our world, and this one mistake should not define who is. He had placed his
family over doing the right thing – he knows it and takes full responsibility for his actions. He had
shared his remorse with his friends, has paid and will pay the price to society.

In closing, I hope that you can see it in your heart to show mercy towards a person that I know
for decades. We see him for much more than this event and hope you can do so as well. I had
been blessed to call Bill my close friend and a wonderful role model.

Sincerely,
Shai Agassi



BOISSET
*Collection*

Jean-Charles Boisset
Boisset Family Estates
849 Zinfandel Lane
St Helena, CA 94574


March 14th, 2021


Dear Judge Gorton / To Whom it May Concern,

My name is Jean-Charles Boisset, Franco-American Vintner & Proprietor of Boisset Family Estates…who has known Bill for over 15 years in various capacities…personal, professional and through numerous communities as well as the YPO Organization…where we have been in a Private Forum together for 8 years.

Bill has been a great mentor and inspiration to me for many years as I have had the pleasure to know him very well personally and professionally… I have admired him and have had incredible respect for all that he has created….a wonderful family and deep, powerful relationships…a fabulous group of friends and an outstanding professional life…I have had the pleasure to get to know his family well as well as parents and close friends…he knows the importance of Family & Friends…. not only is he concerned with the legacy he will leave, but he honors the legacy he has received and the traditions of his ancestors.

HE is very well balanced …his family and friends always come first. He prioritizes his time and is well rounded in so many ways. I would define him as a modern Renaissance man…a great compliment for someone that I feel has reached quickly such a level in life.

He is committed and faithful…he says what he means and mean what he says. He follows through with his word even with people who don't follow through with theirs. He is very loyal in his relationship…with many common friends we have as well as with myself.

He has integrity and great character…simply put, an achiever is less talk and more action… that is what characterizes him !....the Latin origin of "integrity" means whole, and when it comes to being a great person, he is and everywhere he goes, he leaves a mark !....he is as well very courageous and goes after what he wants , even in the presence of self doubt. He is not afraid of failure as he has the ability to turn a difficult situation into a more positive outcome….he is confident and listens…he knows how to take initiative as a true leader as he has personally & professionally…and also for his very strong community support and outreach.

Another aspect that is very commanding in Bills personality is his constant challenge to be a better person…he has self respect and give respect to all….i have seen it in so many situations…where he makes others shine .and at the same time , he strive on creating a positive internal self dialogue….he is humble and very honest and is really a wonderful team player….where the general outcome is greater than his own….his ego always comes second, others first !...that is admirative and we have witnessed that in our close door forum and within his professional life !

Another important personality trait is his true and close friendships…he keeps a very tight brotherhood around him and understands everyone of them,….and is always there for all of us…he is very adaptable, he is humble, he has a great sense of humor & has great temperance…where he does not let his emotions get the best of him. He shows as well great desires to advance culture…when he leaves the world, it will indeed be a better place !

He is adaptable, and can really connect with anyone.…with a great sense of humor…and good manners !

Bill has a tremendous personality and aura that makes him a very unique individual …within our world.as we all meet a lot of people, I feel so fortunate to know him and be able to feel his magnetic personality and charisma …during this challenging time, he has been very direct with the situation and made us aware of it immediately…I feel he is very ready to deal with the situation and really understand the challenges he is facing and is ready to fully deal with them…internally and externally…he has been very honest and forthright where his actions are made with care & consideration…he has admitted his remorse to me and realize how important it is to move forward.

Finally, Bill has great beliefs and is listening to the next steps….and look at the future with a constructive & a positive outlook.

He has done as well so much for the community where he is constantly in support of others….and assist others in their growth… either through Charity work or personal assistance to others….

He is committed to continuously learning and create a better world for his family and friends….and feel this present situation will strengthen this bond and overall commitment towards others.

As a conclusion, I value immensely my friendship with Bill, his extraordinaire wife Marie and his children and will continue to admire him for who is with his family, parents, friends and overall environment and look forward to experiencing transcendental experiences together in the future.

His leadership skills will allow others to see what they may not have perceived and I sense that his mission in life has never been merely to survive, but to thrive; and to do so with some passion, some compassion, some humor, and some style.

To his contagious personality and magnetic style.

With passion!

Warmest Wishes,

*Jean-Charles Boisset*

Jean-Charles Boisset

Heidi & Daniel Cunningham
1405 Via Gabriel
Palos Verdes Estates, CA 90274

March 14, 2021

Dear Judge Gorton / To Whom It May Concern,

My name is Heidi Cunningham and on behalf of myself and my husband, Daniel Cunningham, I wanted to write to you to convey some of the aspects of Bill McGlashan's character that I've witnessed over the past 25 years of coming to know him through his wife and my friend Marie McGlashan.

It's not enough to tell you that Bill is a kind person, or that he has always shown great care and generosity with friends and family. Rather, I want to share that my association with Bill McGlashan, witnessing his personal commitments to finding ways to improve the lives of people across the globe and listening to him discuss ways his Rise Fund could positively impact the environment or improve access to healthcare, has inspired my husband and I to be better, more socially conscious people ourselves. The desire to create a venture fund that could wed capitalism to doing social good wasn't a PR stunt for Bill, but rather a sincere reflection of his everyday thoughtfulness for the welfare of others and awareness and empathy for those less fortunate than himself. I have no doubt that once these matters are behind him, that he will immediately return, undeterred, to resume his mission to leave this world a better place than how he found it.

I imagine there are many others who have been inspired by Bill's participation in a long list of philanthropies, or moved by his perspective on the good fortune we have to live in America and our commensurate obligations to improve the living conditions for fellow human beings. For example, I know Bill spoke with pride about my husband surrounding an investment they made in an Indian dairy that allowed individual dairy farmers to earn a steady income greater than what they were able to ever realize before, while improving the quality and safety of the finished product.

It is not in Bill's nature to use his wealth and privilege to shortcut the system or tilt the playing field in his favor just because he can. To the contrary, it has always been important to Bill that his children understand the blessings of their upbringing. I know that Bill moved himself and his family to India for a year -- ostensibly so that he could be closer to some of the overseas investments his firm was considering -- but I know personally that one of Bill's true objectives was to provide his family with a humbling up-front encounter with how poverty and scarcity play a daily role in the life of much of the world we rarely see, much less live amongst and walk through its streets. Therefore I'm quite sure that Bill has great remorse for an uncharacteristic departure from the ethical high ground and I imagine a majority of his future days will be spent repaying that moral debt a thousand times over. We don't know many people like Bill McGlashan but the world could use a lot more souls akin to his.

Sincerely,

Heidi Cunningham

John D. Goldman
42 Serrano Drive
Atherton, CA 94027

March 14, 2021

To the Honorable Judge Gorton/To Whom It May Concern:

I am writing this letter on behalf of my longtime friend, Bill McGlashan.

I first met Bill over 25 years ago, when he became a member of the Young Presidents organization (YPO), of which I had been part of for five or six years before he joined. Some think of YPO as a rich boy's club, but nothing could be further from the truth – its global membership in thought and background, with chapters in every corner of the world, gives a different kind of richness – diversity of thought, opinion, and most importantly, support for one another. Our chapter (named Barbary Coast because of our rebellious nature) was and is no different.

Each chapter has several forums, in which a member can bring up any issue or topic – personal- or business-related – without fear or constraint. All conversations are "forum confidential"; no one outside of the forum, spouses or partners included, can know of the content of these matters and discussions. It is a safe place, a place where one can share their most intimate and private feelings and thoughts. And because of its nature, it is a place where unbridled friendships can flourish.

When I first met Bill, I knew he was smart and intelligent, personable and charming. But as I got to know him, he was much more. I saw his sensitivity, his caring for the wellbeing of others. I was struck by the fact that his father decided to have the entire family move to Israel for a few years and live on a kibbutz. For a decidedly non-Jewish family, this was both highly unusual and daring. Yet, it transformed Bill: he often mentioned how the values of Judaism (especially *tzedakah*, or "repairing the world") were ingrained in his soul and his behaviors through the experience.

While I "aged out" of YPO a few years later, Bill and I kept in touch and occasionally saw each other. His business and philanthropic activities reached new heights, and I was proud of him and his good works. When I heard that he was arrested as part of Operation Varsity Blues, it was a total shock. As my wife reminded me, I said to her, "Not Bill. This is just not like him. He couldn't have."

I understand that Bill is full of remorse, knows that what he did was wrong, and is prepared to face the consequences of his actions. Not knowing the specifics, it would be entirely inappropriate for me to opine on what he did. But I will attest that the Bill McGlashan I know is, first and foremost, a person of good character, honorable intentions, and commitment to bettering the lives of our global citizens.

Please accept my gratitude for your consideration of my thoughts as you consider his case.

Sincerely yours,

*John Goldman*

# WILLIAM H. DRAPER III

March 15, 2021

Dear Judge Gorton:

I was devastated to hear of Bill McGlashan's part in illegally acting on behalf of his son's application to college. He was one of the last people I would have expected to do such a thing and I know he feels ashamed for having done it. I have known Bill for more than 20 years and I have always thought of Bill as a strictly honest, forthcoming and an outstanding citizen. To my knowledge, he has never done anything that bordered on being inappropriate, illegal, or dishonest. He has a long record of being helpful to other people and I was stunned to hear that he had acted illegally in order to get his son into college. I am sure that he regrets acting in this regard. It is so out of character of this fine man. My experience with Bill is totally void of anything other than honesty and integrity. He has been a very loyal friend and I am sure in the future he will continue to be a good person.

Sincerely,

William H. Draper III

1600 El Camino Real, Suite 155  Menlo Park, California 94025  Phone: (650) 319-7808  Fax: (650) 323-4060

Elizabeth Marie Farley
P.O. Box 632
St. Benedict, OR 97373-0632

March 15, 2021

Dear Judge Gorton,

I am the mother of **Marie Rasic McGlashan**, wife of William (Bill) McGlashan. I have known Bill since he and Marie started dating in 1995 and have had a continuous relationship with him from that time on.

I am writing to you to inform you that I have always found Bill to be a person of high integrity and always endeavoring to do what is right in all circumstances. My comments are based on personal interactions with him and direct observations of him; as well as, what I have come to know about him through conversations with my daughter, Marie, with whom I have been and still are in frequent contact.

Bill has always been respectful to me and to my late husband, Jerome Edward Farley, whenever we encountered Bill in person or on the phone. He was always sincerely interested in what was happening in our lives. We felt he had genuine concern for us, with no ulterior motives.

From my observations, I found Bill to be a wonderful husband to Marie: loving, respectful, thoughtful, and generous. He was genuinely interested in being a good husband to her. He is successful in this goal.

Bill is an ideal father to George, Robert, and Grace. He always treats them with love. He guides each one as individuals and encourages them to develop their natural talents and to study seriously whatever they have interest in. I never saw or heard Bill give them any counsel to do anything immoral or improper.

Bill manifests great respect for his mother, father, sister, and her family. He is respectful to my family, as well. We are all family to Bill, and he is generous and kind to us.

I must admit that I was very surprised when I learned about Bill's attempt to help George obtain a better score on the ACT. This was out of character for him. I have not seen or heard of any other similar actions in all these years. He seemed to be always upright and honest in dealing with people. He is a person of upright integrity.

Bill sent me an email informing me that he wanted me to know that he was pleading guilty to using Singer's ACT testing service. He stated, "What I did was totally wrong. In a world where fairness is in short supply, I was blinded by parental fear and violated my core principals and the care that I have for all other families and their kids. Paying to ensure a good score on the ACT is also completely inconsistent with what a wise, loving father would do. I knew better."

I do believe he is truly sorry for this action! This was very atypical for Bill and I believe he has learned a valuable lesson.

