# EXHIBIT B
# UNDER SEAL

March 29, 2021

Dear Judge Gorton,

My name is Mike Stone, and my brief biography is attached.  I have known Bill McGlashan for approximately 27 years, and known him well for twelve years, both as a business partner and as a friend.  I am writing to provide my perspective on Bill's character, which I understand may be helpful to you in considering his sentence.

Bill's actions in the Varsity Blues case came as an utter shock to me.  Insofar as I was an indirect victim of his actions (as a professional matter, I am still cleaning up the last remnants of the chaos he left behind for our investment Firm), I have spent many hours reflecting upon and trying to understand why he did something so profoundly out of character and inconsistent with the values he embodied and lived by every day.  I have come up with several hypotheses during this past two years, but it remains to me an unsolved mystery.

To be candid, I am still at some level angry with Bill.  We are friends, but I have lost an immensely talented partner, and my professional life has been made more unpleasant and difficult as a result of his actions.

Having said that, I am clear on this:  Putting his crime aside momentarily, Bill is a man of extraordinary integrity, is genuinely remorseful, has made enormous contributions to make our world a better place, and has every intention of returning to a life filled with more positive contributions to our world.

With some very high profile supporters, Bill conceived of and became the driving force behind something called The Rise Funds, for which I have served as the Chief Investment Officer since inception (I have taken the liberty of sending you our annual impact report), and it has, immodestly, changed the landscape of impact investing.  We rigorously underwrite and measure the positive societal impact of our investments, and have delivered, as you'll see in our report, well over $1 billion dollars of societal impact that would not have occurred without our doing what we do.  We are pulling together the 2020 report right now, and will add another $1 billion to our cumulative good work as we continue to build upon Bill's original vision, the largest impact investing effort in our private equity world.  Whether in healthcare, education, access to financial services, or agriculture and climate, we are making a difference - one which would not be happening were it not for Bill's vision and force of personality.  That impact goes beyond our funds — one of our shared goals with RISE has now been realized: seeing the success of our effort, several other larger firms have come into our market with their own products — this was indeed one of the (not very self-serving) hopes Bill and I had when we launched Rise.  Indeed, since Bill was terminated from our Firm, we have raised Rise II, a $2b plus effort, and are raising Rise Climate, a multi-billion dollar effort combating climate change.   I do not think any of this would have happened without Bill's vision and will.

I visited Bill in the days after his indictment, and while we have not interacted professionally since then, we have spoken regularly.  I was struck by several things.  First, Bill had no self-pity.  Rather he wept for the pain and suffering he had caused his family, his son George in particular, and his business partners and relationships.  He has been consistent in acknowledging his stupidity, and equally consistent in sharing his aspirations to "double down" on his life of purpose when his time in prison is behind him.

In our twelve years together, I never saw any evidence of unethical behavior.  Our firm conducted a massive internal investigation in the months following the Varsity Blues scandal, and no evidence of any unethical professional behavior was uncovered.   As a deeply caring, loving, and connected human being, I just don't think Bill had it in him to behave unethically.  Again, this crime remains a mystery.  I recall Bill telling me he always intentionally overpaid his taxes just to be sure he wasn't missing anything.

In closing I'd like to add that our recent conversations have not been at all in the rear view - they are rather looking forward and with hope and intention.  I have every personal confidence that Bill will embark fast and furious on that path to purpose, and that despite the handicaps his crime will place upon him going forward, he will find a way to prevail.

I thank you for your consideration.

Sincerely,

*Mike Stone*

Mike Stone

Ramsey Walker
2465 Pacific Avenue
San Francisco, CA 94115

March 21, 2021

Dear Judge Gorton,

My name is Ramsey Walker and I have known Bill McGlashan since August 1982, when we were both 18 years old. I met him on the very first day of college, at a "Freshman Orientation" and I still remember his warm energy as he greeted me in a group of awkward new students in a very unfamiliar setting.

In college, Bill was a true leader in addressing perceived injustices and dangers in the world. One of the biggest dangers during these Reagan years was between the US and the Soviet Union. At that time, while the threat of nuclear war was escalating, there was little dialogue between the two super-powers, and surprisingly, not a single student exchange program between a US college and a Soviet college. Bill recognized that starting a college exchange program that would get US and USSR students and professors talking could help move the world incrementally to a better place. He and I worked tirelessly together during the fall of our Junior Year to start the Yale-USSR Project. Ultimately, we successfully raised the money from prominent Yale alumni and foundations, launched a student application process to select the 15 most qualified Yale students, and instead of going to Florida for spring break as many do, we went to Leningrad and Moscow. For two weeks, we met with our counterparts, ate dinner, had an occasional Russian beverage, and showed the value of people talking with people to try to overcome serious challenges.

For me, that memory is a reflection of Bill's long and genuine drive, from his early days as an adult, to try to make the world a better place. And fast-forwarding to more recent years, I have interacted with him as he launched one of the largest Impact Funds, pioneering another new way to try to make the world a better place. His actions throughout these decades have been ambitious, impactful and genuinely well-intentioned.

Without doubt, this history does not excuse the crime, the felony, the real mis-judgement and error he made in the college admissions scandal. And I know, firsthand, that Bill knows that. This is already seared deeply into him for the rest of his life. And as I contemplate Bill's future, while different now, I'm confident there are few people who have internalized the lessons more than Bill and few who can turn those lessons into truly impactful actions in the future in the same way that Bill can and will.

I'm sure you have many factors to consider as you weigh his sentencing. Thank you for taking this letter of support for Bill into consideration.

Best Regards,

Ramsey Walker