# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>   )<br>   v.   )<br>   )   Criminal No. 19-10080-NMG<br>WILLIAM MCGLASHAN, JR.,   )<br>   )<br>   Defendant.   )  | |

## WILLIAM MCGLASHAN, JR.'S NOTICE OF APPEAL

Defendant William McGlashan, Jr. hereby appeals the Judgment entered by this Court on May 24, 2021, Dkt. No. 1857, including the denial of his Motion to Dismiss Count Seven of the Fourth Superseding Indictment, *see* Dkt. Nos. 1023, 1334, to the United States Court of Appeals for the First Circuit.

Dated: May 25, 2021

Respectfully submitted,

By: */s/ Jack W. Pirozzolo*
Jack W. Pirozzolo (BBO #564879)
jpirozzolo@sidley.com
SIDLEY AUSTIN LLP
60 State Street, 36th Floor
Boston, MA 02109
(617) 223-0304

John C. Hueston (*pro hac vice*)
jhueston@hueston.com
Marshall Camp (*pro hac vice*)
mcamp@hueston.com
HUESTON HENNIGAN LLP
523 W. 6th Street, Suite 400
Los Angeles, CA 90014
(213) 788-4340

*Attorneys for Defendant*
*William McGlashan, Jr.*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document will be served on counsel for all parties of record through the ECF system.

Dated: May 25, 2021

/s/ Jack W. Pirozzolo
Jack W. Pirozzolo