#### UNITED STATES DISTRICT COURT
#### DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) | |
| v. | ) ) ) | Case No. 19-CR-10080-NMG |
|  | ) | **REQUEST FOR ORAL ARGUMENT** |
| WILLIAM MCGLASHAN, JR, | ) ) | |
| Defendant. | ) ) | |

### MOTION FOR PERMISSION FOR LIMITED TRAVEL

Defendant William McGlashan, Jr. ("Mr. McGlashan") hereby moves, for Permission for Limited Travel from September 3 to September 8 to Scotland to accompany his son on a trip to begin his freshman year of college.

As grounds for this motion, Mr. McGlashan states the following:

1. Mr. McGlashan self-surrendered on June 2, 2021 and was released on August 31, 2021. His travel would be from September 3, 2021 to September 8, 2021 to Scotland to accompany his younger son to school. In his sentencing memorandum (Dkt. 1838), Mr. McGlashan explicitly requested an early report date as he hoped to complete his prison sentence before his children began school in the fall, and also requested a return of his passport. This Court granted both of these requests. (Dkt. 1855). Mr. McGlashan's passport is currently in Massachusetts, and counsel for Mr. McGlashan has arranged to pick up the passport on September 2, 2021.

2. Mr. McGlashan is currently being supervised by the Probation Office in the Northern District of California. Counsel for Mr. McGlashan has conferred with Supervising Probation Officer Jennifer James of that office regarding this motion. Officer James stated that the N.D. Cal. Probation Department does not have an objection to Mr. McGlashan's proposed travel. Officer James stated that although her office has a policy to object to "recreational" travel

within the first sixty (60) days of release, the N.D. Cal. Probation Department does not view Mr. McGlashan's proposed travel as "recreational." Rather, Mr. McGlashan's proposed travel would be considered as a "once in a lifetime" event, similar to a wedding, family reunification, funeral, etc., for which the office does not typical object to travel. Officer James further stated that the N.D. Cal. Probation Office has no specific reason to object to Mr. McGlashan's proposed travel.

3.   Mr. McGlashan has been deeply remorseful about his conduct – in largest part because of its effect on his family, especially his children. While his children have responded with love, compassion and maturity, they have suffered negative impacts from the media frenzy that surrounded this investigation. His older son was barred from walking with his class at his graduation from high school. His younger son is looking forward to matriculating at his school in Scotland where news about the college admissions scandal is less widespread. Mr. McGlashan seeks to restore normalcy to his family's life as soon as possible, including helping his wife parent the children and getting their younger son settled for his freshman year.

4.   Mr. McGlashan has satisfied all financial obligations that were part of his judgment (Dkt. 1951). Counsel for Mr. McGlashan has conferred with the Probation Office for the District of Massachusetts regarding this motion, which indicated that it did not support this request. Counsel for Mr. McGlashan has conferred with the United States Attorney's Office regarding the relief sought in this motion and was informed that the government takes no position on this request.

5.   But for the timing of the school year, Mr. McGlashan would not be seeking to travel at this time. He is seeking solely to accompany his child for the start of his freshman year and is proposing an itinerary that spans less than a week. His family is very hopeful that he can join his son for this trip and would be very appreciative of the Court's consideration.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Mr. McGlashan hereby requests a hearing be scheduled no later than September 2, 2021, if necessary to assist the Court in deciding this motion.

Dated: September 1, 2021

Respectfully submitted,

William McGlashan, Jr.

By his attorney,

/s/ *Jack W. Pirozzolo*
Jack W. Pirozzolo (BBO # 564879)
Sidley Austin LLP
60 State Street
36th Floor
Boston, MA 02109
(617) 223-0304
jpirozzolo@sidley.com

## LOCAL RULES 112.1 AND 7.1(A)(2) CERTIFICATION

I, Jack W. Pirozzolo, counsel for Mr. McGlashan, hereby certify that, in accordance with Local Rules 112.1 and 7.1(A)(2), I have conferred with counsel for the government, who stated that the government takes no position on this request.

*/s/ Jack W. Pirozzolo*
Jack W. Pirozzolo

**CERTIFICATE OF SERVICE**

I hereby certify that on September 1, 2021, this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/ *Jack W. Pirozzolo*
Jack W. Pirozzolo