

# Memorandum

**To:** The Honorable Nathaniel M. Gorton, U.S. District Judge

**From:** Chrissy Murphy, Supervisory U.S Probation Officer

**Date:** September 2, 2021

**Re:** William McGlashan Jr.,   Docket # 1:19CR10080-14

<u>Response to Request for International Travel</u>

---

The purpose of this Memorandum is to advise the Court that the U.S. Probation and Pretrial Services Office for the District of Massachusetts opposes the above-captioned individual's request for international travel to Scotland from September 2, 2021 to September 8, 2021.

As the Court is aware, on May 12, 2021, Mr. McGlashan appeared before Your Honor, having previously plead guilty to Wire Fraud and Honest Service Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 1346. Mr. McGlashan was sentenced to 3 months in custody, followed by 2 years of supervised release. Mr. McGlashan commenced his term of supervised release in the Northern District of California on August 31, 2021, where he currently resides.

Mr. McGlashan is requesting travel to Scotland to accompany his son on a trip to begin his freshman year of college. As defense counsel notes in its motion, the Northern District of California does not oppose this request. This request for international travel, two days following his release from federal prison, would not be supported by our office if Mr. McGlashan resided in Massachusetts. It is our office policy to not allow travel, for any individual under supervision, outside of the judicial district for the first sixty days of supervised release. Our office does not believe that an exception should be made in this case. The Probation Office will return McGlashan's passport to defense counsel, as approved by Your Honor during the Sentencing hearing in the case. Should Your Honor have any questions regarding the Probation Office's position, feel free to contact me at Chrissy_murphy@map.uscourts.gov or at 617-748-9474.