

# Memorandum

**To:** The Honorable Nathaniel M. Gorton, U.S. District Judge

**From:** Chrissy Murphy, Supervisory U.S Probation Officer

**Date:** October 26, 2021

**Re:** William McGlashan Jr., <u>Docket #1</u>:19CR10080-15
<u>Request for International Travel</u>

---

The purpose of this Memorandum is to advise the Court that the above-captioned individual has requested permission to travel to London, England and St. Andrews, Scotland.

As the Court is aware, on May 12, 2021, Mr. McGlashan appeared before Your Honor, having previously plead guilty to Wire Fraud and Honest Service Wire Fraud, in violation of <u>18 U.S.C. §§ 1343</u> and <u>1346</u>. Mr. McGlashan was sentenced to 3 months in custody, followed by 2 years of supervised release, and a $250,000 fine. Mr. McGlashan commenced his term of supervised release in the Northern District of California, where he currently resides, on August 31, 2021.

Mr. McGlashan has requested permission to travel to London, England and St. Andrews, Scotland. Mr. McGlashan will be attending business meetings at the Ibrahim Foundation and Founder's Factory in London, as well as visiting his son at the University of St. Andrews in Scotland. Mr. McGlashan is seeking to travel, leaving November 2, 2021 and returning on November 9, 2021.

According to the Northern District of California, Mr. McGlashan has remained in [compliance (?)] since his release from custody. Mr. McGlashan has satisfied his fine of $250,000 and has completed 150 out of his required 250 community service hours. The Probation Office in the Northern District of California is in support of the above-requested travel. If Your Honor approves of Mr. McGlashan's requested travel to London, England and St. Andrews, Scotland, please kindly indicate by signing below:

The Court Orders:

I concur ___✓___

I do NOT concur_____

_____
The Honorable Nathaniel M. Gorton
U.S. District Judge

Date: __10/27/2021__