

# Memorandum

**To:** The Honorable Nathaniel M. Gorton, U.S. District Judge

**From:** Jeffrey Smith, Assistant Deputy Chief U.S. Probation Officer

**Date:** June 2, 2022

**Re:** William McGlashan Jr., Docket #1:19CR10080-NMG-15

<u>Request for International Travel</u>

---

The purpose of this Memorandum is to advise the Court that the above-captioned individual has requested permission to travel to Cork, Ireland; London, England; St. Andrews, Scotland; and Fiji.

As the Court is aware, on May 12, 2021, Mr. McGlashan appeared before Your Honor, having previously pleaded guilty to Wire Fraud and Honest Service Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 1346. Mr. McGlashan was sentenced to 3 months in custody, followed by 2 years of supervised release, and a $250,000 fine. Mr. McGlashan commenced his term of supervised release in the Northern District of California on August 31, 2021, where he currently resides.

McGlashan has requested permission to travel to Cork, Ireland; London, England; and St. Andrews, Scotland from approximately June 18, 2022, to July 5, 2022. He is also requesting to travel to Fiji from approximately July 13, 2022, to July 22, 2022. The purpose of his travel is to visit friends and vacation with his family.

According to the Northern District of California, Mr. McGlashan has remained in compliance during his term of supervised release. Mr. McGlashan has satisfied his fine of $250,000 as well as his community service requirement. The Probation Office in the Northern District of California is in support of the above-requested travel. If Your Honor approves of Mr. McGlashan's requested travel, please kindly indicate by signing below:

The Court Orders:

I concur ___✓___

I do NOT concur _____

_____
The Honorable Nathaniel M. Gorton
U.S. District Judge

Date: __06/03/2022__