June 9, 2022

The Honorable Nathanial M. Gorton
United States District Court
1 Courthouse Way, Suite 2300
Boston, MA 02210

Dear Judge Gorton,

I am writing to thank you for recently approving my international travel, and to give you a brief update on my life since we last spoke at my sentencing hearing. At that time, you suggested that you were optimistic I could return to making a positive impact in the world - as I had done before making a terrible decision that brought me into the criminal justice system. I took your words to heart, did a lot of self reflecting while incarcerated (half of which was spent in solitary confinement due to COVID) and I'm now working hard to continue being a productive member of society.

As you will recall, I was ordered to perform 250 hours of community service upon release from prison. With the support and permission of the U.S. Probation Office in the Northern District of California, I have completed over 1000 hours so far, through helping a non-profit education platform - Prison Professors. This organization works with over 150,000 inmates each year to teach them fundamental life skills such as personal accountability, written and spoken communication, critical thinking, and constructive relationship building in a way that allows incarcerated people to gain the skills necessary to prepare them for a productive life after prison and thereby reduce recidivism. The non-profit works with more than 100 institutions across the country at both the state and federal levels, and we are working to develop additional content, expand into additional institutions, and ultimately deliver the platform to 2 million incarcerated people. The societal return on investment is obviously extraordinary.

Separately, I have founded a public benefit corporation called OATH Life Systems, that delivers a proprietary consortium of soil microbes as part of a system that can create meaningful results in carbon sequestration, water conservation, and regenerative agriculture through dramatic improvements in soil health. I have funded the launch of the company, and am working to build the team and conduct additional research and development at leading research universities to validate and further refine the system. I am hopeful that we can build a company that can have a significant impact globally.

While this has obviously been a brutal journey for me and my family, I am doing my best to move beyond it by fully "owning" what I did, and doing what I can to get back to making a meaningful impact with my life as a humbled but committed human being. Your approval of my international travel request will allow me to spend time with my family, help my kids, and to make progress in my impact business initiative. For that, I am grateful.

Sincerely,

William McGlashan, Jr.

cc: Chief U.S. Probation Officer Ricardo R. Carter; Stephen Frank Esq., Assistant United States Attorney; Justin O'Connell, Esq., Assistant United States Attorney