# Exhibit 1



September 4, 2022

The Honorable Judge Nathaniel M. Gorton
US District Court Judge
District of Massachusetts
1 Courthouse Way, Suite 2300
Boston, MA 02210

Regarding: William McGlashan and Supervised Release


Dear Judge Gorton:

I write this letter in support of William (Bill) McGlashan's petition for early termination of his supervised release. As a direct result of his leadership, our nonprofit reaches more than 100,000 people yearly. With his guidance, I anticipate that we can make an even more significant impact in future years.

I am hopeful that this Honorable Court will consider these words when deliberating whether to grant early termination of Supervised Release for Bill.

Few people who face challenges with the criminal justice system want to bring more attention to their bad decisions. Yet when I asked Bill to volunteer with our nonprofit, Prison Professors, he readily asked how he could help. I told him I wanted to work closely with him to develop personal leadership and accountability courses. Through the nonprofit I founded, I explained, I create resources to help people in prison prepare for law-abiding, contributing lives.

During my initial conversation with Bill, he asked how I got involved in such a venture. I told him that I had made bad decisions as a young man. Authorities charged me with trafficking cocaine. US District Court Judge Jack Tanner, from the Western District of Washington, sentenced me to serve a 45-year pre-guideline term. While incarcerated, I committed to transforming my life. Upon my release in 2013, I began working to create self-directed learning resources for people in federal prison.

Every state prison in California and several federal prisons use resources Prison Professors creates to teach and inspire people inside. To grow our nonprofit, I needed guidance. I asked Bill for his help. Bill asked what I'd like him to do. I asked him to volunteer time and energy to help me create resources imprisoned people could use. Since the first time we spoke, I can estimate that Bill spent more than 1,000 hours working alongside me. We developed a new curriculum that includes video footage, audio footage, and lesson plans. Those plans help people understand the importance of accepting responsibility and working to make amends.

32565 Golden Lantern Street / B-1026
Dana Pooint, CA 92629 / Michael@PrisonProfessors.com
IRS Tax ID: 81-5093837

This link below profiles one of the lesson plans Bill worked with me to create. Jails and prisons purchase these books and distribute the books as self-directed courses to people who want to prepare for success upon release. All proceeds from the book go to support our nonprofit. I'm attaching testimonials from criminal justice leaders who use our products as resources to teach people in prison.

After finishing the coursework, Bill did not stop assisting me. He mentored me, showing the importance of building a credible board of directors and collaborating with social scientists. Bill traveled across the country with me to open meetings with influential people that would help us create resources to measure the outcomes of our courses. He pledged to assist the nonprofit so we could become a more valuable resource for law enforcement; our courses serve as recidivism-reduction tools.

Although many non-criminogenic people would like to hide altercations they've had with the criminal justice system, Bill felt differently. He told me that volunteering with our nonprofit helped him feel like he was making amends for the bad decisions that led to his guilty plea. Throughout the course we created together, Bill spoke about his remorse for how his behavior victimized society. Contributing to the lives of others, he said, helped him to make amends and reconcile.

To grow the distribution of our courses, I visited the North Central Regional Office of the Bureau of Prisons on September 1, 2022. The purpose of the visit was to speak about the value of our course: Preparing for Success after Prison. While there, I presented our program to the Bureau of Prisons Regional Director, and to the wardens of 20 prisons in his region; I also made a presentation inside of the federal prison in Leavenworth, Kansas. During that presentation, I spoke about the importance of learning from leaders.

In the fourth quarter of 2022, and the first quarter of 2023, I will visit more than 12 federal prisons to teach the principles of personal accountability and personal leadership. I would like very much for Bill to accompany me to those meetings. As a contributor to our course, he would bring enormous value. To bring Bill with me into those prisons, however, Bill's background check must show that he is free from supervision from any law-enforcement agency, including Supervised Release.

I pray that this Honorable Court will consider these thoughts I offer when deliberating on whether to grant mercy to Bill McGlashan and terminate his Supervised Release.

Respectfully,

*Michael Santos*

Michael Santos

32565 Golden Lantern Street / B-1026
Dana Pooint, CA 92629 / Michael@PrisonProfessors.com
IRS Tax ID: 81-5093837

2



215 W. Superior St., Suite #600
Chicago, IL 60654
312.757.5533

09/13/20

To whom it may concern,

We at Edovo would like to extend our sincerest gratitude to Michael Santos for the invaluable content he has provided to the incarcerated learners utilizing our educational platform. Since publishing two of his courses -- "Straight-A Guide" and "Mastermind", over 50,000 incarcerated men and women have had the opportunity to benefit from his teachings. His collaboration and expertise have had an immense impact, inspiring thousands to find a better path for themselves.

We are eager to expand our partnership with Michael Santos as we focus on continuing to provide free educational, vocational, and rehabilitative content to the incarcerated throughout the USA. It is because of committed partners like Mr.Santos, that together, we are able to successfully help so many rehabilitate back into society.

Sincerely,

John Timpone
**Senior Product Manager**





**U.S. Department of Justice**

Federal Bureau of Prisons

*United States Penitentiary*

---

*#1 Federal Way, Castle Airport*
*Atwater, CA 95301*

My name is Andre Matevousian and I serve as Warden of the United States Penitentiary in Atwater, California. I write this letter as a testimonial for Michael Santos.

