# Exhibit 2

September 8, 2022

The Honorable Nathaniel M. Gorton
United States District Court
1 Courthouse Way, Suite 2300
Boston, MA  02210

Dear Judge Gorton,

I hope that you are well. My attorney is submitting a motion for early termination of supervised release and I wanted to personally write you to provide an update on my life since being released from incarceration.

Over the course of the past year, I have devoted hundreds of hours of service beyond the required 250 of my sentence, I have been in compliance with all of the conditions of supervision, and I have devoted myself to making an impact and doing what you suggested to reconcile with my community and society. As a result, I have been moved by my probation officer in San Francisco to low supervision status.

I have been spending my work time on two efforts. The first is a non-profit company. I am working with Michael Santos, who has built the non-profit Prison Professor, that works with over 100,000 inmates each year.  We are launching a new non-profit education platform called Earning Freedom with the goal of delivering and expanding the life-changing Prison Professor content to 2 million incarcerated people each year. The education program teaches fundamental life skills such as personal accountability, written and spoken communication, critical thinking, and constructive relationship building in a way that allows incarcerated people to gain the skills necessary to prepare them for a productive life after prison and thereby reduce recidivism. The content is used by numerous institutions today including all of the California Department of Corrections and several of the Bureau of Prisons. Our goal is to scale the effort by professionalizing the material, attracting additional content and rigorously measuring the effectiveness of the educational platform to ensure we are changing the trajectory of people's lives.

Separately, I have founded a public benefit corporation, that delivers a proprietary consortium of soil microbes as part of a system that can deliver meaningful outcomes in carbon sequestration, water conservation, and regenerative agriculture through dramatic improvements in soil health. I have funded the launch of the company, the building of a team, and additional research and development at leading research universities to validate and further refine the system. I am very hopeful that we can build a company that can have a major impact globally. Our research and customers are global, with activity on all seven continents.  As we work to scale the company I will need to travel internationally frequently, and on short notice.

What I have gone through has changed me.  I am deeply conscious about how blind I was to privilege, fairness and good parenting.  Honestly, its hard for me to grasp the mental state that led me to send my son to the cheating test center. As you know, I did not ask for bail pending my appeal.  I have fully owned what I did and accepted my punishment. I am committed to living in alignment with what I have understood, and hope that you will see that in the years to come as I commit my time to caring for this world.   Words are easy, "By their deeds you will know them."

Thank you for your consideration,

William McGlashan, Jr.