

# Memorandum

To: The Honorable Nathaniel M. Gorton, U.S. District Judge

From: Shanik Aponte, Probation Technician

Date: October 12, 2022

Re: **McGlashan Jr., William Dkt. No.: 1:19CR10080-NMG-15 – Request for Blanket International Travel**

---

The purpose of this Memorandum is to advise the Court that the above-captioned individual is requesting permission for blanket international travel.

As the Court is aware, on May 12, 2021, Mr. McGlashan appeared before Your Honor, having previously plead guilty to Wire Fraud and Honest Service Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 1346. Mr. McGlashan was sentenced to 3 months in custody, followed by 2 years of supervised release, and a $250,000 fine. Mr. McGlashan commenced his term of supervised release in the District of California on August 31, 2021, where he currently resides.

Mr. McGlashan is requesting blanket international travel approval for business purposes. Mr. McGlashan has co-founded a global business with customers and research on all five continents. Travel for the business is critical and on many occasions short notice. Mr. McGlashan's inability to travel on short notice continues to impact the ability to build the company. If granted, Mr. McGlashan would provide an itinerary prior to travel and notify the supervising officer in the District of California.

According to the Northern District of California, Mr. McGlashan has remained in compliance during his term of supervised release. Mr. McGlashan has satisfied his fine of $250,000 as well as his community service requirement. The Probation Office in the Northern District of California is in support of the above-requested travel. If Your Honor approves of Mr. McGlashan's request for blanket international travel, please kindly indicate by signing below:

The Court Orders:

I concur: ✓

I do NOT concur: _____

_____
The Honorable Nathaniel M. Gorton
U.S. District Judge

Date: 10/13/2022

1