**United States District Court**
**District of Massachusetts**

| | |
|---|---|
| United States of America, | ) |
| | ) |
| v. | ) |
| | ) |
| William McGlashan, Jr., | ) |
| | ) |
| Defendant. | ) |

**Criminal Action No.
19-10080-NMG**

**ORDER**

**GORTON, J.**

Pending before the Court is the Renewed Unopposed Motion for
Early Termination of Supervised Release filed by defendant
William McGlashan, Jr.

Defendant began the two-year supervised release portion of
his sentence on August 31, 2021, under the direction of the
Probation Office of the Northern District of California.  He has
been fully compliant with the terms of his supervised release and
has performed more than the 250 hours of community service
required.  Defendant submits that he is currently unable to
participate in such further activities, which he chooses to do
voluntarily, due to the restrictions imposed by his supervised
release.

Section 3583(e)(1) of Title 18 permits early termination of
supervised release after one year has been served if "such action

is warranted by the conduct of the defendant released and the interest of justice." Having considered the factors set forth in the several subsections of § 3553(a) and in view of the particular circumstances of this case, defendant's motion for early termination of supervised release (Docket No. 2666) is **ALLOWED**.

Nathaniel M. Gorton
United States District Judge

Dated: February 17, 2023