# United States Court of Appeals
## For the First Circuit

No. 21-1421

UNITED STATES OF AMERICA,

Appellee,

v.

WILLIAM McGLASHAN, JR.,

Defendant, Appellant.

**JUDGMENT**

Entered: August 14, 2023

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed.

By the Court:

Maria R. Hamilton, Clerk

cc: Carter Glasgow Phillips, Jack Woodruff Pirozzolo, John C. Hueston, Marshall A. Camp, Brittani A. Jackson, Vicki Chou, Daniel Jacob Feith, Carol Elisabeth Head, Donald Campbell Lockhart, Karin Michelle Bell, Kristen A. Kearney, Stephen Emanuel Frank, Justin David O'Connell, Alexia R. De Vincentis, Leslie Wright, William H. Kettlewell, Anthony E. Fuller, Debra Wong Yang, Andrew Neil Hartzell, Timothy Jeffrey Perla, Bruce M. Berman, George P. Varghese, William McGlashan, Jr.