Sincerely,

*Elizabeth Marie Farley*

Elizabeth Marie Farley

# Carol Misseldine

March 17, 2021

Honorable Judge Gorton,

I am writing to you in regards to Bill McGlashan's sentencing relative to his guilty plea to a single count of wire fraud and honest services wire fraud. I have known Bill since 2000 when I began dating his uncle, Charles McGlashan, who I subsequently married.

I have corresponded with Bill about this difficult matter and there is no question in my mind that he is deeply remorseful for the actions he took. I also believe that Bill has been deeply receptive to the insights that have accompanied this exceedingly painful and humiliating episode in his life; he has spent considerable time in introspection to understand what drove him to take the actions he did. I have always experienced Bill as a kind man, but he has become even more kind, attentive, curious, humble, and present over the past two years.

Although my late husband Charles was technically Bill's uncle, they were actually more like cousins because they were very close in age. They played together in childhood and overlapped during their years at Stanford. A strong connection they had as adults was their shared commitment to environmental sustainability. Because that was also my profession during the time Charles and I were married, I am gratefully aware of Bill's generous philanthropic support to organizations committed to environmental sustainability. Bill was a strong champion of Charles' successful campaign for Marin County Supervisor because of Charles' articulation of a leading edge sustainability platform.

In addition to Bill's concern for environmental sustainability, he is also a deeply compassionate human being. When Charles died unexpectedly in 2011, Bill set aside his own anguish to be present for me when I needed help the most. He calmly assisted in the details of Charles' service, and, at my request, prepared and delivered eloquent and moving remarks about Charles at the ceremony itself.

In conclusion, I have always experienced Bill as a kind man, deeply committed to the protection of the life support systems of this planet. He owns and is deeply sorry for the actions he took that have resulted in a guilty plea for a felony charge. I believe those actions were a clear departure from the way he has otherwise operated throughout his life. I also believe that he has learned a tremendous amount because of this ordeal, and that he will never engage in illegal activities again.

It is my understanding that Bill has agreed with the government to a 3-month prison sentence to atone for his actions. Given Bill's character, as relayed in this letter, I believe that he does not merit any further punishment than what he and the government have agreed to. I hope you agree as well. Thank you for considering,

*Carol Misseldine*

**Carol Misseldine**

500 Cochrane Avenue, Ukiah, CA 95482
(301) 892-1185 • cmisseldine@comcast.net

March 18th, 2021

The Honorable Nathaniel M. Gorton
U.S. District Court for the District of Massachusetts
1 Courthouse Way
Boston, MA 02210

Re:    William McGlashan

Dear Judge Gorton:

I met Bill in 2007 through the non-profit Endeavor. I am originally from Patagonia, where my parents are sheep farmers, Endeavor helps entrepreneurs in Emerging Markets and I was very lucky to receive their help early on which changed my life. Bill was very active with Endeavor, serving on its board and contributing time and money.  That is actually how I met him. Over the years we became friends, our families became friends, we traveled together and we did business together. Bill has been the kind of friend that I knew I could always count on.

Endeavor promotes entrepreneurship in Emerging Markets by finding, selecting and helping high impact entrepreneurs. Not only I saw first hand how it enabled me to succeed but I also saw how Endeavor created an entrepreneurial ecosystem in Latin America from scratch. When I was getting started there were no venture capital investors in the region, no lawyers, or consultants that understood or cared about startups and as a result there were almost no entrepreneurs. With the help of people like Bill, that has changed dramatically over the last 20 years, with thousands of new successful companies being created by a new breed of entrepreneurs supported by Endeavor that have created hundreds of thousands of jobs in a region that needs them desperately.  Bill was an early mover in this way.

Bill is a great family man. Ever since we met I have been impressed with how very dedicated he is to his family. He is very patient and caring with his kids and he loves spending time with them more than anything else. He is there for them when they need him. He is the same way with his friends and peers. He is very generous with his time, finding ways to bring people together and offering his personal and professional spaces to benefit others. He has been a very good friend to me and many other people I know. He accepts who we really are, on our good days and our bad days. I have seen him be kind and generous to people who will never know he helped them.

Bill made a terrible mistake and this mistake has already changed his life and the life of everyone in his family, in particular his son who he loves so much. By pleading guilty and he is accepting full responsibility for his actions because he knows that it is the right thing to do. Bill made a bad mistake, but he is not a bad man. I know him to be a good and kind father and friend. When you make a decision on Bill's case please consider treating him with the kindness and generosity he has shown others, me and many others will be grateful for that..

Respectfully submitted,

Wences Casares
wences@gmail.com
(650) 265-7445
455 Old La Honda Road
Woodside, CA 94062

**William M. Matthes**

**3701 Washington Street**

**San Francisco, CA 94118**

March 18, 2021

Dear Judge Gorton/To Whom It May Concern:

I am writing in support of Bill McGlashan. I have known Bill and his family well for close to 25 years, we had kids around the same time, and they have all grown up together. I also know Bill from a business perspective as together we invested in a very successful pharmaceutical outsourcing company helping make sure new drug discoveries were safe and both served on the Board. Consequently, I think I am in a unique position to give some perspective on Bill as a man, father, philanthropist and business and community leader.

I have always known Bill to be a man of the highest integrity and honor. His involvement with the ACT Testing scheme was truly an aberration that in no way reflects his values or how he has lived his life. Our daughter Olivia went through the college application process a year before Bill's son George, so I understand the pressure that this process puts on all those involved. That in no way justifies his actions but I can understand how mis-guided love might tempt a person to act in a manner inconsistent with their core values and principals. Bill has directly expressed to me his remorse and shame for his actions, and he is prepared to accept the consequences of his actions and move back to living a productive life with community and world improvement a big part of his focus.

I thought I would relay a couple of specific examples which I think help to better understand Bill as a person. First, Bill and I have been in the same YPO ("Young President's Organization") Chapter for the past 20+ years. A decade ago, Bill organized a day for dozens of us members and spouses who got to spend the day inside San Quentin Prison where we met with inmates to better understand their perspectives and how a non-profit (which Bill supported) called the Insight Prison Program was educating prisoners on life-management skills necessary to successfully readjust to society post-release. It was one of the most impactful days I, my wife and others have spent. Thanks to Bill our eyes were opened, we appreciated the need and have financially supported the effort. Beyond this example Bill has helped numerus non-profits both financially and more importantly with his time in his efforts to selflessly improve the lives of others. YPO members pride themselves on philanthropy and community involvement but no one, in my opinion, has leaned-in as much as Bill.

My final example helps to show how important family is to Bill.  On 9/11 Bill and I were on a plane flying home with a group to San Francisco.  When the terrorists struck, we were diverted to Sioux City, Iowa as the FAA closed US airspace.  Bill and I were the 2 guys in the group who only wanted to immediately rent a car and drive back to San Francisco (a long 3+ day drive) to be with our young families.  We convinced the group and started driving September 12th to get home to our families.

There are examples too numerous to enumerate about Bill's kindness and compassion and my hope is that my letter helps inform you about Bill as a person.  Bill's actions were out of character, he understands the magnitude of his mistake, feels genuine remorse and is prepared to accept the consequences.  Feel free to contact me if you would like any additional information.  Thank you for your consideration.

Best,

William M. Matthes

March 24, 2021

To Whom it May Concern,

I have known Bill McGlashan for five years, and in those five years, he has been my boss, mentor, and friend. He and I have spent many hours together on business trips and countless meetings. As the head of external affairs for TPG Growth and The Rise Fund, I had a uniquely close working relationship with Bill, going beyond just work and connected through our family and values.

I want to respectfully share with you that Bill McGlashan is a generous, kind, and thoughtful man. While I cannot speak to the circumstances of his mistakes for which he will be sentenced, I can say that I have zero doubt he is deeply committed to rectifying them and earning back the respect of his friends and family.

Bill introduced me to what it means to be truly committed to global social impact. His deep passion for investing in impoverished communities was inspiring and through my relationship with him, I had the privilege to be a part of building businesses both at home and abroad that can lift people out of poverty and change the world. I believe that when Bill has paid his debt and can move on to the next chapter of his life, he will deeply and meaningfully drive even more social impact. His passion for changing the world will be magnified by his desire to make his friends and family proud.

Sincerely,

*Adam Mendelsohn*

Adam Mendelsohn



Dear Judge Gorton/To Whom It May Concern:

My name is Tom Hale, and I have had a personal relationship with Bill McGlashan since we met about 30 years ago, when he was a graduate school student and I, a young professional working to build my business. In the time that has passed we've remained friends and shared community with our families.

I recognize that Bill is being sentenced for committing a felony crime. I know from conversations with Bill since his arrest that he is remorseful of his own actions and conduct in 2019.

I'm writing to share my experiences with and impressions of Bill in hopes of elucidating the honorable and respectable life the I have known him to live heretofore. Over the last three decades I have known Bill to be a person of integrity, a trustworthy, loyal and helpful friend, devoted husband and parent, and an upstanding, passionate community member. Bill's behavior, for which he is being sentenced, is an anomaly to the values I have known him to embrace.

Since the time I met Bill, he has always been willing to lend an ear and a hand to support others. Today, a couple of anecdotes come to mind as examples of my experiences with Bill, which I hope reveal his loyal and generous nature, his strength of character, and determination to be of service to others.

Bill was the impetus for me creating an advisory board for my company. Without his help I'm not sure I ever would have gotten around to this. Bill served on the Backroads advisory board as an invaluable and trusted advisor to me. My organization was embarking on significant expansion, and throughout Bill remained engaged, generous with his time, and approached my project with grace and humility — he imparted thoughtful insights, experiences, potential pitfalls, all with focus on better/best outcomes for my company. I remain grateful for Bill's consistently principled and authentic approach, and the selfless manner in which he helped champion my goals and business success.

I also appreciate Bill's notable commitment to service, and especially the time and energy he has devoted as a parent/volunteer and Trustee at our children's schools: At both Marin Country Day School and at Marin Academy Bill was always eager to lend a hand to make a positive difference for others and very ethical in his interactions. Compassionate, kind, and inclusive of other parents and families, Bill took to heart the opportunity to make positive and lasting differences in our school communities. Over the years, Bill spearheaded efforts to understand others' experiences, ideas, and priorities to identify areas of potential improvement that would benefit students and teachers; Positive outcomes of Bill's good work included broadening diversity, equity, and inclusion initiatives, enriching our children's experiences by building out outdoor education programs, increasing direct support of teachers through parent volunteerism and ongoing support for teachers' professional development, and advocating for meaningful improvements in the schools' environmental impact.

My experiences with Bill McGlashan for decades revealed him to be a man whose character and determination to be of service to others were bellwethers of his life. I know Bill is incredibly regretful for the crime he committed, and that he is determined to return to being a model friend, citizen and member of society, with keener self-awareness moving forward.

Respectfully,

Tom Hale
Founder & President
Backroads
(510) 527-1889 ext. 155



805 15th Street NW, 2nd Floor
Washington, DC 20005

March 27, 2021

Dear Judge Gorton:

I am writing this letter for you to better understand the Bill McGlashan I have known over the last seven years. I am a Founding Partner of Kupanda Capital, a platform that launches impactful ventures, especially in Africa. We have worked hard to create a diverse platform that is creating impact-driven companies which are changing the world.

It is fair to say that since the launch of Kupanda Capital in 2012, nearly every investor we met endeavored to change our focus and our methods. Many told us that it wasn't possible to create successful companies in Africa with our diverse teams, lacking the experience that 'market experts' deemed necessary. More importantly, these 'experts' told us that our process would take too long and that we should embrace approaches that would shorten the time to realize investment returns (while sacrificing impact).