I was in the audience when Mr. Santos made a luncheon keynote presentation at a symposium sponsored by the Ninth Circuit Court of Appeals in Sacramento. More than 300 people were in the audience made up of federal and state judges, prison wardens, and others associated with corrections. Mr. Santos spoke about his experience of serving 26 years in prison, and the relationship between a person's adjustment in prison and his prospects for success as a law-abiding, contributing citizen upon release.

After listening to Mr. Santos's presentation, I invited him to visit USP Atwater to make a presentation for the Executive Staff at our institution. He then addressed approximately 150 high-security prisoners, sharing his story and inspiring them to pursue values-based, goal-oriented adjustment patterns. By avoiding disciplinary infractions and participating in positive programming, Mr. Santos assured the men that they would advance opportunities for success in prison and beyond. His message resonated with the men. They found him authentic by virtue of the time he served and the success he experienced upon release.

We purchased the Earning Freedom Mastermind Course, a program he designed to teach values-based, goal-oriented adjustment strategies for people in prison. Out of 75 people that signed up for the initial class, 70 people earned graduate certificates. He continues to support the program by visiting our institution when appropriate.

Since working with Mr. Santos, I have been in contact with other law enforcement officers about his work, including US Attorneys and other federal prison wardens. I endorse his efforts to contribute to the building of safer prisons and safer communities.

Sincerely,

Andre Matevousian
Warden, USP Atwater





12/10/2014
Ortiz, Hector R. (DOC)
Washington State Department of Corrections
191 Constantine Way  Bldg: U   MS:  WA-39
Aberdeen, WA 985250

Michael Santos
P.O. Box 261908
Los Angeles, CA  91426

Dear Mr. Santos

I'm writing on behalf of the students that are currently participating in the initial class of the "Straight-A Guide" at Stafford Creek Corrections Center. We are scheduled to complete the program on December 31st 2015.

The class has expressed a strong desire to formally invite you to the graduation ceremony that will be taking place at the facility on January 15th 2015. Most of the current participants were present when you visited the site in January of 2014 and feel it is important that you witness the first cycle of what you envisioned as well as provide an opportunity for them to personally thank you for the profound effect that the program has had in their lives.

We would be honored by your presence and would love to share some of the realizations that we have come to by participating in this program.

Sincerely,

Ortiz, Hector R. (DOC)
Offender Workforce Development Specialist



WASHINGTON STATE
CORRECTIONAL INDUSTRIES

RELATED

LINKS

About CI
Where We Are
Eligible Customers
Products & Services
State Contracts
Contact Us

Home  >  About CI  >  News & Events  >  News Archive  >

# STRAIGHT-A GUIDE

**TUESDAY JANUARY 24, 2017**



Surviving in prison is nothing short of a twelve round title bout; but without a referee to protect you, the roar of the crowd to support you, or a golden title belt to validate you. As the underdog, in an environment influenced by the pressure of negativity, loneliness, and hopelessness, the odds of success weigh-in against you. It is a test of your integrity, character, and determination. Often times, the only title that burdens a man upon ascension from the barbed wire ring is the label of felon and the stigma of imprisonment.



The Straight-A Guide, an initiative provided to Correctional Industries workers at Airway Heights Corrections Center through the CI Workforce Development Program. The purpose is to encourage men to willfully step outside the ring of stereotypical incarceration by searching their hearts to define a personal set of values and goals. A sixty-hour CI peer lead program that stretches the mind of the participant to lead a life of deliberate decisions down a path to success as they define it. Instilling men with the confidence to reach outside of the ring and seek prospective positive mentors. They are taught the tools that are used to hold ones' self-accountable and to develop and build a support network that can assist in their successful transition back into the community.

An awakening realization that one lacks direction arrives as most men are faced with the question of, "What do you value? What are one of your core three values?" They are left without an immediate response. Values, goals, deliberate decisions, and the very idea of leading a disciplined path to success were not part of the thought process throughout the uncontrollable spiral that led to criminal acts prior to imprisonment.

"Just in time", that's the mindset and belief of graduating patrons as the bell has rings concluding the fourth round of the Straight-A Guide. Each participant delivered a seven-minute presentation on a self defined Big Hairy Audacious Goal, a cornerstone in the Straight-A Guide Program. Goals included writing novels, founding outreach programs, and investing in their education. The Airway Heights CI Workforce Development Program has over fifty

Straight-A Guide graduates that, in addition to the graduates of the program throughout the State of Washington have become role models within their respective institutional communities. Leading men away from the insecurities of the fighter into the courageous role of referee, stopping criminal acts before they occur.



The Straight-A Guide was founded by Michael G. Santos, who applied the Straight-A principles to strengthen him self throughout a twenty-six year sentence living as a federal prisoner. While serving time in federal prisons of every security level, he read about leaders like Nelson Mandela, Viktor Frankl, Gandhi, Steve Jobs, Bill Gates, and Jack Welch. They taught him that people have faced struggles and challenges from the beginning of time. Those leaders empowered Michael, convincing him that he could overcome the challenges associated with living in confinement, even if he would be incarcerated for multiple decades. Michael earned a bachelor's degree from Mercer University and a master's degree from Hofstra University. He published more than a dozen books from inside of prison boundaries. Michael continues to inspire men by providing the Straight-A Guide tools to all that ask for them. ∎