When I met Bill in 2014, he was the first to share our energy. He was the first to connect with us on how we could build a different future, even if it might take a few years longer. He motivated and supported us with time and resources. He treated us as equals and partners. Personally, he had a tremendous impact on my learning and growth.

With Bill's support and encouragement, we have been able to build three successful companies, which are all having tremendous impact across the developing world. And even more importantly, these companies are led by highly-diverse and inclusive leadership, each of which see Bill as a key driver of our success.

When we all heard about Bill's conduct with regard to procuring testing services for his son, we were shocked. It was inconsistent with the Bill we knew. In fact, it was only through Bill's outreach and remorse that we were able to reconcile what we were hearing. I feel that he fully understands the gravity of his action.

As you consider next steps, I hope you take account of the Bill we have known. The Bill who partnered with us to take a harder path in creating the impact that many believed would be impossible to achieve.

Sincerely,

Bobby J. Pittman Jr.

450 Belvedere Ave
Belvedere
CA 94920

Dear Judge Gorton,

*"Give me your failure, God says, and I will make a life out it "  Father Richard Rohr*

I am a 52 year old Irishman, father of three daughters, married for 24 years and living in Marin
CA. I run a coffee company in Oakland, CA called Blue Bottle Coffee. I am a graduate of Harvard
Business School.

I am writing this letter in support of Bill McGlashan so I can provide you with my insights into
his character. I have known Bill since my family moved to California from London in 2009. I was
introduced to Bill then because of our mutual interest in working on environmental issues

Since 2009 Bill and I have become extremely close friends, we call ourselves 'brothers'. We are
in a YPO group together and I have spent many hours with Bill since he was indicted two years
ago. I know that Bill has nothing but remorse for his actions, I know he is accountable for his
mistake. I also know and believe that, not only was this so out of character for Bill, in some
ways, this mistake has energized him more down a path of impact, spiritual growth and an
overwhelming desire to help others through his philanthropic, business and family endeavors.

Bill and his wife Marie are strong environmentalists, working hard to reverse climate change.
Through their philanthropic work with organizations like EWG & Pachamama Rainforest
Alliance, to name a few, they both commit resources, energy and time to helping others. In
addition as you know, Bill was one of the first private equity entrepreneurs to establish a fund
that was solely dedicated to addressing climate change. That is the Rise Fund.

In 2015 my family and I traveled with Bill and his family into the rainforest of Ecuador with
Pachamama Alliance to stay with the Schuar tribe. Helping this community to defend
themselves from the radical threat of deforestation is something that Bill & the McGlashan
family are deeply focused on.

When I have seen anyone in a moment of need, I have seen Bill rise to this need with love,
compassion and honor. Bill is a loving husband to Marie and a father who clearly loves his
children. I know that Bill has paid a huge price for his actions already and he accepts all
responsibility and shows a strong sense of remorse. I also know his loving family, who are
healed and united, are obviously looking forward to getting Bill home. Home is where Bill
makes an impact on this world.

I love Bill McGlashan. I watched him grow spiritually from this fall. He lost his reputation, but he kept his heart, soul and his huge appetite for helping others.

In our wills, Bill & Marie, are to be guardians of our three children should anything ever happen to us. That still stands because I know Bill to be a wonderful father and while I'm sad he made a mistake, he is still the best father to my children should something ever happen to me and my wife Tara.

Thank you for taking this letter into account

Bryan Meehan
Executive Chair, Blue Bottle Coffee

**Tara Meehan**
**450 Belvedere Ave**
**Belvedere, CA 94920**

March 29, 2021

Dear Judge Gorton,

Bill and Marie were among the first people we met when our family moved to California from London in 2009. They were extremely welcoming and supportive from the moment we were introduced. We have since been very dear friends, seeing each other frequently, including traveling together overseas and within the US.

I regard Bill is among the few men I know with whom I could discuss my deepest heart and know that I would be truly listened to. I also know that if I had a crisis he would be there for any member of my family. I have only known him to be generous with his time and care.

I see the way he has worked to keep his family grounded in spite of his success, with their year in India and travels for service. I must say I was honestly astounded when I heard what had happened – it seemed so totally opposite to the thoughtful person I know. I think his fierce love for his family blinded his mind, his misplaced fear of failure on behalf his son made him act completely out of character.

I have always admired how he strove to combine being the excellent businessman he was, with finding ways to make the world a better place. This is clear when he initiated the strong focus on impact investing within TPG, but also his consistent generosity of time and financial support to a multitude of non profits internationally and at home.

I also am impressed by how Bill has been so open and honest about admitting what a mistake was made, and to feel the hurt and impact that action had on so many people who are less fortunate than he. As a Board Member of the non profit Enneagram Prison Project, I have experience with those incarcerated for both criminal and white collar crimes, and I have seen transformation when someone is determined to learn why they did what they did, in order to change. Often they only start to wake up to themselves and this work when they experience the shock of being inside.

Bill clearly has already had this wake up call. He has already suffered great consequence from his actions and I clearly see his energy and focus to really do the work to understand why he did what he did. I believe this deep work, along with his wish to make amends will only amplify his non profit work and the positive impact he is able to make.

Thank you for your consideration.

Sincerely,

*Tara Meehan*

Tara Meehan
EnneagramPrisonProject.org

March 29, 2021

Dear Judge Gorton/To Whom it May Concern:

We have known Bill McGlashan for the last few years. He and his wife, Marie, are significant contributors to the work of the Pachamama Alliance, which is an organization we co-founded 25 years ago.

Bill and Marie and their children traveled to the Amazon rainforest on a Pachamama Alliance journey with several other families. They were deeply moved by the experience of the forest and the indigenous people and came back willing and eager to support our work, to preserve that precious ecosystem for the future of life.

Bill has been an extraordinary philanthropist and supporter of all the things that have touched his heart. He's a successful and respected business leader and philanthropist in our community and around the world.

His investments, and investment strategies have not only been financially successful but have been socially responsible and have made a tremendous difference for people worldwide. He has made a particularly significant contribution to alleviating poverty and hunger and the lack of opportunity on the African continent and the Indian subcontinent.

Bill is a kind and a thoughtful human being.  Although all of us who know and love him were stunned, shocked, and heartbroken by what happened-- at the same time we are inspired by the way he is handling this profound breakdown. He has taken full responsibility for the tragic mistake he made and is ready and eager to face the consequences.

Bill is an extraordinary leader and a deeply good human being. He made a terrible mistake. He knows it, and he's going to do what he needs to do to clean it up.

We stand by and for Bill McGlashan.

Thank you for the opportunity to speak on his behalf.


Warm personal regards and great respect,

Bill and Lynne Twist

Co-founders, The Pachamama Alliance

26045 Bentley Court
Los Altos Hills, CA 94022

March 29, 2021

Dear Judge Gordon/To Whom It May Concern:

I have led several biotechnology companies during my 50-year career. I have also been a
Director of a local hospital, supervised the capital campaign for a major cancer center, chaired a
foundation that operates 65 libraries in Honduras and Guatemala and funded a leadership
speakers program. My relationship with Bill McGlashan began when he interned at my
company after he graduated from college. Afterwards I became his friend and mentor and
eventually invested in his TPG ventures. I am writing to provide my perspective on Bill's
character and values.

As an intern Bill already exhibited leadership skills and a charitable orientation. These qualities
eventually led him to co-found the Rise Fund, a $5 billion venture that invests in social and
environmental projects. Many people realize that capitalism must be more socially oriented;
however Bill was one of the first investment managers to make this a personal goal. He
recruited high-profile partners and investors who shared his vision of investing for social as well
as financial returns. As an investor in the Rise Fund, I believe its success will encourage others
to support a more equitable form of capitalism.

It has been impossible for me to reconcile the high integrity person who created the Rise Fund
with the person who tried to cheat on his son's college entrance exam. Everyone has lapses of
judgement but Bill's involvement with Rick Singer is completely inconsistent with his values and
past behavior. Throughout his career Bill has been a principled leader, which is one of the
reasons he was so successful. Bill also balanced his business activities with a commitment to a
broad range of socially oriented programs. This is not surprising because Bill has always wanted
to make a difference. Bill's desire to give back appears to have been strengthened by recent
events and I expect him to support many important causes after he has paid his debt to society.

Bill acknowledges his terrible mistake and the impact it has had on his family, friends and
colleagues. This remorse has caused Bill to reflect on his life and realize that personal changes
are needed. Already there are signs that he is becoming more patient and introspective. He is
also prepared to pay for his mistake, which he considers an important step on a new life
journey.

Sincerely,

*James N. Wilson*

James N. Wilson
Chairman, Corcept Therapeutics

Teresa McGlashan, LMFT
155 Alta Vista Ave.
Mill Valley, CA 94941

March 30, 2021

To Whom It May Concern:

I am Bill McGlashan's older sister by 1 year. I work as a private practice
psychotherapist. I'm writing because I know it is important for those of us who know
Bill well to attest to his excellent character and to remind the court that people can
make a bad decision and still be honorable and completely worthy of forgiveness.

In our family, being of service and spending time and energy and money helping make
the world a better place is a central value. This was modeled by our parents and all of
us have lived in accordance with that value.

I had the joy of working with Bill to create the Yale-USSR project when we were both
university students, for example, and it was his can-do nature and perseverance that
really got the program off the ground.  I have seen him prioritize meaningful and
contributory work in every single job he's done. His life has been about making the
world a better place alongside being financially successful.

I have been struck by the deep introspection that Bill has engaged in since he was
arrested. His primary concern has been to understand why he would have been caught
up in such a corrupt process. He has had many insights and we in the family are very
grateful for the positive changes we see and the life changing insights he's had.

Bill is truly a good man. And a good brother and uncle and friend and father and son
and husband. He will serve his time and make amends for the harm he has done. He
knows what he did was wrong and unjust. And he will learn from this experience and
serve others with more compassion and wisdom in the future.

Sincerely,

*Teresa McGlashan*

Teresa McGlashan



3900 W Alameda Avenue

Burbank, CA 91505

March 30, 2021

Dear Judge Gorton,

My name is Robert Simonds and I have known Bill McGlashan for nearly forty years. While we initially met at Yale University, our friendship intensified over the last decade and we founded STX Entertainment together. I am writing because the Bill McGlashan that I know and have worked closely with for the last decade is not the man being portrayed in the media. While building our company, I found Bill to be a man of unwavering integrity and honesty. Additionally, I am an investor The Rise Fund, which Bill founded in 2016. The Rise Fund is a social impact fund driven by Bill's desire to help the less fortunate. In this way, Bill created the template for impact investing and "The Rise model" continues to change the lives of people around the world.

I continue to speak with Bill on a regular basis and I know how personally devastating this has been for him. His remorse for these aberrant actions is genuine and deep. I hope this letter can provide you with further context into the man as you make your judgement.

Sincerely,

*Robert Simonds*

Robert Simonds

March 30, 2021

Dear Judge Gorton / To Whom It May Concern:

I appreciate being given the opportunity to comment on Bill's general character and historical behavior as a community leader.

The short summary is that he has been a distinctively thoughtful and engaged citizen leader for the 30 years I have known him. He was one of the pioneers of the impact investing movement; his work provoked many others to follow suit over the years.

He never limited his engagement to just writing some checks to the charities/issues he cared about – rather he has been much more intellectually engaged, thinking about root causes and how to create solutions that are actually proportionate to the problems our country and our world face. He used the platform created by his ability, his track record and his company's high profile to think about and act on things in an exciting and sometimes audacious way.

I will provide two examples:

1. His global leadership role in Endeavor. Endeavor is an international non-profit dedicated to bringing venture capital (both human and financial capital) to geographies lacking it. Successful local high growth ventures have an incredible ripple effect on their local and national communities, but only if they are leveraged to create vibrant and sustainable /contagious entrepreneurial ecosystems. Endeavor only works with CEO's that accept the help that Endeavor gives (advice from some of the top entrepreneurs in the world, like Bill) in exchange for a commitment to Pay it Forward by doing the same for other entrepreneurs that are trying to follow in their footsteps. Endeavor is now active in many countries, is currently working with literally hundreds of companies, and Bill was a key leader on the global board who helped envision and execute on this special course.
2. His originating of The Rise Fund. People had talked about impact investing for years, but not much was happening. Bill set out to establish the Rise Fund, perhaps the first multi-billion dollar fund focused on true and rigorous impact investing, with levels of analytical rigor on assessing actual impact that had not been seen or practiced in any scale manner.

I could provide additional examples or details, but my assumption is that brevity is a highly desired element of this process. My primary point is that he has been an unambiguous leader in what had largely been a self-focused industry, a leader provoking a higher level of social consciousness not just by talking about it, but taking risk and acting on it. In addition, this is a product not just of his intellectual creativity and experience base, but also a strong sense of empathy and caring. He is nice to people, all people.

It is my fervent hope that the unfortunate events which bring us to the writing of this letter do not prevent him from re-establishing the trajectory he was on in terms of beneficial impact on the world.

I hope the court can help enable him to return to a course where he once again is helping advance important causes, and be a visible example of taking accountability but not being relegated to the sidelines.

Respectfully submitted,

*Kent Thiry*

Kent Thiry

**John A. Griffin**

**660 Madison Avenue**

**New York, NY 10065**

March 31, 2021

Dear Judge Gorton or To Whom it May Concern:

My name is John Griffin and I have known Bill McGlashan personally and professionally for 32 years. In 1988, we met at Stanford's Graduate School of Business and I was immediately impressed with Bill's commitment to others. I learned how at the age of 23, Bill founded World Service Corp, a non-profit organization that created teams from both the developed and the less developed worlds to work across differences and address challenges in emerging economies. Bill then introduced me to a start-up non-profit that was empowering entrepreneurs in emerging markets and based on the strength of Bill's recommendation, I became a donor.

Bill and I were roommates during the summer of 1989 in London and I witnessed firsthand Bill's strength of character. Based on all my personal experiences, I have continuously held Bill in the highest regard in terms of integrity, honesty and forthrightness.  That is why, like many others who know him well, I find it completely out of character that Bill would find himself if this situation. He has emphatically expressed to me his tremendous remorse and I believe these actions are uncharacteristic of the person I have known for so long. I am sure this aberrant behavior will never repeat itself and that Bill has learned a valuable lesson from his regrettable actions. I am equally sure that after he has served his time in penance for this crime, he will work resolutely in the service of others as he has done for much of his life.

Best,

*John A. Griffin*

John A. Griffin

333 14th Ave., San Francisco, CA, 94118

March 31, 2021

Dear Judge Gorton,

My name is Lucinda Lee Katz, retired Head of School at Marin Country Day School (MCDS). I have known Bill and Marie McGlashan since 2004 where the three McGlashan children attended as students. I'm writing on behalf of Bill because I knew the family well and George, the oldest was an 8th grade student when I was his advisor. I also knew Robbie and Grace, George's siblings.

Two roles that I can speak to with confidence are Bill's role on the Board of Trustees at MCDS and his role as a father. Bill served on our Board of Trustees from 2015 until after my retirement in 2018. He contributed his time, resources and expertise to the finance and investment committees, supported our Capitol Campaign, and worked diligently to help with the salary and benefits committee on behalf of faculty and staff. Bill's keen knowledge of finance and investment helped us analyze and monitor how we were using our funds in our daily operations as well as how we invested carefully to ensure our future needs. I observed him working well with committee members and gave them excellent guiding advice throughout his tenure on the board. My view of what Bill did was an aberration and a lack of clarity and confusion during the period of wrong doing while George was in high school. I have spoken to Bill and his remorse and regret about his actions are genuine and honest.

Secondly, I spoke with Bill about his son's academic performance. George is a wonderful, earnest and musically gifted young man and we discussed George's learning differences which were discovered in 7th grade. I worked with Bill and George to get the help George needed so that he would enter high school well prepared and eager to meet the challenges of 9th grade. Our meetings were thorough and Bill received the news well and committed to helping George as he entered high school. Both he and Marie worked hard to address George's learning profile and I truly believe Bill was trying to create a path for George to make life more manageable rather than to prepare George for his own future path.

I know Bill is being sentenced for committing a felony and that he is remorseful for his conduct. It is extremely painful for me, as an educator, to see how Bill's actions have impacted his life, the life of the family and especially, his oldest child, George.

If you have further questions, please do not hesitate to reach out to me at: katzlucindalee@gmail.com or to call me at 415-686-2808.


Lucinda Lee Katz, Ph.D.,

Retired Head of School and professor, The University of Chicago Laboratory Schools and The University of Chicago 1985-2002

Retired Head of School, Marin Country Day School, 2004-2018



Direct Dial Number:
(818) 595-0531

**Eric Weider**
President and Chief Executive Officer

March 31, 2021

Dear Judge Gorton/ To Whom It May Concern:

I know Bill McGlashan from the period (2010-2012) that TPG Growth was an investor in a public company of which I was the controlling shareholder and Chairman. I am writing to offer my support for Bill.

Quite simply, the professional experience I had working with Bill was among the very best professional experiences of my life. Following TPG's investment, Bill became a board member and we worked closely to execute on our shared vision for the company.

In every interaction Bill conducted himself with integrity, professionalism, and respect for all people. He was dedicated to ensuring our company followed best governance practices including transparency and accountability. He recruited new board members and key executives of the highest competency to the company. He cared intensely that our products (nutritional products) were of the highest quality and scientific credibility. And he demonstrated sincere concern for the fairness with which the company treated all employees. Bill followed through on all his commitments to marshal the resources of TPG Growth to help the company achieve its potential. I have only the highest praise and appreciation for my working relationship with Bill.

Bill has been forthcoming that he is being sentenced for a felony. I am not surprised that Bill has accepted accountability for a serious error in judgement, however well-intentioned it may have been. Bill maintains my full respect and I would not hesitate to work with him again.

Sincerely,

E. Werder

Eric weider

20750 Ventura Boulevard, Suite #310, Woodland Hills, California 91364

Brad Stewart
222 28th Avenue
San Francisco, CA 94121

April 1, 2020

Dear Judge Gordon / To Whom It May Concern:

I am a close friend of Bill McGlashan. I have known Bill for approximately ten years. I writing to share a few thoughts regarding Bill's character in advance of his sentencing. I have never done anything like this before, but I hope this is helpful to you and the court.

I have mostly known Bill through the lens of our work together, and his mentorship, which has transformed progressively over time from professional into friendship. Together, Bill and I have served on many boards, which has afforded the unique opportunity to explore how best to amplify our shared servant-leadership commitment. And while not formally involved, I was present at the founding of Bill's TPG impact fund, and we regularly discussed the fund's objectives and his vision in depth. Separately, Bill sponsored donations and charitable work that I recommended and am passionate about.

It is a bit jarring to find out and subsequently process that someone you know and respect could get caught up in something like the Varsity Blues scandal. And since, I have had to wrestle with my own feelings as well as the expressed sentiment (often negative) of folks who know that I am close to Bill. Bill's actions in this case, while inexcusable, are not consistent with his character. In my opinion, he got caught up in trying to "over manage" and selfishly control an outcome that he should have left to his son and fate. I know Bill recognizes his mistakes, both legally and as a person. He has specifically told me that he recognizes that his actions have hurt many folks. He has also expressed – deeply – that this experience has been a life wakeup call. He is committed to using this to further his personal growth.

I will share a personal account that will hopefully shed some light on who Bill is. About 5 years ago, an employee at my company named Marty committed suicide. The event was tragic and painful for anyone who know Marty, who was a wonderful person. Marty's death shook me and I wanted to do something significant to honor his memory. Together, we established a fund for Marty's children, so that they could continue at the small private Catholic school that they had been attending. In establishing the fund, I asked Bill for something that I could not imagine any professional investment fund would consider – to contribute to Marty's memorial and children. Not only did Bill contribute, but his donation ended up being almost 50% of the total capital contributed. It was in that moment, that I realized how deep Bill's commitment to people and community really is.

In closing, I hope this personal account of Bill and his character is helpful. What Bill did was wrong and he knows it. Bill has repeatedly expressed to me how he is remorseful. But he also is committed to using this experience, his mistakes and learnings, as a way to be a better person, mentor and leader.

Sincerely,

*Brad Stewart*

Brad Stewart

211 Pope Street
Menlo Park, CA 94025

April 1, 2021

Dear Judge Gorton,

I am writing regarding the sentencing hearing of Bill McGlashan. Bill and I have known each other for almost 50 years. We were childhood friends and high school classmates. Bill was the best man in my wedding. Our friendship has endured to the present. While the last two years have been challenging in terms of seeing Bill in person (both because of this situation and the Covid-19 shutdown), I was able to spend some quality time with Bill last month.

Bill and I were raised in a community of parents who banded together to raise their families in an environment of high integrity, honesty and respect for all. We were taught not only the importance of family and local community, but the importance of global community, caring for others, and giving back. Bill took this to heart and immediately began applying these principles both at college (Yale-USSR Project) and immediately upon graduation (World Service Corp). Those commitments continue to this day. While Bill has no doubt pursued an entrepreneurial path, it cannot be questioned that he is incredibly driven to improve the world through climate initiatives, healthcare initiatives, and education. He even incorporated these commitments into his career (The Rise Fund.) His years of service and philanthropy are sincere and part of his core. My personal belief, for what it is worth, is that he will be more engaged in these activities in the future.

In spending some time with Bill recently, I know he is remorseful and understands the implications of what he did. He expressed remorse -- yes -- but it was the nature of what he is currently thinking about (family, friends, how to right this wrong), what he is reading and studying (Michael J. Fox's new book on optimism; Bill Gates' new book on the climate), and what he is focused on that really showed me that he going to use this experience to better himself and apply himself in positive ways in the future. I have no doubt he will.

I am an attorney. I have worked for a large global law firm for almost 30 years. When Bill was indicted, I struggled with how to come to terms with what I was reading in the papers and seeing on TV. It was not the Bill I knew. While it is hard to see a close friend plead guilty to a felony, in doing so, Bill not only has taken personal responsibility for his actions, he has helped his family and friends come to terms with the situation.

Bill went astray. The implications of that cannot be disputed and should not be downplayed. But this incident does not define Bill's life and is so uncharacteristic of him. I believe that is why Bill is taking full responsibility for his actions. Bill is doing everything he can to right this wrong and move on.

Sincerely,

Andrew P. Valentine

Steven Addis
255 Mountain Avenue
Piedmont CA 94611

April 2, 2021

Dear Judge Gorton / To Whom It May Concern:

Bill joined our Young Presidents Organization (YPO) chapter over 20 years ago. Our chapter is the smallest in the SF Bay Area, seeking leaders who have more to offer than just a big name. We invited Bill to join because he shared our values of self-growth, a positive mindset, and giving back to the world.

The chapter is divided into smaller groups of eight to 10 members called Forums. In a Forum, discussions are kept completely confidential and members bare their souls with peers. Bill was placed in my Forum and I immediately learned that his outward, expressed values were real and not just for show. That's not to say he didn't later get caught up in the excesses extreme success brings and committed the crime for which he is now being sentenced. But I knew his true nature was one of caring, empathy, and commitment.

When Bill founded The Rise Fund, a social impact fund within TPG, he asked me and my firm to develop its brand identity. He had convened some of the world's most influential people who, like Bill, devote a large portion of their time and resources to improving the human condition. I jumped at the chance to be a small part of shaping The Rise Fund – a powerful light that invests in social entrepreneurs.

That experience allowed me to see Bill not only as a friend or Forum-mate, but also as a business leader. I've worked with hundreds of CEOs in my 35 years running a creative services firm. That's when I see many CEOs disconnected from the outward story they project in the press. But there was nothing disingenuous about Bill. He was passionately committed to The Rise Fund's mission of positive change in a way that inspired me and all those touched by the group.

My deep foundation with Bill is why it was difficult to believe the news about the college admission scandal. Such a lapse of integrity betrayed what I know of him. But no one was more devastated by the betrayal of his values than Bill himself. This was not his true character. That's why I was heartened that he has chosen to take responsibility for the crime he committed and plead guilty. Tapping back into his fundamental self, he is now being the role model for his children he was for so many years.

Just like that self-reflective person I met 20 years ago, Bill's profound remorse will be turned into positive change – not only in himself, but in redoubling his efforts in global causes for others. While many will define Bill's life by this crime, I will be there to watch Bill work the rest of his life for a greater good that's bigger than himself.

Sincerely,

Steven Addis

Dear Honorable Judge Gordon,

I have known Bill McGlashan Jr. for almost 30 years as my business partner and brother-in-law. We worked together on virtually a daily basis; we lived near each other; and we were very close as family members, not just at traditional family holidays but on vacations and more casual gatherings.

I feel I know Bill extremely well.  By way of background, we are married to twin sisters and not only are our wives very close, but so are Bill and I .  We have talked about the things most important to us in our lives over the years, and I am proud to call him my friend, my brother-in-law, and the uncle to my children. He was and is an outstanding father to his three children and has raised them to be caring young people with sound values despite the incredible demands of his business travel. I have seen him in many situations over the years where he displayed integrity, compassion and caring for what is right. The crime he is pleading guilty to as a part of the Rick Singer college admissions scheme is as inexplicable to me as it is inexcusable.  Based on my knowledge of Bill's life and career, I believe this is an extraordinary aberration in an otherwise exemplary life. I hope this letter will demonstrate the many ways Bill has been an admirable man and how the act he committed was completely out of character for him.

For all of the 28 years I have known him, Bill and his wife Marie have been deeply involved in philanthropy – as donors, as volunteers and as leaders. Bill has been a significant donor and volunteer at: The Environment Working Group, Edible School Yard, Center for Food Safety, Conservation Corps, Water. Org, Bay Area Discovery Museum, Maasai Wilderness Trust, Common Sense Media, World Bicycle Relief and Dominican Sisters Vision of Hope to name only a subset of the non-profit groups he has supported with both his time and his money. He has served as a Trustee or Board Member on at least 10 nonprofit organizations.

But Bill is not one of those philanthropic donors who salves his conscience simply by writing large checks.  More significant to me is the specific leadership roles I have seen Bill play in the non-profit world, using his formidable energy and passion to accomplish big goals.  I have direct personal experience with his work in two areas: Digital learning for K-12 kids and social impact investing. For 8 years, I have served as the Chairman of CommonSense Media, a non-profit focused on kids, education and technology.  Common Sense Media (which can be found at www.commonsensemedia.org) is an organization devoted to the principle that kids need to be educated about, protected from, and benefitted by the amazing advances in communications technology.  Bill joined the team at Common Sense Media to help rally Silicon Valley to bring broadband internet technology to public schools. Over the 5 years he served on the board, Bill was a true thought leader -- he pushed us to broaden our reach to poor and underserved communities. CSM has provided remote learning and digital curriculum to 98,000  K-12 schools, with 1.2 million teachers trained on the curriculum and teaching with it. Bill was crucial in getting the resources and people to make this happen. He also pushed CSM to do the critical research which highlighted the digital divide between wealthy school districts and poorer ones and was a strong voice for Connect All, a campaign that has connected thousands of schools across America. None of this would have happened without Bill's leadership and support.

I also have had direct and substantial contact with Bill in the for-profit world, and know him to be a man of honor and integrity.  In 1991, I, along with two friends, founded TPG Capital, which is today one of the largest private equity firms in the world.  I brought Bill into TPG as a partner in 2006 because I had so much confidence in his skills, his abilities and his integrity.  At TPG, I had a ringside seat from which I could watch Bill's work in social impact investing, an area which barely even existed when Bill joined our

firm. I knew he would bring the same commitment to making a difference in the world that he had always shown throughout his business career, and I was not disappointed. At that time, Bill and I had a shared vision that pure philanthropy could not provide enough money to solve the biggest issues of our time: poverty, climate change, environmental degradation and failing education systems. Social impact investing was invented to raise investment dollars to take on these big issues.

Bill not only seized that moment, but he became the most successful social impact investor in the world. Through his leadership, energy, and vision, he raised over $3 billion to be invested in improving the environment, jobs for the impoverished, and bringing the benefit of technology to the developing world. The business unit that he ran – which we called The Rise Fund -- has now invested in over 90 projects in 20 developing countries. There is no doubt that The Rise Fund led by Bill has improved the lives of thousands of people. There are many examples of how this work is changing the world, but one notable example is Dodla Dairy in India, a story that relatively few people know. While Bill was living with his family in India he discovered Dodla, which was then a small company buying milk from local farmers. Bill met with the founder and together they realized with a large infusion of capital, Dodal could help hundreds of thousands of small farmers and families get their milk safely to market and earn a sustainable living, enabling them to stay on their traditional lands providing needed stability to their region. Dodla not only expanded into new areas in India and abroad, Dodla farmers' income rose by an extraordinary 50% in only a few years after this investment. This company would not be able to serve the 240,000 people that are flourishing today without the effort Bill put in to overcome the many obstacles to its creation, and there are tens of thousands of people whose lives are dramatically better because of Bill's work.

Bill also had a key insight that allowed him to multiply the impact he could have as a social impact investor. He knew that simply claiming an investment was creating "positive social impact" was easy to say, but very hard to prove. And without that proof of real and demonstrable impact, many potential investors would simply shy away. So Bill created Y Analytics, a public benefit corporation that measured the actual impact of The Rise Fund, using the United Nations' list of most important goals for social progress. This was a seminal contribution to the world of philanthropy and will make a difference for decades to come. Y Analytics is now the world's acknowledged leader in assessing the actual impact of social investing. It has made the path much easier for others to follow in creating social impact funds, providing billions in additional resources to address these crucial social problems. Again, this breakthrough does not happen without Bill's vision and leadership.

For me (and virtually all who know and love Bill), it is hard to reconcile the man we know with the actions which led him to plead guilty in your courtroom to a federal crime. I know him as someone who lived his life for many years in accordance with good and honorable values, and as someone who has spent a huge amount of his time and money helping disadvantaged people all over the world. I never thought of him as someone who would commit a crime of any sort, much less one intended to put his child unfairly ahead of others.

But I can tell you that I know that Bill has spent hundreds, if not thousands, of hours over the past two years trying to figure out how he made such a terrible decision. The two of us have discussed this countless times. And while I cannot say I fully understand all of the demons that led Bill to work with Rick Singer in this criminal way, I do know that Bill is extremely remorseful and accepts full responsibility for the terrible decisions he made. He blames no one but himself. He understands the outrage over his conduct and owns what he did. He has reached out to apologize not only to his son and to his family, but also to his colleagues and community. He knows that he failed to live up to his own values.

I know from my conversations with Bill that this chapter in his life will inform the rest of his life – it will shape who he is forever.  But while this will be an overhang that will follow him for years, I am equally confident that Bill will not let his bad decisions define him.  Like the fund that he created, he will rise again and will do much good in this world. I have no doubt that Bill has learned from this experience and that there is literally no chance that he will ever make a selfish/criminal decision like this again.

I hope that as the final arbiter of Bill's sentence, you can see that the acts Bill committed – which I know sear his soul – were fundamentally inconsistent with the admirable man he is.  I hope that in assessing not only the crime but the man who committed it, you can consider the vast amount of good work he has done in his life – and that he will do again after he serves his sentence.  Personally, I am 100% confident Bill will emerge from this horrible situation that he placed himself in with a redoubled resolve to help others and to have a positive impact on the world.

Sincerely,

William S. Price III

Eva Price

April 2, 2021

Dear Honorable Judge Gordon,

I have known Bill McGlashan for over 25 years. He is my thoughtful and dedicated brother-in-law, the wonderful father to my two nephews and niece, and my dear friend. I also had the great pleasure to work with him in the same office at Texas Pacific Group. I can tell you wholeheartedly that he is a sincere, kind, honest, hard working, and ethical man. When the Varsity Blues event took place I could not believe it was true. It was completely out of character of Bill.

One of the first times I met Bill we were at lunch and we were discussing spiritual authors and topics. Thomas Merton's Seven Story Mountain was one that we talked in good detail. Bill shared about his life's journey in making it meaningful for not only himself but also for all people and the environment. Since that early meeting, we together with my sister have gone to numerous spiritual retreats and meditation sits - all with the purpose to be present, centered and compassionate. Five years ago, Bill and I attended a 3 day retreat where it was tightly scheduled between his many business meetings. I thought to myself how impressive it was and that important to him to fit in his spiritual practice even when his work hours were at an all time high. Currently (via Zoom) we sit in meditation on a regular basis.

On the family front, I have witnessed over these 25+ years of Bill's love, kindness and dedication to his wife, children, his parents, my parents, his sister, all of his nieces and nephews and the entire extended family. For all the years Bill has been a father, he has been one hundred percent dedicated to children George, Rob and Grace. Whenever possible, he attends with great joy all the kids' school events and sports events. After work and after all business trips, Bill has always unplugged and given his kids (and Marie) his complete devotion. We could not plan something until he had quality time with his immediate family. Once he felt fulfilled, then we could. In addition to his love for his nuclear family, Bill has always been close and affectionate with my family. My 10 year old daughter refers to Bill as "Mr. Moose" as he takes on the character of a moose - so silly and fun - and she loves it. He sweetly calls Alana, 'Little Lady'. Alana describes her Uncle Bill/Mr. Moose as kind, funny and friendly. Bill and my husband are very close - to the point he refers him as his brother. If my Dad was alive today - he would say that Bill is a good, kind man; a loving and caring husband, father, and son-in-law. He would be writing a letter too. Bill generously hosts many of our family gatherings and is engaged with each member. He takes the time to connect and inquire on specific and pertinent issues. I recall early on how it was important to Bill that when you ask how someone is doing that you do not simply phrase it, 'Are you good?' which I had a tendency to do. He prefers to ask 'How are you?' being genuinely open to allow for any possible feeling. Bill has helped many of us with introductions in the workforce, coaching nieces and nephews. He helped our daughter Natalie with a number of introductions when she was making a career decision between graduate school and working. The meetings were extremely helpful to her. When I became a yoga instructor, teaching before and after my daytime job, Bill was the first to sign up for my classes and recruited others to help build my clientele.

Another great privilege and special part of our relationship was that Bill and I worked in the same office for 3 years.  Bill's long time assistant Kristin Martindale and I together managed the office.  Over those 3 years, I witnessed Bill's respectful and enjoyable ways he worked with his team, and with Kristin in particular.  He treated her as an equal, appreciated her strengths and complimented her regularly.

I know Bill is deeply sorry for his wrongful action with Rick Singer.  I know it hurts him to his core because it is exactly the opposite of the person he is and always has been.  He is an upstanding citizen who takes pride in doing good and great things for his family, community, the earth and the world.  I hope, your Honor, you will take into consideration these many fine qualities I know Bill to have.

Sincerely,

*Eva Price*

Eva Price

**Craig S. Ritchey**
**1156 Ramona St.**
**Palo Alto, CA 94301**
**(650)888-3132**

April 1, 2021

Dear Judge Gorton,

I am writing to share my perspective and knowledge of Bill McGlashan Jr. in the hope that it will be helpful to you in your decision making about Bill's future after his guilty plea. I have known Bill for 40 years— as an occasional babysitter for my two sons many years ago; as a family friend and participant in community activities; as a business partner later in life; and as a collaborator in charitable activities locally and globally.

Bill has always had a passion for finding an innovative way to give others a pathway for a better life. This has been a consistent theme in his life starting long before his work at Yale University or the World Service Corps and I believe it is the reason why he developed the TPG growth activities and later the Rise Fund to take it to another level. He has been a terrific mentor to young people who were looking for both a career and a life that would allow them to give back to their community. Time after time Bill has gone out of his way to help young people I sent his way and he even hired a number of them. He thrives on helping others and giving them the tools to better their life.

He also has a very big heart. He is extremely remorseful for his conduct and has been working hard on changing those unconscious impulses and blind spots that led him to do what he did. I sincerely believe that his monumental lapse of judgment and getting involved in this criminal activity was a "One Off" event which will never be repeated. In fact, my belief is that he will redeem his life in the years ahead by sharing what he has learned about his mistakes and finding many, many ways to help others.

Sincerely yours,

Craig S. Ritchey

Charles Slaughter
694 Sausalito Bl
Sausalito CA 94965

April 2, 2021

Dear Judge Gorton / To Whom It May Concern:

I am Chuck Slaughter. Bill and I were classmates in college. We live near the McGlashan family in California. Bill's middle son Robbie and my oldest Cooper are the same age and best buds in school. I run a health care non-profit serving rural communities in Africa and have been fortunate to advise Bill at the Rise Fund. I am writing to share my long perspective on Bill and encourage the court to accept the sentencing proposal agreed by the prosecutors.

Bill is fundamentally a good person who has always worked to have a positive impact on the world. His work to improve the world is not superficial or a late in life thing. I know this from knowing Bill for over 30 years. In college Bill was deeply involved in efforts to build cultural bridges to Russia as an effort to foster peace and reduce the risk of nuclear war. Over the last 15 years I have seen Bills substantial commitment of time and effort to issues that matter to him. Ironically this includes serving on three school boards – each of which made great progress in increasing financial aid during his tenure. I have served on over a dozen non-profit boards myself and know that school boards demand by far the greatest level of effort.

You of course have heard and read about Bills' leadership in creating the Rise Fund, one of the largest and most impactful social investment funds ever created. I can assure you he did this to make a difference, not just to make a buck. Rise created an independent exceptionally rigorous group called Y-Analytics to ensure its investments meet and maintain a high and verifiable standard of social impact.  These investments support a wide range of the clients in the neediest corners of the world from small dairy farmers in India, to school kids in Africa.

Let's be clear here. Bill committed a grave crime that directly and significantly impacts the lives of others. This must not be diminished and deserves a penalty. I believe this and Bill knows it. I have met with Bill several times in the last year. He has been candid, forthright and genuinely remorseful. He knows that his ego and his ambition for his kids' success momentarily eclipsed his judgement and his core values.

Bill must serve his time, pay his fine, and continue the work of making amends to all those he harmed. When this is done, I am confident he will dedicate his substantial talents to continue to make a difference in the world.

Respectfully,

Chuck Slaughter

Matthew T. Hobart
2370 Washington Street
San Francisco, CA 94115

April 3, 2021

Dear Judge Gorton / To Whom it May Concern,

My name is Matt Hobart. I am an investment professional at TPG Growth and a long time close friend and partner to Bill. We have known each other since 1999 and have been friends, partners and professional colleagues from 1999 to 2019, or 20 straight years.

Bill has been an incredible friend and professional colleague for those 20 years. He was my closest business partner during those 20 years and we spent meaningful time together on a daily basis building multiple businesses. During those 20 years, I never observed any questionable ethical behavior by Bill. He always carried himself with the utmost of integrity in all of our professional and personal interactions. The nature of our investment business required us to identify high quality people and teams we could back to build and run businesses with us. Bill was always very focused on partnering with people with good values and unimpeachable integrity as he and I both valued those qualities as highly as execution skills.

On the more personal side, I have always known Bill to be an incredibly warm, caring, generous person who cares deeply for his family, his wife Marie, his children and his close friends. Bill has always had a way of connecting with people in a very meaningful way and making all of his close friends feel very valued by him. He couples his personal warmth with a wonderful sense of humor that brings joy and good feelings to all whom he interacts with. We celebrated many of our kids' birthday parties together (I have four of my own kids) and many meals and trips together over the last couple of decades and Bill has always been a deeply caring friend.

Bill has always been very focused on having a positive impact on his local communities and the global community at large. He recognized that he was blessed with the intellectual and financial wherewithal to make a difference in the world and was determined to have a positive impact from early on in his professional and personal lives. We met in 1999 in the context of building a business called Global Bridge Ventures (subsequently renamed Vectis Group). The mission of this investment fund was to build leading technology centric businesses in the emerging markets by leveraging partnerships with the top technology companies in the US market. We were hoping to build scale valuable businesses in the emerging markets of Asia and Latin America, enabling intellectual knowledge sharing as well as significant job creation.

Bill and I went on to TPG in 2004 to build what has become TPG Growth. We spent 15 years working on building great companies across a series of important sectors of healthcare and technology, consumer and industrials. Bill was always looking for businesses that were having a positive impact on their customers and communities – he was always inspired by the impact those businesses could and should have on the people they served. That inspiration led to the creation and development of one of the largest and most important dedicated impact investing efforts in 2017 called The Rise Fund. Bill was able to bring together his investment experience, the experience of TPG Growth, his desire to be even more focused on direct impact investing to create the first scale institutional global impact investment fund. It was his idea and his leadership that made it all possible and The Rise Fund is now the largest global player in impact investing with a focus on themes like financial inclusion, education technology and access, healthcare access, and renewable energy around the world. One of the innovations of The Rise Fund was

0

to be very focused on the detailed analytical measurement of the social impact of the companies in which we invest. We have measured billions of dollars of direct social and community impact over the last 4 years since Bill led the establishment of this fund. His personal leadership and passion made this all possible. It would not exist without Bill.

Throughout the last couple of difficult years, Bill has kept me apprised of his legal and personal journey. I know Bill is being sentenced for committing a crime but also know that the behavior that led to that crime was completely inconsistent with how Bill has lived his life. I have been a first-hand observer of Bill for 20 years of our partnership and friendship together. He has always been a person of excellent values and a passionate desire to really have a positive lasting impact on the world around him. I know he is very remorseful for his poor judgment in this particular case and is very anxious to get back to all of the positive contributions he can make in this world. He is a very special person uniquely capable of really changing the world for the better -- we need him back on that playing field.

Thank you.

*Matthew T. Hobart*

Matthew T. Hobart

0

228 Atherton Ave,
Atherton, CA 94027

Dear Judge Gorton / To Whom It May Concern:

My name is Tony Bates, and I am the CEO of a large software company known as Genesys. I
employ over 5300 employees in over 100 countries. I am married and a father of four children.

I have known Bill McGlashan for over 10 years. I met Bill when I joined the Young Presidents
Organization (YPO) and in fact we become members of the same YPO forum. Over the past 10
years I have also gotten to know Bill's wonderful wife, mother, father and his three children.

Through forum, Bill and I have met quite regularly -- meeting almost monthly for much of the last
10 years except for his time in India. Bill is one the most kind and generous people I have ever
met. He has always been there for me when I have needed advice or mentorship. Bill was
incredibly supportive when I was dealing with my now 23 year old bi-polar son who tried to
commit suicide twice. His level of compassion and strength and his ability to listen and be there
for me really helped keep us together as a family. For that, I am eternally grateful to Bill. Bill has
contributed both his time and money to many philanthropic causes including helping with
causes that I am passionate about such as Tipping Point which strives to fight poverty in the
Bay Area.

When Bill started the Rise Impact Fund to help create a major global societal impact, I was
incredibly impressed with his thought process and approach. I think his time living in India really
shaped his thinking and his approach to really focus on the emerging economies of the world as
he has seen extreme poverty up close and first hand and knew that entrepreneurial approaches
would be key to change the rich poor divide he was seeing. His approach was based on the
upmost integrity and respect for everyone involved.

When I first heard of what had happened surrounding Bill and the "Varsity Blues" case, I like
many others was truly shocked as this seemed like a true anomaly in the character of the Bill I
know.  That being said, I had the opportunity to spend time with Bill the following week and from
that moment I could see the remorse in his eyes and he immediately began a level of
introspection that was amazing to see. Given that Bill could not discuss the case itself with
myself or others in our forum I saw Bill go on a journey of trying to understand himself as a
human being and what led him to do what he did. He has been on many retreats to understand
how to approach life differently and frankly his approach has helped shaped my own growth as
a leader and a father.

Now that we have reached this moment in the case, Bill has been forthcoming that he knows he
is being sentenced for committing a felony and I know he is truly sorry for his actions, but I ask
you to be lenient in your sentencing as Bill has truly learned and grown in this process already.

Yours sincerely,


Tony Bates

April 5, 2021

Re: Bill McGlashan

To whom it may concern:

My name is Ignacio Giraldo.  I am a partner with TPG Capital in San Francisco, and a graduate of the Stanford Business School.

I met Bill McGlashan about 20 years ago while exploring business opportunities.  At the time, he was involved in a company called Vectis.  He later joined TPG and created what today is the TPG Growth Equity fund.  He did so in partnership with other people I know and who I have very close relationships with, both in and outside of work.

I then joined the TPG team in 2018.  Part of the reason I joined TPG was because I knew Bill, and I was also very excited by his vision to change the world through the Rise Fund.

In the years that I followed Bill from a distance, I never heard anybody speak about Bill in any tone other than to express admiration and respect.  His vision and entrepreneurial drive are legendary and have had a significant impact on many live's through the firm's involvement.  If there had ever been a doubt as to Bill's character, I know I would have heard it from my very close friends with whom he worked for many years.

He then created the Rise Fund, an even more visionary effort to change the world through investing at scale in businesses that impact the world and society in a positive way.  The Rise Fund is one of the main reasons I joined.  From day one I was in awe of the possibilities that Rise would bring to the world.  I have been a part of it for more than 3 years now, and those possibilities are now realities.  Those realities exist because Bill had that vision.

I spent many hours in investment committees with Bill, traveled to meet entrepreneurs, and saw him invest in many companies.  I never doubted Bill's honesty and integrity.  If anything, I saw him as a role model.  He led by example, walking away from business opportunities where he thought there was any shadow of a doubt surrounding the team, the business, or any other aspect.

Bill's involvement in "Varsity Blues" came as an enormous surprise to me, and something that's totally out of character for him.

If there is any information that I can provide, please do not hesitate to reach out to me.

Regards,

Ignacio Giraldo
lgiraldo@tpg.com
+1 3053053297

**Shelby Bonnie**
**1431 Oakley Lane**
**Upperville, VA 20184**

April 6, 2021

Dear Judge Gorton:

I am writing to you on behalf of Bill McGlashan. I have known him since 1994.

I was a co-founder and long-time CEO of CNET and have been involved in lots of start-up, advisory and investment activities over the past twenty-five years. I am a Vice Chairman of Environmental Defense Fund (EDF), past Chairman of Town School for Boys, and past Vice Chairman of Hamlin School both in San Francisco. I met Bill through his business school roommate, John Griffin, when I first moved to San Francisco in 1994. Bill would introduce me to my wife, Carol, and Carol would introduce Bill to his wife, Marie, and her twin, Eva. We haven't stayed in touch as well as I would like, but I will see him periodically at an EDF Science Day, a charity event or in passing at a lacrosse game.

Bill has obviously been very successful from a professional standpoint. I saw him through multiple organizations that he ran, started and invested in. He had a sparkle and imagination that I admire. He also did not lose sight of the broader responsibility that companies have to society.

Bill was also an active contributor to his community whether it was The Discovery Museum or Marin Academy or any other organizations that he worked with. He gave his time and his brain which to me is a bigger contribution than just signing and sending a check. He showed up and gave sweat equity to making those organizations better every day.

That all said, Bill made a serious mistake and I know you will weigh how he will be held accountable. I have spoken at length with Bill about this and I know that he is deeply sorry and remorseful. I am a parent of three children and as parents, we always say we would do anything for them. For all of us, this series of cases has pointed out that parents can lose sight of what that saying means and can cross lines that should never be crossed. With age, I know that we are all human and are works in progress. I really believe in the humanity and goodness of Bill and am excited for his next chapter at the point he brings this current one to an end.

I remain friends and will happily work with him when that time comes.

Sincerely,

Shelby Bonnie

220 Upper Terrace
San Francisco CA 94117

April 9, 2021

Dear Judge Gorton,

Thank you for taking the time to read this letter. Bill McGlashan and I have known each other for about 10 years, and over that time Bill has become a close friend. I am writing to you to share my experience with Bill and provide additional color on his character and life.

When I think of Bill the words that come to mind are: loyal friend, optimistic, hard working, great sense of humor, generous and, most of all, a family man. Even with his many commitments, he's always made himself available for a call when I needed him, and on several occasions has dropped everything to come over and help. He has listened, empathized, sympathized and, most of all, spent time helping me, including through the death of a very dear friend and a divorce. His generosity extends to the many philanthropic causes he actively supports like alleviating hunger, supporting indigenous communities, nature conservation, and helping developing countries. Bill's support of these causes extends beyond money – he uses his professional platform and his personal relationships to bring attention to, and raise support for, them. It made sense to me that Bill made social impact the essential component of his professional life. And given how committed Bill is, and how hard he works, it didn't surprise me that he was succeeding in making a difference.

Bill deeply understands that what he did was wrong and has been open about the fact that he is being sentenced for committing a felony. He carries a huge amount of remorse over his actions and regrets the damage and pain they have inflicted on others. Over the last year, I have watched him undertake a painful, personal journey of introspection to understand why he did what he did, and how to make sure he doesn't get there again. Throughout all this, he has never once tried to deflect blame or excuse his actions.

I hope this has been helpful.

Best,

*Francis deSouza*

Francis deSouza

Greg Vilkin
San Francisco CA 94123

April 10, 2021

Dear Judge Gorton / To Whom It May Concern:

My Name is Greg Vilkin and I have known Bill McGlashan in both a professional and personal capacity for over 12 years. I am writing today to implore you to accept the sentence of 90 days that the prosecution has suggested.

Bill is deeply committed to making the world a more just place and for creating opportunities for everyone. He does not just donate funds, but he also uses social investing and entrepreneurship to create opportunities for people to help themselves. He invests in ideas and people and has always had a double bottom line approach, which is to do Good as well as generate returns for investors. I have also known Bill in a personal setting, and he is one of my closest friends. I know him to be a caring friend and a great family man. He is a great Dad. This is what is so ironic and out of character for Bill. He would do anything for his children but cause them to violate their ethical or moral bounds. George has a significant learning issue, and it makes test taking very challenging. Bill was trying to ease that stress on him and made a terrible mistake. One that he regrets and realizes hurt George in a massive way. This sole act was an aberration for Bill and has caused him significant harm well beyond the legal system. He has lost his business, his reputation and his standing in the community. However, it has allowed Bill to refocus himself on his friends, family and community and giving freely of his time and his wealth to assist others.

Bill accepts all that has followed as a natural result of his actions and that he has shown remorse and understands the error of his ways. I have always known Bill to be of high integrity and do the right thing. If you allow him to serve his time and put this behind him, he will certainly never cause any legal issues again. I implore you to accept the sentencing recommendation and allow Bill to serve his debt to society and move on with his life.


Respectively Submitted

Greg Vilkin



O'Neill
— VINTNERS & DISTILLERS —

Jeffrey B. O'Neill

April 13, 2021

Dear Judge Gorton,

I am writing today to speak about my good friend, Bill McGlashan. We became acquainted about 30 years ago initially through a mutual acquaintance and ultimately became very good friends.

While Bill has done many great things in his life this situation is certainly not a high point, and one that he is hugely remorseful about. I can tell you that in all the years that I have known Bill, and we all started long ago as aspiring young businessmen working our way up, Bill's philanthropic generosity has showed no bounds. Regardless of our income years ago, Bill was always there for whatever charitable event that I was sponsoring at that time. He was always the first to say yes and commit when others hesitated.

Our relationship has largely been social over the past 30 years, and I have only known him to be a person of incredibly high integrity. This situation is truly an aberration in what otherwise has been an incredible personal and business journey that he has shown generosity, kindness and compassion for many not so fortunate.

While these actions are not excusable, Bill recognizes the seriousness of his poor judgement and is terribly remorseful. I can say without hesitation that this error in judgement can only lead Bill back to the person we know and trusted as a model of kindness and giving to our community.

Sincerely,

Jeff

101 Larkspur Landing Circle, Suite 350, Larkspur, CA  94939

Maya Chorengel
1080 Hubert Road
Oakland, CA 94610

April 15, 2021

Dear Judge Gorton / To Whom It May Concern

I am writing this letter to talk about my former colleague, Bill McGlashan. I first had occasion to interact with Bill while he was living in Mumbai, India in 2013. He had been the lead partner and founder of TPG Growth and felt it important to spend time outside of the US with colleagues in the emerging markets offices, given that TPG Growth is a global business, and also because he wanted to share an experience of living in a developing country with his family. At the time, I was running one of the early impact investing funds that I founded, Elevar Equity, and Bill and his team in India took a look at some of our companies that were providing housing finance to low income communities and small business finance in rural communities as potential investees. Bill was deeply interested in the notion that capital could be a force for good and believed in the power of entrepreneurship, both at the company level and community level.

Our paths crossed again in early 2016 when I came into Bill's San Francisco office to talk about impact investing and my work at Elevar. Our one hour together discussing the potential for commercial capital to capitalize companies that had purpose and intention to make the world a better place was one of the more important meetings in my life. I had been one of the early leaders in impact investing for over a decade, but our industry was still a cottage industry, and despite attempts to move the broader capital markets and global corporates to recognize the importance of our work as one of several important tools to create better social and environmental outcomes, we were still a cottage industry.

I was amazed by Bill's determination to reimagine capitalism and to use the tools of capitalism to make the world a better place. I ended up leaving Elevar and joined Bill and the founding team of The Rise Fund within TPG to launch what today is the largest, global private equity platform providing growth capital to companies that are making significant strides to improve education, healthcare, financial services for millions of lower income individuals; that are innovating to deliver clean energy and solutions to mitigate the impacts of climate change; that are conserving land and animals; that are providing technology solutions to companies so they can increase diversity, equity and inclusion and charitable acts by their employees. Bill had the conviction that by bringing together an amazing investment and impact team, surrounding ourselves with some of the global leaders who want to change the world for the better, and by leveraging the credibility of TPG, one of the great, global alternative investment firms, we could pioneer a new form of investing that could help advance the United Nations Sustainable Development Goals.

I joined Bill's team because I knew he would make a difference, and potentially catapult impact investing from the cottage industry that it was into a respected asset category with substantial benefits for planet and people. Launching an impact fund and convincing the world's large investors – pension funds, sovereign wealth funds, university endowments, family offices and private banks – that they needed to come on this journey with us for the better of planet and people – was one of the more difficult things anyone could undertake. It took courage and conviction, and Bill was a remarkable leader in this effort.

In the years that I worked with Bill, I saw from the inside everything that he brought to create the positive change that he wanted to see in the world. The individuals I spoke with, mutual friends, who had known him from early days, were not surprised by his conviction around The Rise Fund – they always knew he was going to use his skills and network to create good in the world at scale. Bill had tremendous vision, positive and infectious energy, determination and high processing power that this work required. Being a good investor is challenging, and being a good impact investor is even more challenging. One of the struggles in the industry that I came from was a way to measure and assess the potential and actual impact of companies – and Bill was undaunted by what we had struggled with for years, and we created an impact assessment framework (the "IMM") that is now taught in case studies at major business schools in impact investing classes, and we launched Y Analytics as a Public Benefit Corporation that advances the discipline and rigor of impact assessment using the IMM framework.

Bill also served as a great example of giving back to the world beyond work. He was highly involved in Endeavor Global, Common Sense Media and other non-profits and brought their insights to bear on our work at The Rise Fund. Five years after launching Rise, multiple private equity funds followed our path and have launched impact funds (KKR, Apollo, Blackstone, to name a few), so the careful work that we did to legitimize impact investing achieved a desired goal of crowding in more capital to social and environmental initiatives.

I, among many of my colleagues, was shocked and disappointed by the events that came to a head on March 12, 2019. Bill's actions that led to his arrest were out of character, incongruous relative to the life he lived and work he did and high integrity that he brought to making the world a better place by democratizing access to better education, healthcare, financial inclusion, among other things. I know how sorry he is for his actions and the toll it has taken on his family and his colleagues and friends. I know he remains committed to living his life as an example of doing good in the world – which has been such a hallmark of his life for the last years. I have told Bill many times how grateful I am to have worked with him and to have had his influence in pivoting the large players in the investing ecosystem to think about whether the companies they are investing in make the world a better place. He has left a tremendous, positive and worthy legacy, and without him the impact investing world would not be as far along as it is today.

Thank you for your consideration

Maya Chorengel

Co-Managing Partner, The Rise Fund, TPG

Your Honor,

We have known Bill McGlashan since 2008 when our family moved to Mill Valley from the Washington, DC area.  We met the McGlashan family when our oldest child, Jack, and Robbie McGlashan became fast friends in kindergarten.  Our daughters, both named Grace, also became dear friends and our families quickly began spending a good deal of time together. We've had countless family dinners, camped under the redwoods, and traveled together on family vacations.  There are only a handful of friends we feel we know as intimately as Bill and his wife, Marie.

In addition to knowing Bill as a friend, we have also known him as a philanthropist.  In Carol's capacity as a past board member and board chair for the Environmental Working Group, she was tremendously grateful for Bill's generosity in supporting EWG and its work advocating for environmental justice and corporate accountability to the environment.  Bill has contributed generously to other organizations whose work we support in the areas of the environment and education, such as Center for Food Safety, Center for Environmental Health, Common Sense Media and Summer Search.  Surely, many of the letters you receive will attest to Bill's commitment to philanthropy at the community, national, and global levels.  His generosity in this regard is notable.

However, what we most cherish about Bill, is how he has cared for and co-parented our children over the years.   Our two oldest children Jack and Grace have spent a significant chunk of their formative years at the McGlashan home.  They've been included in countless family dinners where they've taken part in the family's practice of sharing a daily gratitude during the meal, been to asked to help with chores, and also crossed the typical kid boundaries and had Bill gently, but firmly explain why XYZ choice was not a good one and how they might make a better choice next time.  One occasion that stands out most vividly occurred when our son Jack was hanging out at the McGlashan's home with his usual friend group of five boys and was having a difficult time with one of the boys.  This boy, who has a strong personality and a penchant for pushing buttons, was needling Jack and egging on the other boys to join in, when the teasing crossed the line into outright meanness. Jack is a soft-spoken and sensitive kid who has worked hard over the years to learn to advocate for himself.  Bill could hear the dialogue and sensed that Jack needed some support.  We have known many parents, especially dads, who in similar situations would have chosen to "let boys be boys."  But Bill headed out to the trampoline and asked the boys to stop jumping.  He let them know he could hear what was going on from inside the house and was disappointed that A) one would talk to a friend this way and B) that the others would stand by and not stick up for their friend even if they weren't part of the teasing. Bill talked to the boys about the line between teasing and being mean and counseled them on the qualities of being a good friend, which sometimes means speaking up in uncomfortable situations.  It meant so much to Jack to have Bill intervene on his behalf and the dynamic in this group of boys was forever changed by Bill's care and guidance.

When our family heard of Bill's arrest and the charges against him we were shocked.  We would have sooner believed that Santa had been caught stealing Christmas presents! With Jack

attending Marin Academy with Bill's sons, George and Robbie, and our other three children at Marin Country Day School with Bill's daughter, Grace, chatter about Bill was constant and the judgement of Bill was fierce. Understandably, people were shaken and angered by the charges, but we were dismayed that so many highly educated parents had apparently forgotten what they'd been taught about the US justice system and due process. John, an attorney, explained due process to our children and why the concept is fundamental to a just society and to our democracy. We explained that it was important, no matter what the media wrote or what the court of public opinion said, to wait until Bill was able to speak and until all of the facts of the case came to light. Second, we explained that the McGlashans were family to us and we were committed to standing by them as individuals and as a family as they endured the scrutiny and stigma within our community. The lesson Bill had demonstrated with our son Jack and his friends was coming full circle in a huge way.

Since Bill entered his guilty plea he has been deeply remorseful and repentant. From Bill's example, we talked as a family about how hard it can be to admit to the people you love that you've made a bad choice and that you've disappointed and even hurt them. We talked about how important it is in life to own up to our errors, make amends, resolve to do better, and move forward in service, just as Bill is doing. We believe Bill's lapse in judgement does not reflect his true nature. He has shown himself throughout our many years knowing him to be a moral, caring, and devoted parent, friend, and community member and we are certain he will return to the community with a servant's heart. Bill will continue to have our steadfast love and support when he does.

Respectfully yours,

*Carol McDonnell*

*John McDonnell*

Carol & John McDonnell
Mill Valley, CA

From Dalgaard Family
Onsgårdsvej 39
2900 Hellerup
Denmark

April 19, 2021

Dear Judge Gorton/To whom it may concern:

I have known Bill McGlashan for about 15 years.

Bill entered my life as part of TPGs investment in a company I had founded, and since took public, and ran within the rigors of the SECs strict laws and rules as a public company on first the Nasdaq, then the Frankfurt Germany, and London England, and then New York stock exchange, over a period of about 5 years, Bill was part of all of that, as our Board Member. He also subsequently joined me on a board in an investment I made with funds from the large investment company Andreessen Horowitz.

Throughout these many interactions, Bill was the tower of ethics and the rock of right and correct behavior. When you are running a private, then public company, you are constantly challenged with what is the right behavior and the right path ethically. Our company SuccessFactors was a clear financial success, mentioned here to explain the scale of challenges and ethical choices we had as a company, that Bill helped us guide through.  I am most proud of how we always did the right thing and in the right way, as measured by the Security and Exchange commission, and the exchanges we were listed on and the audit firms that audited us, as we performed better financially than any other tech stock on Wall Street in that period to my knowledge.

Bill's role in this was as my confidante. We as executives could always come to Bill when we had a very tough ethical problem, which you have many of as a public company, where everyone is always watching and you are under constant scrutiny. Bill was always the person in the board we knew had the strongest and highest ethical standard. Bill never took the easy way out, ever, and we always knew he would hold us to the highest possible standards, that made us all better. Later when I became a board member on boards, and Bill would join a board, he was always the strongest at representing all employees, all shareholders, and all customers. He always took a stance that was hard for everyone to follow, but was always the highest standard of ethics and correctness. He secured 1000s of jobs at customers and the companies he was involved with, with me.

When I read the news on the case you are judging him on, I was in complete shock, like a flash of lightning had hit me, because it is so out of character for Bill, and a total aberration. I was in total shock, and when he called me to share how sorry he was, and how remorseful that made me cry, because it was great to hear his remorse for this complete out of character choice he made, I am sure will never happen again, as it never did before in my experience.

I remain available to talk as a 100% supporter of William McGlashan +16508149100.

Lars Dalgaard

Todd J. Carter
70 Commonwealth Avenue
San Francisco, CA 94118

April 30, 2021

Dear Judge Gorton / To Whom it May Concern:

I have known Bill both personally and professionally for nearly 25 years. I am writing on his behalf to provide my perspectives, observations, and opinion of Bill over the arch of our lives together. I have benefited from knowing Bill extensively through multiple lenses of life, across numerous professional and business dealings, and deeply on a personal and family level.

Putting aside Bill's considerable and unexplainable lapse in judgment regarding this situation, Bill has always been an honest, forthright, and upstanding individual -- and has poured his energy into the community and those around him.  I've never observed any incidents of Bill straying from a life of integrity in all our years together. It's frankly the opposite; he always did the right thing and earned an impeccable reputation as being a pillar of trust and someone you wanted in the "fox-hole" with you and could always be counted on to put others first. Simply put, Bill was always well respected within the community and gave his time generously to numerous organizations that help support the environment, education, and the underserved. Bill has a huge heart, and he is someone who can be counted on as a steadfast and loyal friend--and is fully committed to his community and embraces serving others.

Professionally, I have worked on many projects with him. Having worked with Bill as he created and led both TPG Growth and the Rise Fund, I witnessed several companies and groups where Bill's direct involvement made such an impact that challenged companies remained in business, solidifying many employees and their family's well-being. He has devoted his time to numerous charities over the years. One example to mention, Bill and I both served as Board members at The Bay Area Discovery Museum; all BADM experiences are research-backed and provide STEM-focused, inquiry-driven experiences that help children develop creativity and conceptual thinking skills. Bill had the vision to increase the number of underserved children who could access the museum; Bill worked tirelessly and spearheaded an impactful program that helped make the museum more accessible for children in underserved communities.

In our personal relationship, he has supported my family and me through a difficult health crisis and has given sage wisdom as I navigated starting my own firm.  Bill has always proven to be insightful and level-headed. I know that Bill is extremely remorseful, and after many months of personal introspection, trying to understand how he strayed off the proper path and away from his moral compass. He knows there is no excuse and has committed himself to face up to the consequences.

In closing, the court needs to know that Bill has been forthright with me, his friends, and his family, that he is remorseful for his actions, and is embarrassed about the shame it has brought on his family. His son is an outstanding young man who has also paid for his father's poor judgment. Additionally, Bill and his entire family have spent a lot of time healing and repairing their trust in each other.

Sincerely,

Todd J. Carter

May 2021

To Whom It May Concern:

I have been a close friend of Bill McGlashan's for well over 2 decades. We have served on a philanthropic board together (the Bay Area Discovery Museum) and raised children together. I have seen Bill in most all faucets of his life over this span of time and I must tell you that he is a intelligent, thoughtful, honorable human being. That is not to say that Bill has made an enormous mistake that he will feel the burden of for the rest of his life. But I am writing because it is my true belief that this is not a reflection of who this man truly is. It was a moment of severe lapse in judgement but I don't believe feel this is representative of who he is. He has learned, painfully, the impact of what he has done to himself, his reputation, his beloved family and the community around him.

As humans we are a summation of our actions and I believe that it is the weighing of all of these day in and day out that define who we are a human being. Bill cares about doing good in the world, about being a good friend, and about being a law abiding member of society. Overall, he has proven over the years to be a present and involved father, a committed and loyal husband, a impactful business leader.

My belief is that is a very poor decision in a moment of incredible weakness but I don't think that it speaks to who he is and I believe that he is a person who has learned from this immeasurably. Our entire family has seen his willingness to pay his debt to society and to rebuild relationships around him. My hope is that this letter conveys a deeper dive into what I know about Bill McGlashan and his values beyond what actions you are aware of.

Sincerely,

Leigh Sherwood Matthes

# KIDD · CARR LLP
## ATTORNEYS

G. NOEL KIDD
kidd@kiddcarr.com

JOHN N. CARR
carr@kiddcarr.com

May 4, 2021

Re:   *Bill McGlashan*

Dear Judge Gorton/ To Whom it May Concern:

I take the opportunity here to comment upon, and support, a very good friend of mine, Bill McGlashan.

I have known Bill since we were 6 or 7 years old. Our parents were friends and involved in an organization that grew out of classes/seminars of self-reflection in the 60s and 70s on and around the Stanford campus, and the guidance and teachings of prominent spiritual advisers and historical figures. The organization (also known as "Creative Initiative Foundation" at the time, which later morphed into the "Beyond War Foundation"), grew in numbers and membership into a large collection of "spiritualists" who valued self-reflection and personal improvement, and also focused its energy on outward service projects and current causes and calls for action.

It was in the context of this organization that I became friends with Bill with our families; we later shared our last two (2) years of high school together on the peninsula (Woodside Priory School) before attending our respective colleges on either coast. Thereafter in the year immediately following college, together with another close family friend of ours (Steve Rothert), Bill and I embarked on an ambitious internship with the Beyond War Foundation - attempting to conceive, design, and launch an international service project for college age adults from various foreign national countries. The project was known as World Service, and its focus included communal service projects and peaceful relations between countries. We worked hard, with many small successes and more often larger failures in the pursuit of a somewhat "larger than life" goal. In the end, it was a meaningful time in our lives, and we made the best of it, but limitations on timing/duration and funding would not allow for a more comprehensive program for Beyond War. Bill would eventually take the kernel of the organization/idea and develop it further, and fully, into a non-profit organization during his time and tenure at Stanford Business School.

I spent meaningful time with Bill in the years out of college in our young adult lives in the bay area. We have served as groomsmen in each other's weddings and remain committed to each other as friends in every way. As you can see, then, I have known Bill for nearly my entire life, and I consider him one of my truly best and closest friends. I have been humbled and chagrined by the legal troubles that have befallen him over the course of the last couple of years, and I have supported him in the ways that I can; it is in that spirit that I write to you here.

I have known Bill to be three things that are of particular meaning for me, and I would submit bear reflection as part of your overall evaluation.  First, Bill is obviously and clearly self-driven and ambitious in the vein of helping and serving others in his life.  Every single one of Bill's projects and work efforts over the course of the time I have known him since the mid-80s - and our time in Word Service together - has been not only focused on creating value and direction for the effort itself but has also focused in very specific ways on improving and helping the lives of those involved.  Second, true to and consistent with the teachings around us as children to our parents and a like-minded community, Bill has been very carefully, deliberately, and intensely involved in a path of self-reflection and improvement in his life.

Finally - and in my mind most importantly - Bill is an amazingly committed family man.  The extent to which Bill is involved in his family, with his steadfast devotion and pure love to his wife Marie and his children could in my mind be a model for all of us.  Having grown up together and relating to each other in the throes of adolescent and teenage-inspired competition/envy, Bill and I have, admittedly, not always been quick to go out of our way to compliment and praise each other.  That has changed; and I can honestly say that I am amazed by Bill's commitment to his family and close circle of friends.  I certainly look to Bill as perhaps the best model I have for my own path in life with my partner, family, and friends.  I will forever be grateful to Bill for sharing with me this part of himself.

I have been aware of the significance and meaning of the Felony charges that have faced Bill; and I also know that Bill's path to remorse has been real, painful, and extremely meaningful. Given Bill's tendency toward outward service to others, and inward introspection and meaning, I have no doubt that Bill has grown from the process and will not find himself in the same - or similar - position, ever again.

I appreciate your indulging my few thoughts here, and I hope this can be of some assistance in this painful process.  I would be grateful to know if there is anything else I can to do help with regard to your considerations.

Sincerely,

G. Noel Kidd

G. Noel Kidd

2